UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
2011 SEP 14 A 9:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: BANK OF AMERICA CREDIT
PROTECTION MARKETING AND SALES
PRACTICES LITIGATION

MDL No. 2269

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On August 16, 2011, the Panel transferred 2 civil action(s) to the United States District Court for the Northern Distirct of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the Northern Distirct of California. With the consent of that court, all such actions have been assigned to the Honorable Thelton E Henderson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern Distirct of California and assigned to Judge Henderson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern Distirct of California for the reasons stated in the order of August 16, 2011, and, with the consent of that court, assigned to the Honorable Thelton E Henderson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern Distirct of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: BANK OF AMERICA CREDIT
PROTECTION MARKETING AND SALES
PRACTICES LITIGATION                                                                   MDL No. 2269

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| FLORIDA MIDDLE | | | | |
| FLM | 8 | 11-01678 | Stuart et al v. Bank of America, N.A. et al | |
| ILLINOIS SOUTHERN | | | | |
| ILS | 3 | 11-00577 | Wong v. Bank of America Corporation et al | Opposed 08/25/2011 |
| NEW YORK SOUTHERN | | | | |
| NYS | 1 | 11-05467 | Melendez v. Bank of America, N.A. et al | |