UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: January 12, 2012

**Case No**: MDL 11-02269 TEH

**Case Title**: IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING & SALES PRACTICES

**Appearances:**

For Plaintiff(s): Daniel Hutchinson
(T)-Elizabeth Cabraser; Diane Sammons; Steven Owings; David Paris; Rachel Geman; Casey Sadler; Kenneth Grunfeld; Brett Cebulash; Tiffany Marko Yiatras; Reginald Terrell

For Defendant(s): Patrick Thompson; David Permut

**Deputy Clerk**: Tana Ingle          **Court Reporter**: Jim Yeomans
**Time in Court:** 25 minutes

## PROCEEDINGS

1. Case Management Conference - Held

Case continued to **Tuesday, March 13, 2012 at 10 a.m.** in Courtroom 2 on the 17th floor for Motion Hearing and further CMC.

## SUMMARY

Defendants will file their Motion to Dismiss by Friday, 1/13/2012, and notice it for 3/13/2012. Parties shall meet and confer on the briefing schedule, but Defendants' reply shall be due no later than 2/28/2012. The Court lifts the discovery stay, and directs parties to meet and confer regarding discovery. If a discovery conflict cannot be resolved, then parties should contact this Court's courtroom deputy to arrange a telephone conference. Parties shall file a joint CMC statement seven days prior to the next hearing. Parties arguing the motion to dismiss must appear in person, all other counsel may appear by phone if they so choose.

(T) Appearance by telephone