# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MD No. 3:11-md-02269 TEH<br><br>MDL Docket No. 2269 |

### [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Upon consideration of the parties *Stipulation Regarding Defendants' Answer and Affirmative Defenses*, and good cause appearing, it is hereby ordered that, if Plaintiffs opt to move to strike any defense(s) in Defendant's Answer and Affirmative Defenses (Dkt. No. 38), Plaintiffs' deadline to file any such motion pursuant to Rule 12(f) of the Federal Rules of Civil Procedure shall be extended by fourteen (14) days until February 17, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 02/06/2012  _____
The Honorable Thelton E. Henderson
United States District Judge

961926.1

[PROPOSED] ORDER REGARDING DEFENDANTS'
ANSWER AND AFFIRMATIVE DEFENSES
CASE NO. 3:10-CV-04959-TEH