IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING & SALES PRACTICES LITIGATION<br><br>This Order Relates To:<br><br>Helena Wong v. Bank of America Corp., et al., 12-00527 | NO. MD 11-2269 TEH<br><br>MDL. No. 2269<br><br>ORDER TO PREPARE JOINT STATEMENT ON APPROPRIATENESS OF INCLUSION IN CENTRALIZED PROCEEDINGS |

On January 23, 2012, the matter of *Helena Wong v. Bank of America Corp., et al.* was transferred to the Northern District of California to be assigned to this Court for inclusion in the ongoing multidistrict litigation, *In re: Bank of America Credit Protection Marketing and Sales Practices Litigation*.

In transferring the case, the Panel on Multidistrict Litigation noted that the Defendants dispute the propriety of transfer, and argue that the product purchased by Plaintiff Helena Wong ("Wong") is not the same product at issue in the ongoing multidistrict litigation. The Panel declined to make a determination on this question, leaving the question of whether including this matter in the multidistrict litigation will help or hinder the efficient resolution of claims. Should this Court find that inclusion of the *Wong* case will not be beneficial, it may make a recommendation of Remand to the Panel.

For this reason, the Court hereby ORDERS the parties in the matter of *Wong v. Bank of America, et al.* to prepare a joint statement, detailing for the Court each party's position on the question of whether this matter will benefit from inclusion in the coordinated proceedings, or whether there exist factual distinctions between this case and the coordinated cases which would render inclusion inefficient. In addition to clearly setting forth the position of each party on this question, the joint statement shall include a statement of the

facts on which the parties are able to agree, as well as a statement of disputed facts. Should the Court feel that briefing is required, a further order will issue.

The parties shall meet and confer on this question prior to preparing the statement, and the joint statement shall be filed on or before **March 6, 2012.**

**IT IS SO ORDERED.**

Dated: 2/9/2012

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT