IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING & SALES PRACTICES LITIGATION<br><br>This Order Relates To:<br><br>ALL CASES | NO. MD 11-2269 TEH<br><br>MDL. No. 2269<br><br><u>ORDER FOR FURTHER BRIEFING</u> |

On January 13, 2012, Defendants Bank of America Corporation and FIA Card Services ("Defendants") filed a motion to dismiss the unjust enrichment and contract-based claims of the Plaintiffs' Consolidated Amended Complaint. On February 10, 2012, Plaintiffs responded to the motion, and the motion is presently set to be heard by this Court on March 13, 2012. In advance of that date, the filings have given rise to the need for limited further briefing, as discussed below.

With regard to the validity of Plaintiffs' fifth cause of action for unjust enrichment, the Defendants have argued that California law does not allow an unjust enrichment claim to be brought as an independent cause of action. Plaintiffs have responded that regardless of the validity of this claim under California law, the law of Delaware allows the claim, and that the Court ought to apply Delaware law to this cause of action rather than California law. Rather than urge the Court to make a determination at this early stage regarding which is the applicable law, Plaintiffs urge the Court to forbear, and offer to demonstrate that there are no material differences between the state unjust enrichment laws which would impact the Court's determination here.

The Court has determined that such demonstration would be of aid to the Court in making its determination, and, therefore, hereby ORDERS the parties to prepare briefing on this issue. Specifically, the parties are to address the question of which state's law ought be

applied in considering the present motion to dismiss, or, alternatively, providing support for the proposition that there is no material difference between the various state's statutes sufficient to impact the determination of the issues presently before the Court.

Each party shall submit their brief on or before **Friday, March 2, 2012**. The hearing presently scheduled to take place on **Tuesday, March 13, 2012, at 10:00 a.m.** in Courtroom 2, 17th Floor of the U.S. District Court in San Francisco shall remain as set, as shall the **February 24, 2012** deadline for Defendants' reply on this motion.

**IT IS SO ORDERED.**

Dated: 2/22/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2