1  Patrick S. Thompson (SBN 160804)
   *pthompson@goodwinprocter.com*
2  Hong-An Vu (SBN 266268)
   *hvu@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
4  San Francisco, California  94111
   Tel.:  415.733.6000
5  Fax:  415.677.9041

6  David L. Permut (pro hac vice)
   *dpermut@goodwinprocter.com*
7  **GOODWIN PROCTER LLP**
   901 New York Avenue NW
8  Washington, DC  20001
   Tel.:  202.346.4000
9  Fax:  202.346.4444

10 Attorneys for Defendants
   Bank of America Corporation and FIA Card Services, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION, <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 3:11-md-02269 TEH <br><br> MDL Docket No. 2269 <br><br> [~~PROPOSED~~] ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE |

1
2       IT IS HEREBY ORDERED that the Case Management Conference set for June 5, 2012
3   will occur by telephone only. Plaintiffs' Liaison Counsel is instructed to provide a telephone
    number for the Court and for Defendants.
4
5   **IT IS SO ORDERED.**

6   Dated:   05/30/2012           By: _____
7                                                                                                                       UNITED STATES DISTRICT COURT JUDGE

*(Signature and seal of Judge Thelton E. Henderson, United States District Court, Northern District of California)*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1040306.1                                    2                                   [PROPOSED] ORDER
                                                                                                    CASE NO. 3:10-CV-04959-TEH