UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION | MD No. 3:11-md-02269 TEH |
| | MDL Docket No. 2269 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**[PROPOSED] ORDER**

It is hereby ORDERED that the Motion for Preliminary Approval in the above-captioned matter shall be filed on July 12, 2012.

Dated: 07/09/2012        _____
The Honorable Thelton E. Henderson
U.S. District Judge

1046408.1

[PROPOSED] ORDER
CASE NO. MD NO. 3:11-MD-02269 TEH