UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL ACTIONS* | Case No. 3:11-md-02269-TEH<br><br>MDL Docket No. 2269 |

## DECLARATION OF MARY ELLEN BECK

I, Mary Ellen Beck, declare as follows:

1. I am the Senior Vice President, Marketing Programs Manager, at FIA Card Services, N.A. ("FIA"), a subsidiary of Bank of America Corporation ("BAC") (collectively, the "Bank"). I am over the age of 21. The facts stated in this declaration are based on my personal knowledge and my review of records provided in the ordinary course of business. If called to testify, I would and could competently testify to these matters.

2. I had direct oversight over the process used by the Bank to mail Settlement Notices for the above-captioned action to Settlement Class Members who are current customers ("Current Class Members"). In this capacity, I have knowledge of the process used by the Bank to send Settlement Notices to Current Class Members.

3. FIA maintains the names and addresses of its customers in a proprietary database. Using the definition of "Settlement Class Member" contained in the Settlement Agreement and the Preliminary Approval Order, the Bank generated a class list that was provided to Gilardi & Co. LLC ("Gilardi"), the court-appointed Settlement Administrator. The class list included 3,719,939 Current Class Members.

4. Gilardi created and assigned a unique identifier for each record and sent the data back to the Bank for mailing. These identifiers are used to track correspondence with Settlement Class Members.

-2-

5. The Bank (through a vendor) ran the Current Class Member list through the National Change of Address database to search for any new or updated addresses on file with the United States Postal Service ("USPS"). After the Current Class Member list was updated, the Bank provided Notice of the Settlement and the Final Approval Hearing to all Current Class Members by mailing a copy of the Claim Form and Class Notice (collectively, "the Notices"), substantially in the form attached as **Exhibit A**, to each Current Class Member's most recent known mailing address.

6. Given the size of the Current Class Member list, the Bank (through a vendor) mailed the Notices on a rolling basis beginning on October 15, 2012 and continuing up through October 23, 2012. The Bank delivered the Notices to the USPS on the following schedule:[1]

| Mail Date | Number |
|---|---|
| October 15, 2012 | 251,229 |
| October 16, 2012 | 573,555 |
| October 17, 2012 | 575,148 |
| October 18, 2012 | 427,432 |
| October 19, 2012 | 578,407 |
| October 22, 2012 | 580,409 |
| October 23, 2012 | 733,795 |

---

[1] These numbers include 36 additional mailings used for quality control purposes.

7. As of November 26, 2012, the Bank has received 52,187 Notices that were returned as undeliverable. The Bank (though a vendor) performed skip tracing on all returned Notices. To the extent an updated address was found, the Notice was re-printed and mailed to that address.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28, 2012 at Wilmington, Delaware.

*Mary Ellen Beck*

Mary Ellen Beck

# EXHIBIT A



*In re: Bank of America Credit Protection Marketing and Sales Practices Litigation,*
*CASE No. 3:11-md-02269-TEH*

**Must Be Postmarked No Later Than February 26, 2013**

# Claim Form

**BACP1**

To receive benefits from this Settlement, you must submit a Claim Form. You can submit a Claim Form online at www.creditprotectionsettlement.com, by telephone at 1-888-213-5294, or mail your completed and signed Claim Form to the address below. Online Claim Forms must be submitted, and mailed Claim Forms must be postmarked, by **February 26, 2013**.

Bank of America Class Action Administrator
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060

ClaimIDBarCode   ClaimIDBarDisplay
FirstName LastName
Addr1 Addr2
City, State Zip-Zip4

If you are submitting a claim for more than one account enrolled in Credit Protection, you need to fill out a separate Claim Form for each account. You must complete all four sections and sign below in order to receive any benefits from this Settlement.

1. **Claimant Identification**

If you move, it is your responsibility to send the Claims Administrator your new address and contact information to ensure receipt of further notices and your settlement payment.

First Name (1)    M.I. (1)   Last Name (1)

First Name (2)    M.I. (2)   Last Name (2)

Address 1

Address 2

City                                    State    Zip Code

Date of Birth
MM / DD / YYYY

2. Use this PIN Number to authenticate your information using the online claim filing application at www.creditprotectionsettlement.com:  <<PIN>>

3. If you received this notice regarding the Settlement, this is because Defendants' records indicate that you were enrolled in at least one Credit Protection product between January 1, 2006 and July 17, 2012 (the "Class Period"). In order to claim an award, you must completely fill in one and only one of the circles below:

    ○ I am submitting a claim for $50.00 because I believe the Defendants enrolled me in Credit Protection without my consent or I believe Credit Protection was not as it was advertised.

    ○ I am submitting a claim for $100.00 because I attempted to obtain Credit Protection benefits and I believe I was denied benefits improperly or the exclusions were contrary to my expectations.

4. I declare that I have accurately filled out this form to the best of my knowledge.

    Signature: _____    Date: _____

    Name (please print): _____



1

FOR CLAIMS PROCESSING ONLY    ○ RE   ○ OZ
                               ○ LC   ○ DOC



Ribbon #2   Imaging

**IF YOU WERE ENROLLED IN BANK OF AMERICA CORPORATION'S AND FIA CARD SERVICES N.A.'S ("DEFENDANTS") CREDIT PROTECTION PROGRAMS BETWEEN JANUARY 1, 2006 AND JULY 17, 2012, THIS NOTICE DESCRIBES YOUR RIGHTS IN CONNECTION WITH A SETTLEMENT OF A LAWSUIT AND YOUR POTENTIAL RECOVERY**

You may be entitled to a payment from a proposed class action settlement described below (the "Settlement").  In the lawsuit titled *In re Bank of America Credit Protection Marketing and Sales Practices Litigation*, Case No. 3:11-md-02269-TEH, Settlement Class Representatives asserted claims that Defendants engaged in unlawful practices concerning various Credit Protection programs, including but not limited to: Credit Protection Plus, Cardholder Security Plan, Credit Protection Plan, Credit Protection Deluxe, and Fleet Credit Protect Plan (collectively "Credit Protection").  In particular, the lawsuit alleged that Defendants (i) involuntarily enrolled certain customers in Credit Protection; (ii) engaged in improper marketing practices in their representations of Credit Protection's coverage and benefits; and/or (iii) enforced exclusions contrary to the expectations of customers or improperly denied benefits requests.  Defendants have denied all of the Settlement Class Representatives' claims and deny any wrongdoing and any liability to the Settlement Class Representatives, or any Settlement Class Member, in any amount.

In settlement of the action, Defendants have agreed to pay the total amount of twenty million dollars ($20,000,000).  Defendants are terminating the Credit Protection products for independent business reasons.  As part of the Settlement, Defendants have agreed to practice changes in the administration of Credit Protection during the period it remains in existence as well as to provide two months of Credit Protection at no cost for current enrollees during the wind-down period.  Defendants intend to provide an additional four months of free Credit Protection coverage to current enrollees, for a total of six months free coverage.  Details regarding the practice changes and the free coverage are included in a separate communication provided with this notice.

**This notice is only a summary.  Details of the proposed settlement, including the full Notice, are available at www.creditprotectionsettlement.com.  You may also obtain copies of documents posted on that website by writing to the Settlement Administrator at the address below or by calling the Settlement Administrator at the toll-free number below.**

Defendants' records indicate that you may be a member of the Settlement Class because you were enrolled in a Credit Protection program at some time between January 1, 2006 and July 17, 2012.  Settlement Class Members may (1) file a claim for money from the Settlement, (2) exclude themselves from the Settlement, or (3) object to the Settlement.  Class Counsel estimate that Settlement payments will be $50 or $100, depending on your circumstances, but may be more or less based on various factors, including the number of claims submitted.  A claim form is enclosed with this notice.

**You cannot receive a payment unless your claim is postmarked by February 26, 2013.**  Claims should be mailed to the Settlement Administrator at:  **P.O. BOX 8060, SAN RAFAEL, CA 94912-8060.  You can also file an electronic claim by visiting the website at www.creditprotectionsettlement.com no later than February 26, 2013, or you may file a claim by phone by calling (888) 213-5294 no later than February 26, 2013.** The Settlement Agreement also permits the Settlement Class Representatives to seek a service award of not more than $3,000.00 and permits Class Counsel to seek no more than $6.6 million dollars ($6,600,000) in attorneys' fees and costs.  All attorneys' fees and costs and service awards will be deducted from the total Settlement Amount.  The petition for attorneys' fees will be available on the Settlement website as of November 28, 2012.

If you do not want to be legally bound by the Settlement and thus receive no money from the Settlement, but retain your right to pursue your own claims independently, you must postmark your request for exclusion **no later than** December 13, 2012, to the Settlement Administrator at **P.O. Box 8090, San Rafael, CA 94912-8090**.  If you wish to remain part of the Settlement Class and object to any aspect of the Settlement, you must do so by December 13, 2012.  If the Settlement is approved, all Settlement Class Members who do not exclude themselves will be bound by any judgment of the Court, and they will give up any right to sue Defendants or related parties for any known or unknown claims relating to Credit Protection.

The Court will hold a hearing to consider whether to approve the Settlement on January 14, 2013 at 10:00 a.m. before the Honorable Thelton E. Henderson, District Court Judge, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102-3489.  The full Notice explains what to do if you want to appear at the hearing.  Requests to appear must be made by December 13, 2012.  You may also enter an appearance through your own attorney if you desire.

**THIS IS ONLY A SUMMARY OF THE SETTLEMENT AND YOUR RIGHTS.  TO OBTAIN THE FULL CLASS NOTICE OR FOR MORE INFORMATION ABOUT YOUR OPTIONS, GO TO WWW.CREDITPROTECTIONSETTLEMENT.COM, WRITE TO THE SETTLEMENT ADMINISTRATOR AT P.O. BOX 8060, SAN RAFAEL, CA 94912-8060, OR CALL THE SETTLEMENT ADMINISTRATOR AT (888) 213-5294.  TELEPHONE REPRESENTATIVES ARE NOT AUTHORIZED TO CHANGE THE TERMS OF THE SETTLEMENT.  DO NOT CALL OR WRITE TO THE COURT OR THE CLERK OF THE COURT OR CONTACT DEFENDANTS ABOUT THE SETTLEMENT.**