Rachel Geman (admitted *pro hac vice*)
*rgeman@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Marc Godino
*mgodino@glancylaw.com*
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Francis J. "Casey" Flynn, Jr. (admitted *pro hac vice*)
*casey@jefflowepc.com*
CAREY, DANIS & LOWE
8235 Forsyth Boulevard, Suite 1100
Saint Louis, Missouri 63105-1643
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

*Class Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MD No. 3:11-md-02269 THE<br><br>MDL Docket No. 2269<br><br>**DECLARATION OF MARKHAM SHERWOOD IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Date: Monday, January 14, 2013<br>Judge: Hon. Thelton E. Henderson<br>Time: 10:00a.m.<br>Location: Courtroom 12 |

I, Markham Sherwood, declare as follows:

1. I am over twenty-one years of age and am authorized to make this declaration. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, I could and would competently testify to these matters under penalty of perjury.

2. I am employed as a Case Manager by Gilardi & Co., LLC ("Gilardi"). Gilardi was appointed by the Court on July 23, 2012 and engaged by counsel for the parties to provide settlement notification and claims processing services in connection with the settlement reached in the above-captioned matter.

3. Gilardi performed the services listed herein under my supervision relating to the dissemination of the Notice and claims processing. Gilardi has extensive experience in class action matters. Gilardi was formed in 1984 to assist attorneys with securities, antitrust, consumer protection class actions, and other similar matters. Gilardi specializes in designing, developing, analyzing, and implementing claims administration that supports due process. During the past 28 years Gilardi has administered class notice and class settlements in over 3,500 class actions, and has distributed more than $20 billion in assets.

4. Gilardi has executed the administrative items as defined in the Settlement Agreement in this action. Specifically, the services provided by Gilardi included: a) preparing, printing, and mailing of a postcard Notice (the "Notice") to members of the settlement class (the "Class"); b) receiving and sorting the Notices submitted by class members; c) recording the requests for exclusions and objections; d) processing the Notices received; e) logging correspondence and sending out responses as needed, and f) such other tasks as the parties mutually agreed that Gilardi should perform.

5. The class is defined as follows:

> "[A]ll people in the United States who were enrolled in a Credit Protection program issued by FIA Card Services, N.A., a subsidiary of Bank of America Corporation, between January 1, 2006 and July 17, 2012. These programs include, but are not limited to: Credit Protection Plus, Cardholder Security Plan, Credit Protection Plan, Credit Protection Deluxe, and Credit Protection Fleet

(collectively, "CPP"). For clarification purposes only, the Settlement Class includes customers who originally enrolled in a Credit Protection program prior to January 1, 2006, but remained enrolled at any time on or after January 1, 2006."

**DIRECT MAIL NOTICE**

6.  As explained in more detail below, in accordance with Section III(C)(1) of the Settlement Agreement and the paragraph 7 of the Preliminary Approval Order, Gilardi provided Short-Form Notice of this Settlement and the Final Approval Hearing to all Settlement Class Members who were former Bank of America customers by directly mailing a copy of the Claim Form and Class Notice, substantially in the form attached as **Exhibit A**, to the most recent known mailing address of such former customers, as reflected in reasonably available computerized account records of Defendants.

7.  On August 17, 2012, Gilardi received the first of two mailing lists from Defendants (the former customers to be mailed Notice by Gilardi). This first list provided the names, addresses, phone numbers and e-mail addresses where available and unique identifiers for 4,459,569 Class Members. Gilardi formatted this list for mailing purposes, removed duplicate records and processed the names and addresses through the National Change of Address database to update any addresses on file with the Unites States Postal Service ("USPS"). On September 7, 2012, Gilardi received from Defendants the second list of 3,719,939 current customers to be mailed Notice by Bank of America. Gilardi created and assigned a unique identifier for each record and sent the data back to Bank of America for mailing.

8.  Due to the large volume of Notices which were required to be mailed between October 3, 2012 and October 29, 2012, Gilardi directed its printing/mailing agent to mail the Notices on a rolling basis. Beginning on October 3, 2012 and continuing up until October 26, 2012, the addressed Notices were delivered to the USPS to be mailed via first class mail, as follows:

| Mail Date | Number |
|---|---|
| October 3, 2012 | 232,844 |
| October 4, 2012 | 232,907 |
| October 5, 2012 | 233,160 |
| October 8, 2012 | 232,608 |

| October 9, 2012 | 232,706 |
|---|---|
| October 10, 2012 | 232,986 |
| October 11, 2012 | 232,809 |
| October 12, 2012 | 233,114 |
| October 15, 2012 | 232,422 |
| October 16, 2012 | 232,911 |
| October 17, 2012 | 232,915 |
| October 18, 2012 | 232,903 |
| October 19, 2012 | 232,968 |
| October 22, 2012 | 232,783 |
| October 23, 2012 | 232,999 |
| October 24, 2012 | 233,144 |
| October 25, 2012 | 232,841 |
| October 26, 2012 | 242,841 |
| October 16, 2012 | 4,548 (foreign) |
|  | TOTAL: 4,206,409 |

9. As of November 27, 2012, Gilardi has received 315,857 returned Notice and Claim Forms. Pursuant to Section III(C)(1) of the Settlement Agreement, skip tracing was performed by the Settlement Administrator for all returned Notice and Claim Forms. To the extent an updated address was found, these Notices and Claim Forms were re-printed and re-mailed to the class members.

10. The Notice and Claim Form advised Settlement Class Members of their membership in the proposed Settlement Class and referred them to: (1) the Settlement Website (www.creditprotectionsettlement.com); (2) the mailing address: Bank of America Class Action Administrator, c/o Gilardi & Co. LLC, P.O. Box 8060 San Rafael, CA 94912-8060; and (3) a toll-free number 1-888-213-5294 to request the Full Notice, the Claim Form, and details regarding the Settlement. See **Exhibit A**.

**PUBLICATION NOTICE**

11. Pursuant to Section III(C)(3) of the Settlement Agreement, Gilardi caused the Publication Notice to be published in the national edition of USA Today on October 29, 2012. A copy of the Verification of Publication Affidavit from Larkspur Design Group is attached as **Exhibit B**.

**INTERNET NOTICE**

12. Gilardi set up an interactive website, www.creditprotectionsettlement.com, which became available to class members on or before October 3, 2012. The website was set up to provide information to potential class members and others seeking information about the proposed settlement and to facilitate the filing of online claims. The website contained:

(a) a description of the Settlement;

(b) a list of important dates including the date set for the Final Fairness hearing and deadlines for class members to object, opt-out, and file claims;

(c) case documents including the First Amended Complaint, Long Form Notice (in English and Spanish), Settlement Agreement, and Preliminary Approval Order;

(d) an online Claims filing feature which allows class members to file a claim online; and

(e) answers to frequently-asked questions, including a list of the Credit Protection Products addressed in this litigation and how to submit a claim for those class members who wished to print, complete, and file with Gilardi a paper claim form instead of filing a claim form online; and

(f) contact information for Gilardi, including the case-dedicated mailing address, toll-free telephone number, and email address.

13. As of November 27, 2012, the cumulative activity generated on the website is as follows: 1) total number of hits registered – 5,838,805, 2) number of e-mails received – 1,031, and 3) number of telephone calls received – 138,169.

**CORRESPONDENCE, OBJECTIONS, AND EXCLUSIONS**

14. Gilardi opened and maintains an address (Bank of America Class Action Administrator c/o Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94912-8060) to receive claim forms and written correspondence from class members. Gilardi maintains a separate mailing address at P.O. Box 8090, San Rafael, CA 94912-8090 dedicated to receiving requests to be excluded and objections to the Settlement.

15. The postmark deadline for class members to object or request exclusion is December 13, 2012. To date, Gilardi has received one (1) objection and 144 timely requests for

exclusion. A list of class members requesting exclusion from the class and a copy of the objection filed to date is attached at **Exhibit C**. Furthermore, to the extent Gilardi has received written inquiries from class members (excluding requests for claim forms), those have been responded to in a timely manner.

## TOLL-FREE TELEPHONE NUMBER AND EMAIL INQUIRIES

16. On or before October 3, 2012, Gilardi activated a toll-free telephone number, 1-888-213-5294, through which callers are able to connect with a live customer service representative Monday through Friday from 7:00 a.m. to 5:00 p.m. Pacific Time. The Toll-Free Number continues to be active and was set up to assist class members with any inquiries they may have regarding the Settlement. As of November 27, 2012, Gilardi has received 138,169 calls to the Toll-Free Telephone Number. An IVR line was set up which provides class members the opportunity to listen to a list of frequently asked questions ("FAQ's"), and responses to the FAQ's. If a class member does not feel that their inquiry has been satisfied after listening to the IVR and FAQ's, the class member may connect to a live operator. As of November 27, 2012, 3,106 phone calls have transferred to a live operator. The toll free number has had the following activity: 1) IVR Minutes – 7,755 hours, 53 minutes; 2) Live operator Minutes – 1,290 hours 40 minutes. Additionally, class members who have received the postcard Notice can file claims using the IVR line.

17. On or before October 3, 2012, Gilardi activated an email address, info@creditprotectionsettlement.com, to further assist class members in the event they have questions regarding the Settlement. As of November 27, 2012, Gilardi has received 1,031 emails to info@creditprotectionsettlement.com, each of which has been responded to in a timely manner.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 28th day of November, 2012 in San Rafael, California.

_____
MARKHAM SHERWOOD

# EXHIBIT A

Bank of America Class Action Administrator
c/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA 94975-8012

2D

# IMPORTANT LEGAL NOTICE

Postal Service: Please Do Not Mark Barcode

BACP1-<<Claim8>>-<<CkDig>>

See other side for details

<<Name1>>
<<Name2>>
<<Name3>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

# BACP1


<<Claim8>>

*In re: Bank of America Credit Protection Marketing and Sales Practices Litigation,*
*CASE No. 3:11-md-02269-TEH*
**Claim Form**

To receive benefits from this Settlement, your Claim Form must be postmarked on or before **February 26, 2013**. You may submit online at **www.creditprotectionsettlement.com**, or by telephone at **888-213-5294**, or mail your completed and signed Claim Form.
If you are submitting a claim for more than one account enrolled in Credit Protection, you need to fill out a separate Claim Form for each account. You must complete all sections and sign below in order to receive any benefits from this Settlement.

**1. Claimant Identification**

If you move, it is your responsibility to send the Claims Administrator your new address and contact information to ensure receipt of further notices and your settlement payment.

Please enter your correct address **only** if different than:   <<Addr1>> <<Addr2>>
<<City>> <<State>><< Zip>>

2D

ADDRESS

CITY                                                                                          STATE            ZIP CODE

DATE OF BIRTH

M M / D D / Y Y Y Y        2D  BACP1-<<Claim8>>-<<CkDig>>

2. Use this PIN Number to authenticate your information using the online or telephone claim filing application: **<<PIN>>**

3. **Either** state the last four digits of your Social Security Number here:    **Or** state the last four digits of ANY of your Bank of America accounts that were enrolled in "Credit Protection" debt suspension or debt cancellation products here:

4. If you received a notice regarding the Settlement on your billing statement or by postcard, this is because Defendants' records indicate that you were enrolled in at least one product between January 1, 2006 and July 17, 2012 (the "Class Period"). In order to claim an award, you must completely fill in **one and only one** of the circles below:

   ○  I am submitting a claim for $50.00 because Defendants enrolled me in Credit Protection without my consent or I believe Credit Protection was not as it was advertised.
   ○  I am submitting a claim for $100.00 because I attempted to obtain Credit Protection benefits and I believe I was denied benefits improperly or the exclusions were contrary to my expectations.

5. I declare that I have accurately filled out this form to the best of my knowledge.

Signature: _____                          Date: _____
Name (please print): _____

**IF YOU WERE ENROLLED IN BANK OF AMERICA CORPORATION'S AND FIA CARD SERVICES N.A.'S ("DEFENDANTS") CREDIT PROTECTION PROGRAMS BETWEEN JANUARY 1, 2006 AND JULY 17, 2012, THIS NOTICE DESCRIBES YOUR RIGHTS IN CONNECTION WITH A SETTLEMENT OF A LAWSUIT AND YOUR POTENTIAL RECOVERY**

You may be entitled to a payment from a proposed class action settlement described below (the "Settlement"). In the lawsuit titled *In re Bank of America Credit Protection Marketing and Sales Practices Litigation*, Case No. 3:11-md-02269-TEH, Settlement Class Representatives asserted claims that Defendants engaged in unlawful practices concerning various Credit Protection programs, including but not limited to: Credit Protection Plus, Cardholder Security Plan, Credit Protection Plan, Credit Protection Deluxe, and Fleet Credit Protect Plan (collectively "Credit Protection"). In particular, the lawsuit alleged that Defendants (i) involuntarily enrolled certain customers in Credit Protection; (ii) engaged in improper marketing practices in their representations of Credit Protection's coverage and benefits; and/or (iii) enforced exclusions contrary to the expectations of customers or improperly denied benefits requests. Defendants have denied all of the Settlement Class Representatives' claims and deny any wrongdoing and any liability to the Settlement Class Representatives, or any Settlement Class Member, in any amount.

In settlement of the action, Defendants have agreed to pay the total amount of twenty million dollars ($20,000,000). Defendants are terminating the Credit Protection products for independent business reasons. As part of the Settlement, Defendants have agreed to practice changes in the administration of Credit Protection during the period it remains in existence as well as to provide two months of Credit Protection at no cost for current enrollees during the wind-down period.

**This notice is only a summary. Details of the proposed settlement, including the full Notice, are available at www.creditprotectionsettlement.com.** You may also obtain copies of documents posted on that website by writing to the Settlement Administrator at the address at the bottom of this Notice or by calling the Settlement Administrator at the toll-free number at the bottom of this Notice.

Defendants' records indicate that you may be a member of the Settlement Class because you were enrolled in a Credit Protection program at some time between January 1, 2006 and July 17, 2012. Settlement Class Members may (1) file a claim for money from the Settlement, (2) exclude themselves from the Settlement, or (3) object to the Settlement. Class Counsel estimate that Settlement payments will be $50 or $100, depending on your circumstances, but may be more or less based on various factors, including the number of claims submitted. To file a claim on the website or by telephone you will need the **PIN** provided on the claim form.

**You cannot receive a payment unless your claim is postmarked on or before February 26, 2013.** The Settlement Agreement also permits Settlement Class Representatives and their attorneys to ask the Court for no more than $6.6 million dollars ($6,600,000) in attorneys' fees, costs, and service awards for the Settlement Class Representatives of no more than $3,000.00. All attorneys' fees and costs and service awards will be deducted from the total Settlement Amount. Class Counsel will post their application for attorneys' fees and costs on the settlement website on or before November 28, 2012.

If you do not want to be legally bound by the Settlement and thus receive no money from the Settlement, but retain your right to pursue your own claims independently, you must postmark your request for exclusion **no later than** December 13, 2012, to the Settlement Administrator c/o Gilardi & Co. LLC, P.O. Box 8090, San Rafael, CA 94912-8090. If you wish to remain part of the Settlement Class and object to any aspect of the Settlement, you must do so by December 13, 2012. If the Settlement is approved, all Settlement Class Members who do not exclude themselves will be bound by any judgment of the Court, and they will give up any right to sue Defendants or related parties for any known or unknown claims relating to Credit Protection.

The Court will hold a hearing to consider whether to approve the Settlement on January 14, 2013 at 10:00 a.m. before the Honorable Thelton E. Henderson, District Court Judge, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102-3489. The full Notice explains what to do if you want to appear at the hearing. Requests to appear must be made by December 13, 2012. You may also enter an appearance through your own attorney if you desire.

**THIS IS ONLY A SUMMARY OF THE SETTLEMENT AND YOUR RIGHTS. TO OBTAIN THE FULL CLASS NOTICE OR FOR MORE INFORMATION ABOUT YOUR OPTIONS, GO TO WWW.CREDITPROTECTIONSETTLEMENT.COM, WRITE TO BANK OF AMERICA CLASS ACTION ADMINISTRATOR, C/O GILARDI & CO. LLC, P.O. BOX 8060, SAN RAFAEL, CA 94912-8060, OR CALL THE SETTLEMENT ADMINISTRATOR AT 888-213-5294. TELEPHONE REPRESENTATIVES ARE NOT AUTHORIZED TO CHANGE THE TERMS OF THE SETTLEMENT. DO NOT CALL OR WRITE TO THE COURT OR THE CLERK OF THE COURT OR CONTACT DEFENDANTS ABOUT THE SETTLEMENT.**

_____

_____

_____

Place Stamp Here

Bank of America Class Action Administrator
Gilardi & Co LLC
P.O. Box 8060
San Rafael, CA 94912-8060

# BACP1

# EXHIBIT B

# LARKSPUR DESIGN GROUP

## Affidavit of Publication

I, Ashley Lamp, as Media Coordinator of the Larkspur Design Group in San Rafael, California, hereby certify that I caused the attached notice for Gilardi & Co. LLC to be published by the following newspaper:

| | |
|---|---|
| Name of Publication: | USA TODAY |
| Address: | 7950 Jones Branch Road |
| City, State, Zip | McLean, Va. 22102 |
| Phone #: | 800-872-0001 |
| State of: | Virginia |

The legal notice was published in the following edition offered by the above referenced publication:

Weekday National

I, Ashley Lamp, as Media Coordinator of the Larkspur Design Group in San Rafael, California hereby certify that I caused the attached **Bank of America Credit Protection** notice for Gilardi & Co. LLC to be published by the above newspaper on the following date:

10/29/12

_____    Ashley Lamp    11/12/12
Signature                  Print Name      Date

---

**State of: California**
**County of: Marin**

Subscribed and sworn to before me on this 12TH day of November, 2012, by Ashley Lamp, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal

_____
Signature of Notary Public

BRUCE H. COZZI
Commission # 1877936
Notary Public - California
Marin County
My Comm. Expires Feb 20, 2014

Legal notices page - advertisements/legal notices only.

## Partial notice (left column, cut off)

...ING AND SALES PRACTICES LITIGATION
...Missouri, St. Louis, Missouri
...ACTION AND FAIRNESS HEARING
...EASE OF CLAIMS

...Aurora Organic Dairy and sold in the U.S. under certain ...'s "Kirkland" brand, Safeway's "Safeway Select" and "O ...lue" brand, and/or Wild Oats' "Wild Oats" brand, you may

**ABOUT?**
...Wholesale Corporation, Safeway Inc., Target Corporation, Wal-...t referred to herein as "Wild Oats," and collectively with Costco, ...rora Organic Dairy and the Retailer Defendants (collectively ...ts, express and implied warranty statutes, and unjust enrichment ...ic milk, organic butter, organic cream, and organic non-fat dry ...'s "High Meadow" brand, Costco's "Kirkland" brand, Safeway's ...-Mart's "Great Value" brand, and Wild Oats' "Wild Oats" brand. ...proper and lawful. The Court has not decided who is right and

**SETTLEMENT?**
...submits a valid claim may be entitled to money. Aurora Organic ...her settlement costs including notice and administration costs, ...agreed to certain injunctive relief. For more details, write to the

**ED?**
...usehold uses on or before September 14, 2012, then you are a ...lete class member information.

**RIGHTS?**
...decide now.
...be able to sue Defendants—as part of any other lawsuit—for any ...settlement, you must submit a valid, sworn Claim Form. The ...Any member of the Settlement Class who does not timely submit

...lkMarketingSettlement.com
...ent, but you will keep rights to sue Defendants for these claims, ...tlement Class, you must act by **January 28, 2013**. If you wish to ...ent.com or write to Aurora Organic Dairy Litigation Settlement,

...must act by **January 28, 2013**.

**ME?**
...aham P.C. to represent the Settlement Class. You may hire your

**LEMENT:**
...to determine whether the proposed settlement is fair, reasonable, ...District Court for the Eastern District of Missouri, 111 S. 10th ...d not seek to be excluded, you may write to the Court to object to ...s of the proposed settlement.

**FORMATION?**
...gSettlement.com, call **1-877-280-8361**,
...Co. LLC, P.O. Box 808003, Petaluma, CA 94975-8003

---

## LEGAL NOTICE

**TO ALL PEOPLE IN THE UNITED STATES WHO WERE ENROLLED IN BANK OF AMERICA CORPORATION'S AND FIA CARD SERVICES N.A.'S ("DEFENDANTS") CREDIT PROTECTION PROGRAMS BETWEEN JANUARY 1, 2006 AND JULY 17, 2012**

This Is Not An Advertisement Or Attorney Solicitation.
Read This Summary Notice Carefully. A Class Action Lawsuit May Affect Your Rights.

You may be entitled to a payment from a proposed class action settlement described below (the "Settlement"). In the lawsuit titled, *In re Bank of America Credit Protection Marketing and Sales Practices Litigation*, Case No. 3:11-md-02269-TEH, Settlement Class Representatives asserted claims that Defendants engaged in unlawful practices concerning various Credit Protection programs, including but not limited to: Credit Protection Plus, Cardholder Security Plan, Credit Protection Plan, Credit Protection Deluxe, and Credit Protection Fleet (collectively "Credit Protection").

In particular, the lawsuit alleged that Defendants (i) involuntarily enrolled certain customers in Credit Protection; (ii) engaged in improper marketing practices in their representations of Credit Protection's coverage and benefits; and/or (iii) enforced exclusions contrary to the expectations of customers or otherwise improperly denied benefits claims. Defendants have denied all of the Settlement Class Representatives' claims and deny any wrongdoing and any liability to the Settlement Class Representatives, or any Settlement Class Member, in any amount. Defendants contend that they would prevail in the lawsuit.

In settlement of the action, Defendants have agreed to pay the total amount of twenty million dollars ($20,000,000). In addition, Defendants have made the independent business decision to cease offering and administering Credit Protection. In connection with this settlement, Defendants have agreed to enact certain practice changes in connection with the administration of Credit Protection, and provide two free months of Credit Protection to enrollees during the winding down of Credit Protection.

This notice is only a summary. Details of the proposed settlement, including the full Notice, are available at www.CreditProtectionSettlement.com. You may also obtain copies of documents posted on that website by writing to the Settlement Administrator at the address at the end of this notice or by calling the Settlement Administrator at the toll-free number below.

If the Settlement is approved, Settlement Class Members must file a claim to receive monetary compensation. Payments for claims will be approximately $50 and $100, but may be more or less depending on the number of total claims submitted and Settlement Class Members' particular circumstances. Class members may claim one award for each account that was enrolled in a Credit Protection program between January 1, 2006 and July 17, 2012. For clarification purposes only, the Settlement Class includes customers who originally enrolled in a Credit Protection program prior to January 1, 2006, but remained enrolled at any time on or after January 1, 2006. If you are filing a claim for more than one account enrolled in or billed for a Credit Protection program, you will need to fill out a separate claim form for each account. You must complete and submit a Claim Form on the website, by telephone, or by mail postmarked on or before February 26, 2013 to receive a payment from the Settlement.

The Settlement Agreement permits the Settlement Class Representatives to seek a service award of not more than $3,000.00 and permits Class Counsel to seek no more than $6.6 million dollars ($6,600,000) in attorneys' fees and costs. The petition for attorneys' fees will be available on the Settlement website as of November 28, 2012.

If you do not want to be legally bound by the Settlement (and thus receive no money from the Settlement but retain your right to bring your own lawsuit), your request for exclusion must be postmarked on or before December 13, 2012 directed to the Settlement Administrator c/o Gilardi & Co. LLC, P.O. Box 8090 San Rafael, CA 94912-8090.

If you wish to object to any aspect of the Settlement, you must do so by December 13, 2012. If the Settlement is approved, all Settlement Class Members who do not exclude themselves will be bound by any judgment of the Court, and they will give up any right to sue Defendants or related parties for any known or unknown claims relating to Credit Protection. (Full details of this release can be found in the full Notice.) To obtain complete instructions for excluding yourself or filing an objection, review the full Notice available at www.CreditProtectionSettlement.com or write or call the Settlement Administrator at the address or toll-free phone number at the end of this notice.

The Court will hold a hearing to consider whether to approve the Settlement on January 14, 2013, at 10 a.m. before the Honorable Thelton E. Henderson, District Court Judge, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102-3489. Requests to appear must be made by December 13, 2012. You may also enter an appearance through your own attorney if you desire. The full Notice explains what to do if you want to appear at the hearing.

**THIS IS ONLY A SUMMARY OF THE SETTLEMENT AND YOUR RIGHTS. TO OBTAIN THE FULL CLASS NOTICE OR FOR MORE INFORMATION, GO TO WWW.CREDITPROTECTIONSETTLEMENT.COM, WRITE TO BANK OF AMERICA CLASS ACTION ADMINISTRATOR, C/O GILARDI & CO. LLC, P.O. BOX 8060 SAN RAFAEL, CA 94912-8060, OR CALL THE ADMINISTRATOR AT (888) 213-5294. TELEPHONE REPRESENTATIVES ARE NOT AUTHORIZED TO CHANGE THE TERMS OF THE SETTLEMENT OR THIS NOTICE. DO NOT CALL OR WRITE TO THE COURT OR THE CLERK OF THE COURT. DO NOT CONTACT DEFENDANTS ABOUT THE SETTLEMENT.**

Dated: July 23, 2012 /s/ United States District Judge

**www.CreditProtectionSettlement.com** **(888) 213-5294**

---

## (lower-left partial notice)

New York, New York 10036, Attn: Christopher Mirick and Counsel to the Debtors' Prepetition Secured Lenders: 345 Park Avenue, New York, New York 10154, Attn: William ...iam Cohen; and (vii) Counsel to U.S. Bank National ...eyer, Suozzi, English and Klein, P.C., 990 Stewart Avenue, ...9194, Garden City, New York 11530, Attn: Thomas R. Slome. **FURTHER NOTICE** that a printed copy of any objection to ...must also be delivered via first class mail within one busi-...bjection Deadline to the: Office of the United States Trustee ...istrict of New York, Attn: William Curtin and Marylou Martin, ...a East, Suite 4529, Brooklyn, New York 11201.

...**CES OF FAILING TO TIMELY FILE AND SERVE AN** ...**Y PARTY WHO FAILS TO TIMELY FILE AND SERVE AN** ...**THE SALE ON OR BEFORE THE OBJECTION DEADLINE** ...**FROM THE BIDDING PROCEDURES ORDER SHALL BE** ...**RED FROM ASSERTING ANY OBJECTION TO THE SALE,** ...**H RESPECT TO THE TRANSFER OF PROPERTY FREE AND** ...**IENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS** ...**MPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS** ...**D LEASES TO THE SUCCESSFUL BIDDER AND ANY CURE** ...**TED THERETO.**

...**OR TRANSFEREE LIABILITY.** The proposed Sale Order ...the Buyer will have no responsibility for, and the assets ...d clear of, any successor liability, including the following, ...specified in the APA: (a) any liability or other obligation of ...lated to the Acquired Assets or (b) any Claims against the ...f their predecessors or affiliates. The Buyer shall have no ...ver with respect to the Debtors' (or their predecessors' or ...tive businesses or operations or any of the Debtors' (or their ...affiliates') obligations (as described below, "**Successor or** ...**ility**") based, in whole or part, directly or indirectly, on any ...sor or vicarious liability of any kind or character, or based ...of antitrust, environmental, successor or transferee liability, ...substantial continuity, labor and employment or prod-...ether known or unknown as of the Closing, now existing or ...asserted or unasserted, fixed or contingent, liquidated or ...luding liabilities with respect to any taxes arising, accruing or ...t of, in connection with, or in any way relating to the opera-...ed Assets prior to the Closing. Except to the extent expressly ...Assumed Liabilities with respect to Buyer, the Buyer shall ...r obligation under the WARN Act (29 U.S.C. §§ 2101 et seq.) ...Environmental Response Compensation and Liability

---

## LEGAL NOTICE

**If you purchased either of the following Bayer Aspirin products in the U.S., you may be entitled to compensation.**

| Product | Dates |
|---|---|
| Bayer® Aspirin With Heart Advantage | 1/1/08 – 7/23/12 |
| Bayer® Women's Low-Dose Aspirin + Calcium | 1/1/00 – 7/23/12 |

**WHAT IS THIS LAWSUIT ABOUT?** Plaintiffs claim that Bayer overcharged consumers for Bayer® Aspirin With Heart Advantage and Bayer® Women's Low-Dose Aspirin + Calcium ("Combination Aspirin Products") or that these products should not have been sold, because these products were not FDA-approved, could not provide all advertised health benefits and were inappropriate for long-term use. Bayer denies it did anything wrong. The Court has not decided who is right and who is wrong.

**WHAT ARE THE TERMS OF THE SETTLEMENT?** Under the terms of the proposed settlement, each Settlement Class Member who submits a valid claim may be entitled to money. Bayer has agreed to make payments totaling $15,000,000.00 to settle Plaintiffs' claims, including attorneys' fees and costs. For more details, write to the address or visit the website identified below.

**ARE YOU AFFECTED?** If you purchased either of the listed Combination Aspirin Products in the U.S. for personal, family or household uses within the specific time stated, then you are a member of a Settlement Class. Be sure to visit the website for complete Class Member definitions.

**WHAT ARE MY LEGAL RIGHTS?** You have a choice of whether to stay in any Settlement Class or not, and you must decide soon—the deadline for exclusion is December 20, 2012.

**Stay In:** you will be legally bound by the terms of the settlement, and you won't be able to sue Bayer—as part of any other lawsuit—for any claims arising from or related to the marketing or advertising of the Combination Aspirin Products except for any personal injury claims. **To receive benefits from the settlement, you must submit a valid, sworn Claim Form.** The Claim Form must be postmarked, faxed, or submitted online by April 29, 2013. Any member of any Settlement Class that does not timely submit a valid, sworn Claim Form will not be entitled to settlement benefits.

**To file a Claim Form, visit www.BayerCombinationAspirinSettlement.com.**

**Get Out:** If you get out, you will not receive benefits from the proposed settlement, but you will keep rights to sue Bayer for these claims, and will not be bound by the terms of the settlement. To be excluded from the Settlement Class, you must act before December 20, 2012. If you wish to be excluded from one or more of the Settlement Classes visit www.BayerCombinationAspirinSettlement.com.

**Object:** If you stay in any Settlement Class, you can object to the Settlement and must act by February 5, 2013.

# EXHIBIT C



*Bank of America Credit Protection Marketing and Sales Practices Litigation (BACPI)*
Requests For Exclusion Received as of November 27, 2012

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1126541841 | KAMAL | AHMED | LOS ANGELES | CA | 10/25/2012 |
| BACP1335439527 | BARBARA | ALMOND | SPOKANE VALLEY | WA | 11/2/2012 |
| BACP1142055948 | MINA | AMEMIYA | TOYO 154-0022 | | 10/21/2012 |
| BACP1117442798 | JEANNETTE | ANDERSON | FELTON | DE | 10/15/2012 |
| BACP1101178301 | MARY | ANGLE | MESA | AZ | 10/23/2012 |
| BACP1312458177 | MARY | ANGLE | MESA | AZ | 10/23/2012 |
| BACP1124793916 | MARQUITA | ARMSTRONG | CINCINNATI | OH | 11/15/2012 |
| BACP1312699638 | JOELY | BAKER | FARMINGTON | NM | 10/29/2012 |
| BACP1117439932 | ALMA | BALL | HODGES | SC | 10/22/2012 |
| BACP1326645632 | BEHROOZ | BEHBOD | ATLANTA | GA | 10/29/2012 |
| BACP1124581650 | CHERI | BICKLEY | PALM BAY | FL | 10/29/2012 |
| BACP1139975101 | DOLORES | BLACKWELL | SPARTANBURG | SC | 10/12/2012 |
| BACP1112493815 | PAMELA | BLANTON | MARION | NC | 10/19/2012 |
| BACP1325518840 | ARLENE | BLOSE | HENDERSON | NV | 10/29/2012 |
| BACP1316762180 | ROBERT | BOLTON | CORBETT | OR | 11/13/2012 |
| BACP1104794097 | RENA | BOOKER | BRONX | NY | 10/10/2012 |
| BACP1312155972 | JUDY | BOULA | BELCHERTOWN | MA | 11/3/2012 |
| BACP1332879259 | TODD | BOYCE | TACOMA | WA | 11/13/2012 |
| BACP1132341735 | AMELIA | BOYKIN | MYRTLE BEACH | SC | 10/18/2012 |
| BACP1129642916 | JANICE | BOYNTON | BREMEN | GA | 10/29/2012 |
| BACP1800000021 | KIMBERLY | BROWN | ARLINTON | VA | 11/13/2012 |
| BACP1308461932 | JESSICA | BRYANT | WATERTOWN | WI | 10/29/2012 |
| BACP1300937520 | LOUISE | BUCHIGNANI | HEALDSBURG | CA | 10/29/2012 |
| BACP1118049429 | ELSIE | BURRELL | APPOMATTOX | VA | 10/18/2012 |
| BACP1139929134 | WENDY | BUSCHATZ | ANDERSON | SC | 10/20/2012 |
| BACP1329826310 | ELSIE | CARPENTER | JEFFERSONVILLE | KY | 10/29/2012 |
| BACP1116532491 | RONALD | CARTER | KNOXVILLE | MD | 10/12/2012 |
| BACP1111516242 | JULIE | CATON | LEESBURG | VA | 10/24/2012 |
| BACP1323070230 | PHYLLIS | CHAPMAN | UNION | MO | 11/1/2012 |
| BACP1128723807 | KINNARD | CLARK | KIOWA | KS | 10/22/2012 |
| BACP1129617199 | MARY | COBB | GARFIELD | NJ | 10/16/2012 |
| BACP1301623058 | KAREN | COLBERT | NEW MADRID | MO | 11/3/2012 |
| BACP1103248420 | DULCE | COLLAZO | GALVESTON | TX | 10/22/2012 |
| BACP1328492485 | PATRICIA | COOK | WALNUT | CA | 11/3/2012 |
| BACP1303024020 | MARIE | COTTOM | ORANGE PARK | FL | 11/13/2012 |
| BACP1306551098 | RICHARD | CRAVEN | FARMINGTON | MN | 11/1/2012 |
| BACP1320976823 | MARIO | CROVO | SACRAMENTO | CA | 10/30/2012 |
| BACP1128168790 | CONNIE | CURTIS | LA FAYETTE | GA | 10/31/2012 |
| BACP1328931756 | THADA | DANIELS | GALAX | VA | 11/3/2012 |
| BACP1318615894 | PAMELA | DE CRESCENZO | BAKERSFIELD | CA | 11/17/2012 |
| BACP1141140119 | LOLA | DEALY | JACKSONVILLE | FL | 10/27/2012 |
| BACP1137899831 | BARBARA | DELASAUX | MODESTO | CA | 10/16/2012 |
| BACP1110675053 | MARLENE | DELEON | SALINAS | CA | 10/23/2012 |
| BACP1303769602 | MARIE | DREYER | SAINT ANN | MO | 10/29/2012 |

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1336513267 | MONICA | EATMON | GREENSBURG | KY | 11/9/2012 |
| BACP1130135720 | PHILIP | EHRLICH | NEW YORK | NY | 10/17/2012 |
| BACP1110162706 | LOUISE | ESON | WESTMINSTER | CO | 10/16/2012 |
| BACP1110478681 | JAMES | FOREMAN | STOKESDALE | NC | 10/22/2012 |
| BACP1307887162 | JENNIFER | FOUNTAIN | PICAYUNE | MS | 10/29/2012 |
| BACP1317892061 | ALBERT | FRITZ | BURTON | OH | 11/13/2012 |
| BACP1324269862 | J | FRY | PORTERVILLE | CA | 10/30/2012 |
| BACP1134098773 | AMY | FU | AIEA | HI | 11/13/2012 |
| BACP1117736686 | MARILYN | FURMAN | MILLVILLE | DE | 11/1/2012 |
| BACP1328586714 | MAGGIE | GIBSON | WORCESTER | MA | 11/16/2012 |
| BACP1127176004 | ROBERT | GREEN | BALTIMORE | MD | 10/10/2012 |
| BACP1123867886 | DONNA | HACKNEY | RIPLEY | WV | 10/24/2012 |
| BACP1325221553 | ANNE | HARDER | FOUNTAIN VALLEY | CA | 11/14/2012 |
| BACP1105768286 | LEOLA | HARMAN | FORT WORTH | TX | 10/15/2012 |
| BACP1108106624 | VERA | HARNED | LANCASTER | SC | 10/23/2012 |
| BACP1122315898 | MAYLEEN | HARRIS | N LITTLE ROCK | AR | 10/16/2012 |
| BACP1103578013 | RL | HAWKINS | MEXIA | TX | 10/29/2012 |
| BACP1114554358 | SHERVONA | HOPKINS | ROANOKE | VA | 10/27/2012 |
| BACP1137458606 | JULIE | HUMPHREYS | SANTA MONICA | CA | 10/19/2012 |
| BACP1129666890 | WENDY | JAMA | RIVERSIDE | CA | 10/19/2012 |
| BACP1310488907 | WENDY | JAMA | RIVERSIDE | CA | 10/19/2012 |
| BACP1115662928 | GARY | JONES | YOUNGSTOWN | OH | 10/22/2012 |
| BACP1329488422 | MARGOT | KARNES | BLOOMSBURG | PA | 10/26/2012 |
| BACP1327234210 | SUSAN | KETTLE | GRAND RAPIDS | MI | 10/29/2012 |
| BACP1304762377 | ZARINA | KHAN | LYNDHURST | NJ | 11/13/2012 |
| BACP1300069898 | PHYLLIS | KISER | WARRENTON | VA | 10/26/2012 |
| BACP1317680030 | JENEE | KNEE | JACKSONVILLE | FL | 10/20/2012 |
| BACP1331225069 | CAROLYN | LARABRAUD | WACO | TX | 10/25/2012 |
| BACP1139582029 | MICHELLE | LEHRMAN | PORTLAND | OR | 11/16/2012 |
| BACP1116682825 | JEFFREY | LIGHTBOURN | HOUSTON | TX | 11/13/2012 |
| BACP1130535621 | KATRINA | LO | GRAHAM | NC | 10/20/2012 |
| BACP1130671720 | HANNAH | LONGO | EUGENE | OR | 11/1/2012 |
| BACP1107673983 | MIRSA | LOPEZ | BEAVERTON | OR | 10/11/2012 |
| BACP1313832986 | SCOTT | LOWE | SHELL KNOB | MO | 10/29/2012 |
| BACP1301913978 | JOHN | MAGNUSON | MARYSVILLE | WA | 11/14/2012 |
| BACP1336076495 | JOHN | MAGNUSON | MARYSVILLE | WA | 11/14/2012 |
| BACP1318215616 | MARY | MAHAN | CLINTON | MO | 10/27/2012 |
| BACP1311047114 | BECKY | MARRUFO | CHAPARRAL | NM | 10/25/2012 |
| BACP1102290644 | J | MARTIN | PEORIA | IL | 10/27/2012 |
| BACP1308526597 | ELBA | MARTINEZ | WESLEY CHAPEL | FL | 10/29/2012 |
| BACP1308300637 | DIANE | MASTROLIA | JACKSON | NJ | 11/10/2012 |
| BACP1135971420 | TAKAKO | MASUDA | TORRANCE | CA | 10/18/2012 |
| BACP1330615106 | SARA | MAXWELL | SALT LAKE CITY | UT | 11/2/2012 |
| BACP1316618578 | CAROL | MCGUIRE | NORTH ANDOVER | MA | 11/2/2012 |
| BACP1139549587 | OCTAVIO | MENDEZ-OSORIO | BEAVERTON | OR | 10/11/2012 |
| BACP1126100519 | TIM | MISSLITZ | VOLGA | SD | 10/24/2012 |
| BACP1111174082 | LISETTE | MUNTSLAG | POUGHKEEPSIE | NY | 10/11/2012 |
| BACP1308568982 | MILDRED | MUOTH | LAKE OSWEGO | OR | 11/2/2012 |
| BACP1108359301 | MARY | NEAL | LEBANON | TN | 10/13/2012 |
| BACP1301359830 | JOHN | OLVER | DALLAS | TX | 10/26/2012 |
| BACP1126680795 | ROSHNI | PATEL | EDISON | NJ | 10/10/2012 |

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1301078033 | MATTIA | PELIZZOLA | | | 10/26/2012 |
| BACP1300237308 | JANITZA | PEREZ | COAMO | PR | 11/13/2012 |
| BACP1120030128 | EDWARD | PULSE | CARO | MI | 10/19/2012 |
| BACP1324779631 | JOHN | RADOSEVIC | RIO RANCHO | NM | 10/29/2012 |
| BACP1318843161 | SIRIA | RAMIREZ | SHERMAN OAKS | CA | 10/30/2012 |
| BACP1318883155 | JUANA | RAMIREZ | MIAMI | FL | 10/29/2012 |
| BACP1331750627 | JUANA | RAMIREZ | MIAMI | FL | 10/29/2012 |
| BACP1321781260 | LISA | REESE | PITTSBURGH | PA | 10/29/2012 |
| BACP1133917924 | KENNETH | RENALDO | CENTRAL ISLIP | NY | 10/24/2012 |
| BACP1310863350 | SUSAN | RIZK | PONTE VEDRA BEACH | FL | 10/29/2012 |
| BACP1800000013 | PATRICIA | ROCKWELL | PINE | AZ | 10/22/2012 |
| BACP1313985790 | JENNIFER | SAMPSON | AURORA | IL | 10/27/2012 |
| BACP1333250850 | CHRISTEEN | SAROKI | WEST BLOOMFIELD | MI | 11/3/2012 |
| BACP1332307590 | MARTHA | SAUNDERS | BONDURANT | WY | 10/24/2012 |
| BACP1117358231 | CLYDE | SAYLER | SILVERDALE | WA | 10/20/2012 |
| BACP1103034331 | LADARYL | SCOTT | WOODBRIDGE | VA | 10/18/2012 |
| BACP1113175450 | MARY | SCOTTI | PHILADELPHIA | PA | 10/22/2012 |
| BACP1100719783 | MARLA | SELLAS MUNIZ | TOA ALTA | PR | 11/13/2012 |
| BACP1315922753 | NORMAN | SHAFFOR | INDIANA | PA | 11/2/2012 |
| BACP1127132937 | LASCELLE | SHERRILL | ATLANTA | GA | 10/17/2012 |
| BACP1305659030 | FAYE | SHRODE | KALISPELL | MT | 11/14/2012 |
| BACP1337197911 | ROBERT | SINGER | BELLEVILLE | NJ | 10/26/2012 |
| BACP1318872129 | JOSEPHINE | SKINNER | BRIDGETON | NJ | 11/3/2012 |
| BACP1324081685 | RUTH | SLAIR | PITTSBURGH | PA | 11/14/2012 |
| BACP1332154807 | CONSTANCE | SLAUGHTER | RALEIGH | NC | 10/30/2012 |
| BACP1125393580 | MATTIE | SMITH | WESSON | MS | 10/20/2012 |
| BACP1140869352 | KRYSTAL | SMITH | ROCHESTER | IN | 11/2/2012 |
| BACP1325075654 | ELIZABETH | SMITH | BENTON | AR | 11/2/2012 |
| BACP1113211430 | EVA | STALBRAND | PHOENIX | AZ | 11/15/2012 |
| BACP1102753822 | JUNE | STUDY | REDKEY | IN | 10/20/2012 |
| BACP1335508456 | ROBERT | SUTTER | CLIFTON | NJ | 10/26/2012 |
| BACP1113011385 | WYOMA | TAYLOR | CASPER | WY | 10/24/2012 |
| BACP1324057091 | NANCY | TOWNE | CAMBRIDGE | MD | 11/14/2012 |
| BACP1317584103 | FRED | VAN ANTWERP | VERO BEACH | FL | 11/13/2012 |
| BACP1110648935 | RENATE | VERASTEGUI | SPRING HILL | FL | 10/26/2012 |
| BACP1120777452 | DAISY | VIRGO-TAYLOR | NEW YORK | NY | 10/24/2012 |
| BACP1308389760 | XIAOJING | WANG | WORCESTER | MA | 11/14/2012 |
| BACP1303065389 | BRANDON | WEAVER | DENVER | CO | 10/29/2012 |
| BACP1133729150 | ROBERT | WEBSTER | MASON | IL | 10/30/2012 |
| BACP1337072558 | JULIA | WEIGAND | BARNESVILLE | PA | 10/25/2012 |
| BACP1125369506 | MARY | WELSH | GLEN BURNIE | MD | 10/12/2012 |
| BACP1107503514 | GARY | WHITE | LAWRENCE | KS | 10/19/2012 |
| BACP1140646612 | FLORENCE | WIDOWSKY | UNION | NJ | 10/22/2012 |
| BACP1110069986 | FAY | WILLIAMS | MOUNT CARMEL | IL | 10/15/2012 |
| BACP1319550397 | ROBERT | WILLIAMS | SANTA ROSA VALLEY | CA | 11/4/2012 |
| BACP1326851879 | JAMES | WOFFORD | COMMERCE | GA | 11/16/2012 |
| BACP1325708177 | DAVID | WRIGHT | SALT LAKE CITY | UT | 11/27/2012 |
| BACP1116519819 | JOAN | ZEHRINGER | BLOOMSBURG | PA | 10/23/2012 |
| BACP1110271718 | MARTA | ZIOBRO | SEATTLE | WA | 10/24/2012 |

BACPI-12199653 ✓

Ronna Burton
3774 F.M. 550
Royse City, Texas 75189

Oct 25, 2012

I object to the settlement amounts of $50.00 to 100.00.

I believe to prevent damages the full amount should be refunded to me for the cost of the credit protection. The cost of the credit protection exceeds $50.00 to $100.00. Also, you should consider if this credit protection was charged to me, or rather my account for a one year period or multi year period.

This settlement amount is an insult.

I also object to the attorneys fees being deducted from my settlement. Bank of America should be paying lawyers fees, court costs, and filing fees.

Ronna Burton