Nov. 25th 201

FILED
NOV 2 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Claim # BACP132461788$
PIN# XY6GJ29N

I, Tamara A. Coleman have submitted a claim online today. I understand that their will be a final approval hearing held on January 14th 2013 at 10:00 A.M. before the Honorable Thelton E. Henderson, District Court Judge, United States District Court for the Northern District of California. I, Tamara believe my ~~compassion~~ Compesation is not a fare amount of $100.00. A fair fee to me is $1,000.00. Here are my reasons. I have been with Bank of America since 1996 or 1997. I strongly believe I was on this program Once before 2006. Therefore between 1997 - 2012 (15yrs) I have been on this program. I have cancelled the program because this program didn't provide me with any information on how to improve my credit. I was charged $12.00 a month which came directly out of my account. I was told 6 months later that I was not removed and I cancelled again. In the year 2011 I resigned because of their markerting and sale pitch. Technology were stronger to me and benificial, I thought. I recently recieved letters from Bank of America showing me of my economic behaviors. In the past it were not so. Maybe the Bank felt obligated

to do so because of the lawsuit. I deserve recovered monetary settlement benefits of $1,000.00. $432.00 for the many years at Bank of America this funds shows $144.00 for the year 2007-2008 2009-2010 = $144.00, 2011-2012 = $144.00 plus overdraft fees that equal $525.00 ($35.00 x 15). I just cancelled for the second time in October 2012 and now in the month of November I recieved an montitored letter of my account from Bank of America. Now ~~maybe~~ their fees for insuffinut amount of money because they will charge me $12.00 at will. This is an appropiate amount to me and towards my sanity.

Thank you,
MS. Coleman
1-203-376-1245