
Case3:11-md-02269-TEH  Document81  Filed11/29/12  Page1 of 2

*In re: Bank of America Credit Protection Marketing and Sales Practices Litigation,*
CASE No. 3:11-md-02269-TEH

# Claim Form

**Must Be Postmarked No Later Than February 26, 2013**

**BACP1**

To receive benefits from this Settlement, you must submit a Claim Form. You can submit a Claim Form online at www.creditprotectionsettlement.com, by telephone at 1-888-213-5294, or mail your completed and signed Claim Form to the address below. Online Claim Forms must be submitted, and mailed Claim Forms must be postmarked, by **February 26, 2013**.

Bank of America Class Action Administrator
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060

*BACP1324607377W*



RECEIVED 2012 NOV 29 P 4: 36

Kevin L. Knowles
215 SW 2nd Ter., Apt. W.
Dania, FL 33004-3924

If you are submitting a claim for more than one account enrolled in Credit Protection, you need to fill out a separate Claim Form for each account. You must complete all four sections and sign below in order to receive any benefits from this Settlement.

## 1. Claimant Identification

If you move, it is your responsibility to send the Claims Administrator your new address and contact information to ensure receipt of further notices and your settlement payment.

First Name (1): **KEVIN**
M.I. (1): **L**
Last Name (1): **Knowles**

First Name (2): 
M.I. (2): 
Last Name (2): 

Address 1: **215 SW Ter Apt W**
Address 2: 
City: **Dania**
State: **FL**
Zip Code: **33004**

Date of Birth: **XX / 22 / X9X8**

715153:S001A-150524273-*BACP1324607377W*-QGJEJY4J

**2.** Use this PIN Number to authenticate your information using the online claim filing application at www.creditprotectionsettlement.com: **QGJEJY4J**

**3.** If you received this notice regarding the Settlement, this is because Defendants' records indicate that you were enrolled in at least one Credit Protection product between January 1, 2006 and July 17, 2012 (the "Class Period"). In order to claim an award, you must completely fill in one and only one of the circles below:

○ I am submitting a claim for $50.00 because I believe the Defendants enrolled me in Credit Protection without my consent or I believe Credit Protection was not as it was advertised.

○ I am submitting a claim for $100.00 because I attempted to obtain Credit Protection benefits and I believe I was denied benefits improperly or the exclusions were contrary to my expectations.

**4.** I declare that I have accurately filled out this form to the best of my knowledge.

Signature: *Kev Knowles*     Date: **11-22-12**
Name (please print): **Kevin Knowles**

FOR CLAIMS PROCESSING ONLY: ○ RE  ○ OZ  ○ LC  ○ DOC

1

thank you for all that you are doing but i have to object to the amount that is being given to me from this settlement, the amount such be no less than (4%) of the total settlement.

thank you

kevin knowles

*[signature]*

12-22-12