In re: Bank of America Credit Protection
Marketing & Sales Practice Litigation,
CASE NO: 3:11-md-02269-TEH

Nov. 23, 2012
Claim No: BACP13.291653115*

RECEIVED 2012 DEC -3 P 4:25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

From: Kimmy L. Griffin
1088 Gibson Hill Road
Berry, AL 35546

c: - David L. Permut, ESQ
Goodwin + Proctor LLP

- Rachel Geman, ESQ
Lieff, Cabraser, Heimann, Bernstein LLP

- Clerk, US District Court for Northern District of CA

Dear Sirs & Madams,
I am writing to object to the monetary amount in the BOA case. I do have grounds for and proof for my objection. I would like for you to review my personal case because I have been involved in writing them and trying to come to agreement on my benefit I partially collected from them & they still owe me money +/or credits. They never waived my "monthly benefit fee" during the collection time & they stopped sending me and cut short my benefit by 6 months. The Credit Protection Plan owes me $2036.29 for minimum payments due they should have paid. I wrote them numerous times & have copies of their responses. They owe me additional benefits & interest, + fee cancellations. Their practices is not honest and is deceitful in the advertising and the benefit statements. In addition to the $2036.29 they owe me $950.00 for fees that should have been canceled out and $1100.00 for minimum payments due for the last 6 months of my benefit they canceled. The total they owe me is 4086.29 in monetary claim and any amt. you suffice for the expense of postage, phone calls,

Nov. 23, 2012

and the stress/anxiety of having to make multiple calls to them and writing them many times. Their business practices were dishonest and misleading in my situation and I can't get them to pay me or credit my account correctly, waive the monthly benefit fee while the benefit is active, and pay for the length of 18 months (due to job loss) as should have been done. I have dates written down when I spoke to them and they tell you "it is being recorded" when you call Customer Services at Bank of America and Benefit Services. I would like for my recordings to be obtained and you will see the number of times I tried to deal with them through calls and letters.

Thank You,

Tammy L. Griffin (Duckworth)   Tammy L. Griffin
1688 Gibson Hill Road
Berry, AL 35546
(205) 622-3235

In RE: Bank of America Credit Protection
Case #: 3:11-md-02269-TEH
Claim #: BACP13291655715*