UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. 3:11-md-02269-THE



IN RE: BANK OF AMERICA CREDIT
PROTECTION MARKETING AND
SALES PRACTICES LITIGATION
_____/



## OBJECTIONS TO SETTLEMENT AND AWARD OF ATTORNEYS' FEES BY CLASS MEMBER ADINA WASSERMAN

COMES NOW, ADINA WASSERMAN (Objector), 1611 S.W. 106th Terrace, Davie Florida, 33324, D.O.B. xx/xx/71, S.S. No. xxx-xx-5909, postcard verification #10928604, who files this Objection to Settlement and Award of Attorneys' Fees, objecting to the Stipulated Class Action Settlement and application for attorneys' fees by settlement counsel and states as follows:

### I. Membership in settlement class

Upon receiving postcard notification and a subsequent claim form for the instant lawsuit, copies of which are attached, it came to my attention that I was enrolled in the Bank of America Credit Protection Program between January 1, 2006 and July 17, 2012. I am unsure when I became enrolled in this program, or for that matter, if I ever enrolled in the first place. I have attached redacted credit card statements from January 2010 and June 2012 which indicate I was charged $19.99 per month for Credit Protection Deluxe.

### II. Specific objections to settlement

Based upon my reading of the Motion for Attorneys' Fees filed on November 28, 2012, I object to this for several reasons. First, the settlement is unfair to the class members because it is insufficient. Class counsel argues that this is a fair settlement. Since they are seeking an award of attorneys' fees of $5,000,000, it is clearly fair to them. However, in addition to the attorneys'

fees and costs, there is an administrative cost of several million dollars. Counsel has failed to mention the administrative costs in their motion or on the website, but it is likely at least $3,000,000. This further diminishes the remaining funds obtained for the benefit of the class, which counsel has stated in their motion as "tens of millions of dollars."

The total amount of the fund for those of us who have been victimized by Bank of America will be approximately $10,000,000 to $12,000,000. Over 4,000,000 notifications were sent out, which indicated millions of people were affected by Bank of America's deception, thereby making this recovery insignificant in comparison to the money they lined their pockets with. This amount is woefully inadequate to compensate the class members in exchange for their agreement not to sue Bank of America in this case for the damages they have incurred for having the privilege of being provided with a "payment protection plan" for which they neither asked nor were able to utilize when needed.

A second reason the settlement is unfair is because the attorney fees being paid to class counsel is excessive in relation to the benefits accruing to the class. The class is getting very little to nothing for what took place, while class counsel is receiving significant payment for very little work. Although counsel's own Motion for Attorneys' Fees discussed what legal work took place in the case, it does not discuss what did not take place. Specifically, depositions were not taken and discovery was not conducted. The amount of legal work involved here was minimal and the amount of money requested by class counsel is ludicrous in comparison to the $50 or $100 a class member may be entitled to, depending on how many class members respond.

Almost as comical, are the numerous filings detailing the attorney hours devoted to the litigation. Class counsel claims there were 6,094.80 hours devoted to the litigation. That number is clearly inflated. With the number of attorneys involved in this case, there is no way work was

not duplicated and shared among counsel. Also, with so many attorneys looking to get a piece of the settlement fund, the total lodestar has been greatly inflated.

The amount requested as attorneys' fees by class counsel is excessive in view of the actual work performed, relief obtained, and the benefit provided to the class resulting in a windfall to settlement counsel that is not supported by law. As a consumer that has been slammed and somehow placed in a credit card protection program I knew nothing about, I am disgusted with the conduct of Bank of America. The fact they were able to conduct their business in such a nefarious way must be punished severely. The settlement of $20,000,000 is a drop in the bucket in comparison to the fees these programs generated for Bank of America. Had discovery been done, these numbers would be known, and a higher settlement amount should have been obtained. Instead, Class Counsel quick trip to the Defendant's ATM for millions in attorney's fees has them laughing all the way to the local Bank of America to make their deposits because they got paid for not having to engage in discovery in this case.

The Court must surely recognize that members of the class are not fairly and adequately compensated by this proposed settlement agreement and should therefore withhold approval of the proposed settlement.

Signed this 7th day of December, 2012

ADINA WASSERMAN
1611 S.W. 106th Terrace
Davie, FL 33324
(954) 424-6634
adina.wasserman@comcast.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2012, the foregoing was furnished via U.S. Mail to: Clerk of Court, United States District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102-3489; Rachel Geman, Esq., Lieff Cabraser, Heimann & Bernstein, LLP, 250 Hudson Street, 8th Floor, New York, NY 10013-1413, class counsel for Plaintiffs; and David L. Permut, Esq., Goodwin Procter, LLP, 901 New York Avenue, NW, Washington, DC 20001, counsel for Defendants.

ADINA WASSERMAN
1611 S.W. 106th Terrace
Davie, FL 33324
(954) 424-6634
adina.wasserman@comcast.net

Bank of America Class Action Administrator
c/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA 94975-8012

Presorted
First-Class Mail
US Postage
**PAID**
Gilardi & Co

## IMPORTANT LEGAL NOTICE
See other side for details

Postal Service: Please Do Not Mark Barcode

BACP1-10928604-9

ADINA WASSERMAN
1611 SW 106TH TER
DAVIE FL 33324-7110

A88393

# BACP1

10928604

*In re: Bank of America Credit Protection Marketing and Sales Practices Litigation,*
*CASE No. 3:11-md-02269-TEH*
**Claim Form**

To receive benefits from this Settlement, your Claim Form must be postmarked on or before **February 26, 2013**. You may submit online at **www.creditprotectionsettlement.com**, or by telephone at **888-213-5294**, or mail your completed and signed Claim Form.
If you are submitting a claim for more than one account enrolled in Credit Protection, you need to fill out a separate Claim Form for each account. You must complete all sections and sign below in order to receive any benefits from this Settlement.

**1. Claimant Identification**
If you move, it is your responsibility to send the Claims Administrator your new address and contact information to ensure receipt of further notices and your settlement payment.
Please enter your correct address **only** if different than:   1611 SW 106TH TER
                                                                 DAVIE FL 33324-7110

ADDRESS

CITY                                          STATE        ZIP CODE

DATE OF BIRTH     __ / __ / ____                BACP1-10928604-9

2. Use this PIN Number to authenticate your information using the online or telephone claim filing application: **7WFEKHAZ**
3. **Either** state the last four digits of your Social Security Number here:     **Or** state the last four digits of ANY of your Bank of America accounts that were enrolled in "Credit Protection" debt suspension or debt cancellation products here:

4. If you received a notice regarding the Settlement on your billing statement or by postcard, this is because Defendants' records indicate that you were enrolled in at least one product between January 1, 2006 and July 17, 2012 (the "Class Period"). In order to claim an award, you must completely fill in **one and only one** of the circles below:
   ○ I am submitting a claim for $50.00 because Defendants enrolled me in Credit Protection without my consent or I believe Credit Protection was not as it was advertised.
   ○ I am submitting a claim for $100.00 because I attempted to obtain Credit Protection benefits and I believe I was denied benefits improperly or the exclusions were contrary to my expectations.

5. I declare that I have accurately filled out this form to the best of my knowledge.

Signature: _____   Date: _____

Name (please print): _____

*In re: Bank of America Credit Protection*
*Marketing and Sales Practices Litigation,*
*CASE No. 3:11-md-02269-TEH*

## Claim Form

**Must Be Postmarked
No Later Than
February 26, 2013**

**BACP1**

To receive benefits from this Settlement, you must submit a Claim Form. You can submit a Claim Form online at www.creditprotectionsettlement.com, by telephone at 1-888-213-5294, or mail your completed and signed Claim Form to the address below. Online Claim Forms must be submitted, and mailed Claim Forms must be postmarked, by **February 26, 2013**.

Bank of America Class Action Administrator
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060

*BACP1321544501O*

Adina Wasserman
1611 SW 106th Ter.
Davie, FL 33324-7110

If you are submitting a claim for more than one account enrolled in Credit Protection, you need to fill out a separate Claim Form for each account. You must complete all four sections and sign below in order to receive any benefits from this Settlement.

1. **Claimant Identification**

If you move, it is your responsibility to send the Claims Administrator your new address and contact information to ensure receipt of further notices and your settlement payment.

First Name (1)                M.I. (1)   Last Name (1)

First Name (2)                M.I. (2)   Last Name (2)

Address 1

Address 2

City                                                                         State     Zip Code

Date of Birth
MM / DD / YYYY

770966:S001A-137283909-*BACP1321544501O*-KFNKTEYE

2. Use this PIN Number to authenticate your information using the online claim filing application at www.creditprotectionsettlement.com: KFNKTEYE

3. If you received this notice regarding the Settlement, this is because Defendants' records indicate that you were enrolled in at least one Credit Protection product between January 1, 2006 and July 17, 2012 (the "Class Period"). In order to claim an award, you must completely fill in one and only one of the circles below:

   ○ I am submitting a claim for $50.00 because I believe the Defendants enrolled me in Credit Protection without my consent or I believe Credit Protection was not as it was advertised.

   ○ I am submitting a claim for $100.00 because I attempted to obtain Credit Protection benefits and I believe I was denied benefits improperly or the exclusions were contrary to my expectations.

4. I declare that I have accurately filled out this form to the best of my knowledge.

   Signature: _____          Date: _____

   Name (please print): _____

FOR CLAIMS PROCESSING ONLY   ○ RE   ○ OZ   ○ LC   ○ DOC

1

**IF YOU WERE ENROLLED IN BANK OF AMERICA CORPORATION'S AND FIA CARD SERVICES N.A.'S ("DEFENDANTS") CREDIT PROTECTION PROGRAMS BETWEEN JANUARY 1, 2006 AND JULY 17, 2012, THIS NOTICE DESCRIBES YOUR RIGHTS IN CONNECTION WITH A SETTLEMENT OF A LAWSUIT AND YOUR POTENTIAL RECOVERY**

You may be entitled to a payment from a proposed class action settlement described below (the "Settlement"). In the lawsuit titled *In re Bank of America Credit Protection Marketing and Sales Practices Litigation*, Case No. 3:11-md-02269-TEH, Settlement Class Representatives asserted claims that Defendants engaged in unlawful practices concerning various Credit Protection programs, including but not limited to: Credit Protection Plus, Cardholder Security Plan, Credit Protection Plan, Credit Protection Deluxe, and Fleet Credit Protect Plan (collectively "Credit Protection"). In particular, the lawsuit alleged that Defendants (i) involuntarily enrolled certain customers in Credit Protection; (ii) engaged in improper marketing practices in their representations of Credit Protection's coverage and benefits; and/or (iii) enforced exclusions contrary to the expectations of customers or improperly denied benefits requests. Defendants have denied all of the Settlement Class Representatives' claims and deny any wrongdoing and any liability to the Settlement Class Representatives, or any Settlement Class Member, in any amount.

In settlement of the action, Defendants have agreed to pay the total amount of twenty million dollars ($20,000,000). Defendants are terminating the Credit Protection products for independent business reasons. As part of the Settlement, Defendants have agreed to practice changes in the administration of Credit Protection during the period it remains in existence as well as to provide two months of Credit Protection at no cost for current enrollees during the wind-down period. Defendants intend to provide an additional four months of free Credit Protection coverage to current enrollees, for a total of six months free coverage. Details regarding the practice changes and the free coverage are included in a separate communication provided with this notice.

This notice is only a summary. Details of the proposed settlement, including the full Notice, are available at www.creditprotectionsettlement.com. You may also obtain copies of documents posted on that website by writing to the Settlement Administrator at the address below or by calling the Settlement Administrator at the toll-free number below.

Defendants' records indicate that you may be a member of the Settlement Class because you were enrolled in a Credit Protection program at some time between January 1, 2006 and July 17, 2012. Settlement Class Members may (1) file a claim for money from the Settlement, (2) exclude themselves from the Settlement, or (3) object to the Settlement. Class Counsel estimate that Settlement payments will be $50 or $100, depending on your circumstances, but may be more or less based on various factors, including the number of claims submitted. A claim form is enclosed with this notice.

You cannot receive a payment unless your claim is postmarked by February 26, 2013. Claims should be mailed to the Settlement Administrator at: P.O. BOX 8060, SAN RAFAEL, CA 94912-8060. You can also file an electronic claim by visiting the website at www.creditprotectionsettlement.com no later than February 26, 2013, or you may file a claim by phone by calling (888) 213-5294 no later than February 26, 2013. The Settlement Agreement also permits the Settlement Class Representatives to seek a service award of not more than $3,000.00 and permits Class Counsel to seek no more than $6.6 million dollars ($6,600,000) in attorneys' fees and costs. All attorneys' fees and costs and service awards will be deducted from the total Settlement Amount. The petition for attorneys' fees will be available on the Settlement website as of November 28, 2012.

If you do not want to be legally bound by the Settlement and thus receive no money from the Settlement, but retain your right to pursue your own claims independently, you must postmark your request for exclusion no later than December 13, 2012, to the Settlement Administrator at P.O. Box 8090, San Rafael, CA 94912-8090. If you wish to remain part of the Settlement Class and object to any aspect of the Settlement, you must do so by December 13, 2012. If the Settlement is approved, all Settlement Class Members who do not exclude themselves will be bound by any judgment of the Court, and they will give up any right to sue Defendants or related parties for any known or unknown claims relating to Credit Protection.

The Court will hold a hearing to consider whether to approve the Settlement on January 14, 2013 at 10:00 a.m. before the Honorable Thelton E. Henderson, District Court Judge, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102-3489. The full Notice explains what to do if you want to appear at the hearing. Requests to appear must be made by December 13, 2012. You may also enter an appearance through your own attorney if you desire.

**THIS IS ONLY A SUMMARY OF THE SETTLEMENT AND YOUR RIGHTS. TO OBTAIN THE FULL CLASS NOTICE OR FOR MORE INFORMATION ABOUT YOUR OPTIONS, GO TO WWW.CREDITPROTECTIONSETTLEMENT.COM, WRITE TO THE SETTLEMENT ADMINISTRATOR AT P.O. BOX 8060, SAN RAFAEL, CA 94912-8060, OR CALL THE SETTLEMENT ADMINISTRATOR AT (888) 213-5294. TELEPHONE REPRESENTATIVES ARE NOT AUTHORIZED TO CHANGE THE TERMS OF THE SETTLEMENT. DO NOT CALL OR WRITE TO THE COURT OR THE CLERK OF THE COURT OR CONTACT DEFENDANTS ABOUT THE SETTLEMENT.**



| Prepared for: | ADINA WASSERMAN | January 2010 Statement |
|---|---|---|
| Account Number: | .7 7089 | Credit Line: |
| | | Cash or Credit Available: |

### Account Information

**Summary of Transactions**
| | | |
|---|---|---|
| Previous Balance | | |
| Payments and Credits | − | ∩ |
| Purchases and Adjustments | + | ɔ |
| Periodic Rate Finance Charges | + | |
| Transaction Fee Finance Charges | + | ıo |
| New Balance Total | | |

**Billing Cycle and Payment Information**
| | |
|---|---|
| Days in Billing Cycle | 32 |
| Closing Date | 01/08/10 |
| Payment Due Date | 02/04/10 |
| Current Payment Due | |
| Past Due Amount | + |
| Total Minimum Payment Due | |

### Customer Service

For Information on Your Account Visit
www.bankofamerica.com
Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178

Mail Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

### Transactions

**Payments and Credits**

| | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| | | 12/21 | | 1846 | 7089 | |
| Purchases and Adjustments | | 12/09 | 12/09 | 9153 | 7089 | |
| B ... 350 ... FL | | 12/11 | 12/09 | 6849 | 7089 | |
| TAYLOR ... | | 12/11 | 12/09 | 3022 | 7089 | |
| | | 12/11 | 12/10 | 1535 | 7089 | |
| | | 12/12 | 12/10 | 2964 | 7089 | |
| | | 12/14 | 12/12 | 5037 | 7089 | |
| | | 12/17 | 12/16 | 6907 | 7089 | |
| | | 12/28 | 12/26 | 7421 | 7089 | |
| | | 01/04 | 01/03 | 4878 | | |
| | | 01/07 | 01/06 | 0385 | 7089 | |
| CREDIT PROTECTION DELUXE 800.942.1083 | | 01/08 | 01/08 | 999A | | 19.99 |

```
WORLDPOINTS
    610  MONTHLY EARNINGS
      0  BONUS POINTS THIS MONTH
 22,657  POINTS AVAILABLE
WORLDPOINTS
    610  MONTHLY EARNINGS
      0  BONUS POINTS THIS MONTH
 22,657  POINTS AVAILABLE
```

07

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

SS 0112    N 476 401 1    31112 #001 AV 0.335
ADINA WASSERMAN
1611 SW 106TH TER
DAVIE FL 33324-7110

Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

**Payment Information**

| ACCOUNT NUMBER: | 089 |
|---|---|
| NEW BALANCE TOTAL: $ | |
| PAYMENT DUE DATE: | 02/04/10 |

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a check or money order payable to: **BANK OF AMERICA**



 ⑊524022250⑊  0887104737708911⑊



4352
May 9 - June 7, 2012
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 05/18 | 05/22 | | 3819 | 4352 | | |
| 05/18 | 05/22 | | 3967 | 4352 | | |
| 05/25 | 05/26 | | 2424 | 4352 | | |
| 05/30 | 06/01 | | 4074 | 4352 | | |
| 05/30 | 06/02 | | 7356 | 4352 | | |
| | | **Fees** | | | | |
| 06/07 | 06/07 | CREDIT PROTECTION DELUXE 800.942.1083 | 999A | | 19.99 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $19.99 |
| | | **Interest Charged** | | | | |
| 06/07 | 06/07 | Interest Charged on Purchases | | | | |
| 06/07 | 06/07 | Interest Charged on Balance Transfers | | | | |
| 06/07 | 06/07 | Interest Charged on Dir Dep&Chk CashAdv | | | | |
| 06/07 | 06/07 | Interest Charged on Bank Cash Advances | | | | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | |

### 2012 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2012 | |
| Total interest charged in 2012 | |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 11.90%V | | | | | |
| **Balance Transfers** | 11.90%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 17.99%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 20.99%V | | | | $ | |

*APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)*

