In Re Bank of America Credit Protection Marketing and Sales Practice Litigation Case # 3:11-MD-02269-TEH

Clerk
United States District Court for the Northern District of California
45 Golden Gate Avenue
Box 36060
San Francisco, California 94102-3489



December 9, 2012

Dear Clerk,

I have recently received documents indicating my entitlement to payment from a proposed class action settlement concerning the credit protection program that I am currently enrolled with Bank of America. I have decided to file an objection to the settlement as I feel as though I should be entitled to more than $100.00 per account for the settlement. I have been enrolled in credit protection from July 2007 for one of my accounts and since October 2011 for another account. I have been unemployed three times during my enrollment period. I received credit protection for the time that I was unemployed the first time. After the first 12 months that I received credit protection benefits, the benefits were terminated. I then began working a contract position that ended after one year. After I inquired about using my unemployment benefits after I no longer worked, I was told that I could not receive the benefits after working a contract position. I was never told that my benefits would not be accessible to me after unemployment after a contract position. I was later told at that my payments to the credit protection program are simply membership fees. I became confused. It seemed as though the representatives reel you into participating by making it seem as though it will be easy for you to access your benefits in the beginning, but later it becomes a problem and labeled "a membership fee." If it's a membership fee, then I should be able to use it how I want it and have access to my benefits as I do with other "membership" fees that I pay for other programs.

I am currently unemployed, but seeking full-time employment. I currently pay between 30 and 40 per month for one of my accounts for credit protection that I cannot use for my unemployment. At this point, I am not sure if I should cancel my benefits or keep it in hopes that I will be able to use it one day. I can only use the benefits for a few other events, which occur infrequently. I have credit protection with most of my other credit cards with other companies and I have not been told that I cannot use my benefits after a contract position has ended. I was unemployed from September 2011 to December 2011. I obtained a contract position from December 2011 to October 2012, but have been unemployed since October 2012. I requested benefits for unemployment for both of these times and have been denied for each time. Over the course of making payments toward my own credit protection, I have spent well over $4,000 in credit protection payments. Yes, I had access to my benefits in the beginning and used some of it, but not nearly $4,000 worth of payments. I am owed more than what has been offered to me and object to the amount offered for these reasons mentioned.

Regards,

Zhawantae Griffin

Claim #s: AH7VCR2K, EH5FNY2X