**Name and Address:** ROBERT D. GURNEY
general delivery 101 Hyde
San Francisco, CAL 94142

December 13, 2012

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Plaintiff / Petitioner:** Class Robert D. Gurney

**VS.**

**Defendant / Respondent:** Bank of America

**Case No.** 3:11-md-02269-TEH

**Document Name:** OBJECTION NOTICE To Appear

This letter serves as my objection And my request to appear JANUARY 14 2013

"In re BANK of America credit protection Marketing and sales Practices litigation.

Objection requirements

(a) encloses docs establishing member of class.

(b) My specific objection is that I have

An outstanding charged off credit card bill for $3,385.15 that hasn't been paid by the credit protection / debt cancellation that I enrolled in. The amounts offered hardly satisfy the bill and the amount paid into the protection/debt cancellation. I believe I am eligible for both debt cancellation on this bill.

(c) <u>grounds for objection</u>, I received / debt protection payment, had the most difficulty getting them to pay anything else and when my job loss became more enduring, they cancelled the card on false grounds to prevent them from paying out what I believe would have became a debt cancellation. The service didn't work

Presorted
First-Class Mail
US Postage
**PAID**
Gilardi & Co

B393646

Bank of America Class Action Administrator
c/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA 94975-8012



**IMPORTANT LEGAL NOTICE**
See other side for details

Postal Service: Please Do Not Mark Barcode

BACP1-11400444-7

ROBERT GURNEY
225 POTRERO AVE
SAN FRANCISCO CA 94103-4814

**BACP1**



Bank of America
Market Van Ness Banking Center 299
1525 Market St, San Francisco CA 94103


**Midland Credit Management, Inc.**

Live Customer Service

## Hello Robert Gurney
**Account #:** 8535819749
**Current balance as of 12/13/2012:** $3,385.15

Edit Your Information

Please select the payment option that works best for you.

Contact Information

| | |
|---|---|
| Street Address | 225 POTREF |
| Address 2 | |
| City | SAN FRANC |
| State | CA |
| Zip | 94103 |
| Phone | 415 - 680 - 3358 |
| Alternate Phone | - - 0000 |

Update