Aguascalientes, Mexico, December 1, 2012



Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue,
Box 36060
San Francisco, CA 94102-3489

IN RE BANK OF AMERICA CREDIT PROTECTION
MARKETING AND SALES PRACTICES LITIGATION
Case No. 3:11-md-02269-THE

Dear Clerk of the Court:

I have received the documents concerning this case above mentioned and according to the information contained in them if the Settlement of the Lawsuit is approved the estimate Settlement Payment to me will be more or less $50.00.

I do not agree with that because Bank of America charged me in the course of the years since 2007, at least the amount of $358.14, for the Card Holder Security Plan. I said at least because the charges for some months are missing, I lost track of them.

I am enclosing in three pages the list of the charges made to me by Bank of America.

Bank of America keeps in the files of my Credit Cards Statements the information about those charges.

I think it is fair that Bank of America returns to me at least $358.14.


Sincerely Yours

Carlos Padilla-Noriega

Potreros #621,
Fracc. Valle del Campestre
Aguascalientes, AGS
20110 MEXICO

Email: cpadilla620@gmail.com

Cc:

**Counsel**
Rachel Geman, Esq.
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413

Cc:

**Defendants' Counsel**
David L. Permut, Esq.
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001

Bank of America Card Holder Security Plan charges made to Carlos Padilla-Noriega

Credit Card 4024 1120 2710 9633

| Transaction Date | Posting Date | Reference Number | Amount |
|---|---|---|---|
| Jan 13, 2007 | Jan 13, 2007 | 9002 | $ 4.34 |
| Feb 12, 2007 | Feb 12, 2007 | 9002 | $ 8.89 |
| Jun 14, 2007 | Jun 14, 2007 | 9002 | $ 5.93 |
| Jul 14, 2007 | Jul 14, 2007 | 9002 | $ 6.76 |
| Sep 13, 2007 | Sep 13, 2007 | 9002 | $ 8.79 |
| Oct 15, 2007 | Oct 15, 2007 | 9002 | $ 8.24 |
| Nov 13, 2007 | Nov 13, 2007 | 9002 | $ 9.02 |
| Dec 13, 2007 | Dec 13, 2007 | 9002 | $ 2.54 |
| Jan 14, 2008 | Jan 14, 2008 | 9005 | $ 7.81 |
| May 15, 2008 | May 15, 2008 | 7003 | $ 11.42 |
| Jun 13, 2008 | Jun 13, 2008 | 7003 | $ 10.11 |

| Sum of charges for this Card | | | $ 83.85 |
|---|---|---|---|

This card is now expired

Credit Card 4800 1140 1185 3101

| Transaction Date | Posting Date | Reference Number | Amount |
|---|---|---|---|
| Sep 13, 2008 | Sep 13, 2008 | 7003 | $ 6.56 |
| Dec 12, 2008 | Dec 12, 2008 | 7003 | $ 6.70 |
| Mar 13, 2009 | Mar 13, 2009 | 7003 | $ 5.01 |
| Apr 13, 2009 | Apr 13, 2009 | 7003 | $ 4.44 |
| May 13, 2009 | May 13, 2009 | 7003 | $ 6.38 |
| Jun 11, 2009 | Jun 11, 2009 | 7003 | $ 5.79 |
| Aug 13, 2009 | Aug 13, 2009 | 500A | $ 2.68 |
| Sep 15, 2009 | Sep 15, 2009 | 500A | $ 7.00 |
| Nov 13, 2009 | Nov 13, 2009 | 500A | $ 11.40 |
| Dec 14, 2009 | Dec 14, 2009 | 500A | $ 5.89 |
| Mar 15, 2010 | Mar 15, 2010 | 500A | $ 7.99 |
| Apr 14, 2010 | Apr 14, 2010 | 500A | $ 8.56 |
| May 14, 2010 | May 14, 2010 | 500A | $ 1.76 |
| Jun 14, 2010 | Jun 14, 2010 | 500A | $ 4.89 |
| Jul 15, 2010 | Jul 15, 2010 | 500A | $ 11.05 |
| Aug 13, 2010 | Aug 13, 2010 | 500A | $ 28.99 |

| Sum of charges for this Card | | | $ 125.09 |
|---|---|---|---|

Bank of America cancelled Credit Card 4800 1140 1185 3101 an the issued the following one:

Credit Card ended in number 5759

| Transaction Date | Posting Date | Reference Number | Amount | |
|---|---|---|---|---|
| Sep 14, 2010 | Sep 14, 2010 | | $ | 30.70 |
| Oct 15, 2010 | Oct 15, 2010 | | $ | 6.15 |
| Dec 14, 2010 | Dec 14, 2010 | | $ | 0.50 |
| Jan 13, 2011 | Jan 13, 2011 | | $ | 1.35 |
| Feb 12, 2011 | Feb 12, 2011 | | $ | 0.60 |
| Mar 15, 2011 | Mar 15, 2011 | | $ | 2.06 |
| May 13, 2011 | May 13, 2011 | | $ | 0.81 |
| Jun 14, 2011 | Jun 14, 2011 | | $ | 0.48 |
| Jul 15, 2011 | Jul 15, 2011 | | $ | 1.07 |
| Aug 15, 2011 | Aug 15, 2011 | | $ | 1.00 |
| Sep 14, 2011 | Sep 14, 2011 | | $ | 0.46 |
| Nov 12, 2011 | Nov 12, 2011 | | $ | 0.50 |
| Dec 13, 2011 | Dec 13, 2011 | | $ | 0.62 |
| Jan 13, 2012 | Jan 13, 2012 | | $ | 1.78 |
| Mar 15, 2012 | Mar 15, 2012 | | $ | 0.90 |
| Apr 13, 2012 | Apr 13, 2012 | | $ | 1.42 |
| May 14, 2012 | May 14, 2012 | | $ | 6.83 |
| Jul 14, 2012 | Jul 14, 2012 | | $ | 1.93 |
| Aug 14, 2012 | Aug 14, 2012 | | $ | 0.75 |
| Sep 14, 2012 | Sep 14, 2012 | | $ | 1.83 |
| Oct 15, 2012 | Oct 15, 2012 | | $ | 0.77 |
| Nov 13, 2012 | Nov 13, 2012 | | $ | 4.38 |
| Sum of charges for this Card | | | $ | 66.89 |

Credit Card 4313 5180 1477 0700

| Transaction Date | Posting Date | Reference Number | Amount | |
|---|---|---|---|---|
| May 12, 2010 | May 12, 2010 | 500A | $ | 15.67 |
| Jun 11, 2010 | Jun 11, 2010 | 500A | $ | 2.20 |
| Jul 13, 2010 | Jul 13, 2010 | 500A | $ | 11.90 |
| Aug 11, 2010 | Aug 11, 2010 | 500A | $ | 4.74 |
| Sep 11, 2010 | Sep 11, 2010 | 500A | $ | 8.34 |
| Oct 13, 2010 | Oct 13, 2010 | 500A | $ | 2.06 |
| Sum of charges for this Card | | | $ | 44.91 |

Bank of America cancelled Credit Card 4313 5180 1477 700 and issued the following one:

Credit Card ended in number 8853

| Transaction Date | Posting Date | Reference Number | Amount | |
|---|---|---|---|---|
| Nov 10, 2010 | Nov 10, 2010 | 500A | $ | 0.54 |
| Dec 11, 2010 | Dec 11, 2010 | 500A | $ | 0.90 |
| Jan 11, 2011 | Jan 11, 2011 | 500A | $ | 1.46 |
| Feb 10, 2011 | Feb 10, 2011 | 500A | $ | 1.10 |
| Mar 11, 2011 | Mar 11, 2011 | 500A | $ | 0.48 |
| Apr 12, 2011 | Apr 12, 2011 | 500A | $ | 0.39 |
| May 11, 2011 | May 11, 2011 | 500A | $ | 0.56 |
| Jun 10, 2011 | Jun 10, 2011 | 500A | $ | 1.23 |
| Jul 13, 2011 | Jul 13, 2011 | 500A | $ | 3.31 |
| Aug 11, 2011 | Aug 11, 2011 | 500A | $ | 1.72 |
| Sep 12, 2011 | Sep 12, 2011 | 500A | $ | 3.04 |
| Oct 12, 2011 | Oct 12, 2011 | 500A | $ | 0.79 |
| Nov 10, 2011 | Nov 10, 2011 | 500A | $ | 0.40 |
| Dec 11, 2011 | Dec 11, 2011 | 500A | $ | - |
| Jan 11, 2012 | Jan 11, 2012 | 500A | $ | 0.79 |
| Feb 10, 2012 | Feb 10, 2012 | 500A | $ | 0.28 |
| Mar 13, 2012 | Mar 13, 2012 | 500A | $ | 1.78 |
| Apr 11, 2012 | Apr 11, 2012 | 500A | $ | 5.79 |
| May 11, 2012 | May 11, 2012 | 500A | $ | 0.32 |
| Jun 12, 2012 | Jun 12, 2012 | 500A | $ | 1.11 |
| Jul 12, 2012 | Jul 12, 2012 | 500A | $ | 4.98 |
| Aug 11, 2012 | Aug 11, 2012 | 500A | $ | 2.12 |
| Sep 12, 2012 | Sep 12, 2012 | 500A | $ | 1.04 |
| Oct 12, 2012 | Oct 12, 2012 | 500A | $ | 2.42 |
| Nov 10, 2012 | Nov 10, 2012 | 500A | $ | 0.85 |
| | | | $ | 37.40 |

Total of charges for all Cards*                                                    $          358.14

*Charges for some months are missing I lost track of those months.