1 | Rachel Geman (admitted *pro hac vice*)
rgeman@lchb.com
2 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
3 | New York, NY  10013-1413
Telephone:     (212) 355-9500
4 | Facsimile:      (212) 355-9592

5 | Francis J. "Casey" Flynn, Jr. (admitted *pro hac vice*)
casey@jefflowepc.com
6 | CAREY, DANIS & LOWE
8235 Forsyth Boulevard, Suite 1100
7 | Saint Louis, Missouri  63105-1643
Telephone:     (314) 725-7700
8 | Facsimile:      (314) 721-0905

9 | Marc L. Godino
mgodino@glancylaw.com
10 | GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
11 | Los Angeles, CA  90067
Telephone:     (310) 201-9150
12 | Facsimile:      (310) 201-9160
mgodino@glancylaw.com

*Class Counsel for Plaintiffs*

*[Additional Counsel listed on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION | MD No. 3:11-md-02269 TEH<br><br>MDL Docket No. 2269<br><br>**NOTICE OF LODGEMENT OF EXHIBIT A TO [PROPOSED] FINAL ORDER AND JUDGMENT [DKT. 94-1]** |
|---|---|
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: January 14, 2013 | Respectfully submitted, |
| 4 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 5 | | By: /s/ Rachel Geman |
| 6 | | Rachel Geman |

Rachel Geman (admitted *pro hac vice*)
Wendy R. Fleishman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
wfleishman@lchb.com
rgeman@lchb.com

Elizabeth Cabraser (State Bar No. 083151)
Michael W. Sobol (State Bar No. 194857)
Daniel M. Hutchinson (State Bar No. 239458)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
msobol@lchb.com
dhutchinson@lchb.com

Marc L. Godino
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
mgodino@glancylaw.com

| | |
|---|---|
| 1 | John J. Carey |
| | Francis J. "Casey" Flynn, Jr. |
| 2 | Tiffany M. Yiatras |
| | CAREY DANIS & LOWE |
| 3 | 8235 Forsyth Blvd., Suite 1100 |
| | St. Louis, MO 63105 |
| 4 | Telephone: (800) 721-2519 |
| | Facsimile: (314) 721-0905 |
| 5 | jcarey@careydanis.com |
| | casey@jefflowepc.com |
| 6 | tyiatras@caseydanis.com |
| 7 | **Class Counsel** |
| 8 | |
| | Richard Golomb |
| 9 | Ruben Honik |
| | GOLOMB & HONIK PC |
| 10 | 1515 Market Street, Suite 1100 |
| | Philadelphia, PA 19102 |
| 11 | Telephone: (215) 985-9177 |
| | Facsimile: (215) 985-4169 |
| 12 | rhonik@golombhonik.com |
| | rgolomb@golombhonik.com |
| 13 | |
| | J. Allen Carney |
| 14 | Randall K. Pulliam |
| | CARNEY WILLIAMS BATES PULLIAM & |
| 15 | BOWMAN PLLC |
| | 11311 Arcade Drive, Suite 200 |
| 16 | Little Rock, AK 72212 |
| | Telephone: (501) 312-8500 |
| 17 | Facsimile: (501) 312-8505 |
| | acarney@carneywilliams.com |
| 18 | rpulliam@carneywilliams.com |
| 19 | Brett Cebulash |
| | Kevin S. Landau |
| 20 | TAUS, CEBULASH & LANDAU, LLP |
| | 80 Maiden Lane, Suite 1204 |
| 21 | New York, NY 10038 |
| | Telephone: (212) 931-0704 |
| 22 | bcebulash@tcllaw.com |
| | klandau@tcllaw.com |
| 23 | |
| | Steve Owings |
| 24 | OWINGS LAW FIRM |
| | 1400 Brookwood |
| 25 | Little Rock, AR 72202 |
| | Telephone: (501) 661-9999 |
| 26 | Facsimile: (501) 661-8393 |
| | sowings@owingslawfirm.com |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | David S. Paris |
|   | Ross H. Schmierer |
| 2 | PARIS ACKERMAN & SCHMIERER LLP |
|   | 101 Eisenhower Parkway |
| 3 | Roseland, NJ 07068 |
|   | Telephone: (973) 228-6667 |
| 4 | Facsimile: (973) 629-1246 |
|   | david@paslawfirm.com |
| 5 | ross@paslawfirm.com |

David S. Paris
Ross H. Schmierer
PARIS ACKERMAN & SCHMIERER LLP
101 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 228-6667
Facsimile: (973) 629-1246
david@paslawfirm.com
ross@paslawfirm.com

Bruce Nagel
Jay Rice
Diane Sammons
NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 618-0400
Facsimile (973) 618-9194
bnagel@nagelrice.com
jrice@nagelrice.com
dsammons@nagelrice.com

**ATTORNEYS FOR PLAINTIFFS AND ADDITIONAL COUNSEL FOR THE CLASS**