**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE BANK OF AMERICA
CREDIT PROTECTION
MARKETING & SALES
PRACTICES LITIGATION

This Order Relates To:

ALL CASES

NO. 11-md-2269 TEH

ORDER GRANTING MOTION
FOR ATTORNEYS' FEES,
REIMBURSEMENT OF
EXPENSES, AND SERVICE
AWARDS

Presently before the Court is Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards in this consolidated class action (the "Action"). Defendants Bank of America Corporation and FIA Card Services, N.A. ("Defendants") and Plaintiffs Juan Arevalo, Mitchell Sandow, Jason Chan, Blanche Melendez, Rose Rowley, Vivian Somers, Wilfred Somers, Cheryl Ross, Maryellen Richmond, Frederick Richmond, Maude Stewart, Marion Walton, Angela Zeleny, and Dominick Mattiello, Jr., as Executor of the Estate of Dominick M. Mattiello ("Settlement Class Representatives") have decided to settle the Action on the terms set forth in the Settlement Agreement dated July 12, 2012 (the "Settlement Agreement").[1] The Court is familiar with and has reviewed the record in the Action, the Settlement Agreement, and the settlement provided for in the Settlement Agreement (the "Settlement"). On July 17, 2012, the Court preliminarily approved the Settlement and directed that notice of the Settlement, and of the requested attorneys' fees, reimbursement of expenses and service awards, be sent to the Class (Docket No. 74). Pursuant to the Settlement Agreement, notice was disseminated to the Class, and the Court conducted a hearing on January 14, 2013, following notice of the Settlement.

---

[1] This Order incorporates by reference the definitions in the Settlement Agreement, and all capitalized terms used but not defined herein shall have the same meanings as in the Settlement Agreement.

Now, having reviewed Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards and all relevant objections, THE COURT HEREBY FINDS AND CONCLUDES:

1. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all members of the Class.

2. Notice of the Motion for Attorneys' Fees, Reimbursement of Expenses and Service Awards was directed to Class Members in a reasonable manner and complies with Rule 23(h)(1) of the Federal Rules of Civil Procedure.

3. In compliance with Rule 23(h)(2) of the Federal Rules of Civil Procedure, Class Members and any party from whom payment is sought have been given the opportunity to object to the Motion, and the Court has reviewed all relevant objections and found them to be without merit.

4. The requested award of $5,000,000 in attorneys' fees conforms to the benchmark in this circuit for attorneys' fee awards that are calculated as a percentage of the common fund. *See In re Bluetooth Headset Products Liability Litig.*, 654 F.3d 935, 942 (9th Cir. 2011). The Court finds that the $5,000,000 award is warranted in light of the circumstances of this case, the results achieved, the risks of contingent litigation, the quality of the representation, and the fees awarded in similar actions.

5. A $5,000,000 award also is supported by a lodestar multiplier cross-check. *See id.* The Court has reviewed Plaintiffs' Counsel's hours devoted to this case and concludes that the hours are reasonable. The Court also has reviewed Plaintiffs' Counsel's hourly rates and concludes that these rates are appropriate for attorneys in this locality with Plaintiffs' Counsel's skill levels and experience. The multiplier of approximately 1.6 is justified by the risk Counsel undertook and the results they achieved for the Class in an efficient manner through their representation of Plaintiffs and the Class in this complex litigation.

6. The $93,352 in litigation expenses incurred by Plaintiffs' Counsel has been adequately documented and was reasonably incurred for the benefit of the Class, and the Court finds that reimbursement of those expenses is justified.

7. The Settlement Class Representatives' contributions to the litigation and the settlement process, including their assistance with counsel's pre-filing investigation, provision of documents for review, and review of the settlement terms, warrants a Service Award of $3,000 for each individual plaintiff and/or married couple.

In accordance with the above findings and conclusions, and with good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' Counsel are awarded attorneys' fees in the amount of $5,000,000 and reimbursement of expenses in the amount of $93,352, to be paid from the Settlement Fund. The awarded fees and expenses shall be disbursed to Lead Class Counsel for distribution among Plaintiffs' Counsel.

2. Each of the Settlement Class Representatives shall receive a Service Award of $3,000, also to be paid from the Settlement Fund.

**IT IS SO ORDERED.**

Dated: 01/16/2013

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT