Case 3:11-md-02269-TEH   Document 97-1   Filed 01/16/13   Page 1 of 11

*In re Bank of America MDL*, MD11-2269
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 1 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1310081785 | WILLIAM | ABRAHAM | ORLAND PARK | IL | 11/8/2012 |
| BACP1308460693 | ATUL | ADHAV | CROFTON | MD | 12/7/2012 |
| BACP1126541841 | KAMAL | AHMED | LOS ANGELES | CA | 10/25/2012 |
| BACP1323655114 | ALPHONSE | ALEXANDER | RIO PIEDRAS | PR | 12/3/2012 |
| BACP1335439527 | BARBARA | ALMOND | SPOKANE VALLEY | WA | 11/2/2012 |
| BACP1129296481 | SERGEY | ALYSHEV | ROUND LAKE | IL | 12/10/2012 |
| BACP1308986067 | MARY | AMANTIA | SIMI VALLEY | CA | 11/5/2012 |
| BACP1142055948 | MINA | AMEMIYA | TOYO | | 10/21/2012 |
| BACP1117442798 | JEANNETTE | ANDERSON | FELTON | DE | 10/15/2012 |
| BACP1101178301 | MARY | ANGLE | MESA | AZ | 10/23/2012 |
| BACP1124793916 | MARQUITA | ARMSTRONG | CINCINNATI | OH | 11/15/2012 |
| BACP1316386804 | JOANNE | ARNO | SHERMAN OAKS | CA | 11/13/2012 |
| BACP1303118768 | VERA | ASHTON | CINCINNATI | OH | 11/9/2012 |
| BACP1112113648 | CORINE | ASSANE | AUSTIN | TX | 12/5/2012 |
| BACP1308624017 | JUDITH | AUDET | WOONSOCKET | RI | 11/3/2012 |
| BACP1137794371 | GEORGE | BAILEY | WASHINGTON | DC | 12/5/2012 |
| BACP1102856559 | SUSAN | BAINES | YUCCA VALLEY | CA | 11/15/2012 |
| BACP1312699638 | JOELY | BAKER | FARMINGTON | NM | 10/29/2012 |
| BACP1117439932 | ALMA | BALL | HODGES | SC | 10/22/2012 |
| BACP1306198738 | BRADY | BALLARD | TROY | VA | 11/24/2012 |
| BACP1133584534 | ALBERT | BARNS | SOUTHERN PNES | NC | 12/7/2012 |
| BACP1300666764 | LONZENA | BATES-MYERS | LANDOVER HLS | MD | 11/20/2012 |
| BACP1326050914 | ROBERT | BAUGHAN | CARLISLE | PA | 11/5/2012 |
| BACP1326645632 | BEHROOZ | BEHBOD | ATLANTA | GA | 10/29/2012 |
| BACP1102004587 | BEVERLY | BELL | HARBORCREEK | PA | 12/17/2012 |
| BACP1316661937 | OLIVIA | BELLAR | LOUISVILLE | KY | 11/2/2012 |
| BACP1308290771 | EVELYN | BERG | RAPID CITY | SD | 11/5/2012 |
| BACP1334243637 | LYNNE | BERGERON | WEST REDDING | CT | 12/11/2012 |
| BACP1307457702 | DEETTA | BERNING | LAMAR | MO | 12/10/2012 |
| BACP1101375263 | KATHLEEN | BEYER | WEBSTER | WI | 10/30/2012 |
| BACP1333728750 | KARANAM | BHASKAR | ATLANTA | GA | 11/20/2012 |
| BACP1124581650 | CHERI | BICKLEY | PALM BAY | FL | 10/29/2012 |
| BACP1139975101 | DOLORES | BLACKWELL | SPARTANBURG | SC | 10/12/2012 |
| BACP1112493815 | PAMELA | BLANTON | MARION | NC | 10/19/2012 |
| BACP1325518840 | ARLENE | BLOSE | HENDERSON | NV | 10/29/2012 |
| BACP1316762180 | ROBERT | BOLTON | CORBETT | OR | 11/13/2012 |
| BACP1302840001 | ALEXANDER | BONEY | BRIGHTWATERS | NY | 11/8/2012 |
| BACP1104794097 | RENA | BOOKER | BRONX | NY | 10/10/2012 |
| BACP1329629476 | CHAD | BOOTH | MADISON | AL | 11/7/2012 |
| BACP1325639310 | MARIA | BORJA ANGULO | MIAMI | FL | 12/10/2012 |

Case 3:11-md-02269-TEH   Document 97-1   Filed 01/16/13   Page 2 of 11

In re Bank of America MDL, MD11-2269
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 2 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1133244490 | KATHLEEN | BOUDOIN | GRAMERCY | LA | 12/12/2012 |
| BACP1312155972 | JUDY | BOULA | BELCHERTOWN | MA | 11/3/2012 |
| BACP1332879259 | TODD | BOYCE | TACOMA | WA | 11/13/2012 |
| BACP1132341735 | AMELIA | BOYKIN | MYRTLE BEACH | SC | 10/18/2012 |
| BACP1129642916 | JANICE | BOYNTON | BREMEN | GA | 10/29/2012 |
| BACP1303382325 | DELORES | BRIDGES | HOPKINSVILLE | KY | 11/3/2012 |
| BACP1328265543 | SHIRLEY | BRISTER | TURLOCK | CA | 11/13/2012 |
| BACP1800000021 | KIMBERLY | BROWN | ARLINTON | VA | 11/13/2012 |
| BACP1322763940 | MALVICE | BROWN | YUMA | AZ | 12/3/2012 |
| BACP1132329573 | DORIS | BRUBAKER | SUN VALLEY | NV | 12/12/2012 |
| BACP1324767919 | SANDRA | BRYAN | MILTON | WV | 12/13/2012 |
| BACP1308461932 | JESSICA | BRYANT | WATERTOWN | WI | 10/29/2012 |
| BACP1116691395 | JUSTIN | BRYANT | VANCOUVER | WA | 12/13/2012 |
| BACP1300937520 | LOUISE | BUCHIGNANI | HEALDSBURG | CA | 10/29/2012 |
| BACP1118049429 | ELSIE | BURRELL | APPOMATTOX | VA | 10/18/2012 |
| BACP1309617812 | DONALD | BUSCH | WESTCHESTER | IL | 11/5/2012 |
| BACP1139929134 | WENDY | BUSCHATZ | ANDERSON | SC | 10/20/2012 |
| BACP1102435952 | BERNADETTE | BUTGEREIT | GRAND RAPIDS | MI | 11/8/2012 |
| BACP1102070059 | JOHN | BYLER | LANCASTER | PA | 12/6/2012 |
| BACP1309800765 | SHIRLEY | CALUMPONG | KANSAS CITY | MO | 12/12/2012 |
| BACP1302582479 | LORNA | CARDERON | SAN JUAN | PR | 12/3/2012 |
| BACP1330950347 | STEPHEN | CARMICHAEL | WEST SALEM | OH | 11/5/2012 |
| BACP1329826310 | ELSIE | CARPENTER | JEFFERSONVILLE | KY | 10/29/2012 |
| BACP1327089865 | PAULETTE | CARSTENS | SARASOTA | FL | 11/7/2012 |
| BACP1116532491 | RONALD | CARTER | KNOXVILLE | MD | 10/12/2012 |
| BACP1132863901 | PETER | CASTILLO | JUNEAU | AK | 11/6/2012 |
| BACP1109297628 | MARIA | CASTRO | MIAMI | FL | 11/8/2012 |
| BACP1111516242 | JULIE | CATON | LEESBURG | VA | 10/24/2012 |
| BACP1127153985 | GARY | CHANG RN | BRONX | NY | 12/13/2012 |
| BACP1323070230 | PHYLLIS | CHAPMAN | UNION | MO | 11/1/2012 |
| BACP1327309580 | DIANE | CHAPPELL | ELLICOTT CITY | MD | 11/5/2012 |
| BACP1324535031 | DEBORAH | CHARNIN | HOLLYWOOD | FL | 11/7/2012 |
| BACP1317055925 | ARHM | CHOI | YONKERS | NY | 11/9/2012 |
| BACP1322316197 | FERNANDO | CHOW | FONTANA | CA | 11/5/2012 |
| BACP1309356059 | ASHLEY | CHRISTOPHERSEN | PORTLAND | OR | 11/6/2012 |
| BACP1323454178 | RITA | CHUBAROVA | WASHINGTON | DC | 11/7/2012 |
| BACP1128723807 | KINNARD | CLARK | KIOWA | KS | 10/22/2012 |
| BACP1100060110 | EDNA | CLARK | KASILOF | AK | 11/7/2012 |
| BACP1320178587 | DOREEN | CLIFFORD | MOUNTAIN CITY | NV | 11/4/2012 |
| BACP1900013591 | RICHARD | CLOVIS | CLARKSBURG | WV | 11/19/2012 |
| BACP1129617199 | MARY | COBB | GARFIELD | NJ | 10/16/2012 |

*In re Bank of America MDL*, MD11-2269  Case 3:11-md-02269-TEH   Document 97-1   Filed 01/16/13   Page 3 of 11
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 3 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1313597316 | BECKY | COBB | CHATTANOOGA | TN | 11/7/2012 |
| BACP1301623058 | KAREN | COLBERT | NEW MADRID | MO | 11/3/2012 |
| BACP1322129320 | ROBERT | COLBERT | MALIBU | CA | 12/3/2012 |
| BACP1103248420 | DULCE | COLLAZO | GALVESTON | TX | 10/22/2012 |
| BACP1308557174 | LISA | COLLINGS | LIBERTY | TX | 11/16/2012 |
| BACP1305345613 | ROBIN | COLLINS | BONNEY LAKE | WA | 12/13/2012 |
| BACP1136279546 | RICHARD | COMPTON | FSTRVL TRVOSE | PA | 11/6/2012 |
| BACP1328492485 | PATRICIA | COOK | WALNUT | CA | 11/3/2012 |
| BACP1117809942 | LEONARD | COOK | ENTIAT | WA | 11/20/2012 |
| BACP1301373477 | THOMAS | COOK | MOUNTAIN HOME | ID | 12/4/2012 |
| BACP1327421070 | DIANA | COONS FOWLER | BREMERTON | WA | 12/3/2012 |
| BACP1311321267 | MARIVELISSE | CORR | LONG BEACH | NY | 12/13/2012 |
| BACP1303024020 | MARIE | COTTOM | ORANGE PARK | FL | 11/13/2012 |
| BACP1308359917 | LAWRENCE | COTY | HAMILTON | MT | 11/7/2012 |
| BACP1322510864 | JONATHAN | COUNTS | MORRISVILLE | PA | 12/13/2012 |
| BACP1306551098 | RICHARD | CRAVEN | FARMINGTON | MN | 11/1/2012 |
| BACP1320976823 | MARIO | CROVO | SACRAMENTO | CA | 10/30/2012 |
| BACP1317703706 | LAKITA | CUMMINGS | TAMPA | FL | 11/26/2012 |
| BACP1128168790 | CONNIE | CURTIS | LA FAYETTE | GA | 10/31/2012 |
| BACP1312053100 | JUDY | DAHLBERG | REDMOND | WA | 11/3/2012 |
| BACP1328931756 | THADA | DANIELS | GALAX | VA | 11/3/2012 |
| BACP1328564125 | ANITA | DARBY | SHARPTOWN | MD | 11/21/2012 |
| BACP1317514067 | JOANNE | DAVIS | WILBURTON | OK | 11/1/2012 |
| BACP1301378959 | ERIC | DAVIS | SUNNYVALE | CA | 12/13/2012 |
| BACP1318615894 | PAMELA | DE CRESCENZO | BAKERSFIELD | CA | 11/17/2012 |
| BACP1141140119 | LOLA | DEALY | JACKSONVILLE | FL | 10/27/2012 |
| BACP1137899831 | BARBARA | DELASAUX | MODESTO | CA | 10/16/2012 |
| BACP1110675053 | MARLENE | DELEON | SALINAS | CA | 10/23/2012 |
| BACP1112366805 | KATY | DI MICHELE | MELBOURNE | FL | 11/27/2012 |
| BACP1331486415 | LINDA | DIMARZO | SANFORD | NC | 12/6/2012 |
| BACP1334274150 | BETTY | DIMOFF | NEW MIDDLETOWN | OH | 11/19/2012 |
| BACP1122349911 | ROBERTA | DIXSON | NORWICH | NY | 12/6/2012 |
| BACP1303686650 | REBECCA | DOBBS | REDWOOD CITY | CA | 11/5/2012 |
| BACP1310221501 | JAMES | DOHERTY | BALTIMORE | MD | 10/29/2012 |
| BACP1303769602 | MARIE | DREYER | SAINT ANN | MO | 10/29/2012 |
| BACP1336471734 | DANIEL | DURITSA | MORGANTOWN | WV | 11/6/2012 |
| BACP1329729071 | EILEEN | DURNING | YONKERS | NY | 11/6/2012 |
| BACP1308127390 | DEBBIE | EASLEY | COATS | NC | 11/1/2012 |
| BACP1336513267 | MONICA | EATMON | GREENSBURG | KY | 11/9/2012 |
| BACP1130135720 | PHILIP | EHRLICH | NEW YORK | NY | 10/17/2012 |
| BACP1320574229 | SANDRA | ELLIOTT | DURANGO | CO | 11/5/2012 |

Case 3:11-md-02269-TEH   Document 97-1   Filed 01/16/13   Page 4 of 11

*In re Bank of America MDL*, MD11-2269
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 4 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1329721895 | JOYCE | EMPSON | SCIO | NY | 12/10/2012 |
| BACP1330794876 | RAY | EPLING | HUDDLESTON | VA | 12/6/2012 |
| BACP1110162706 | LOUISE | ESON | WESTMINSTER | CO | 10/16/2012 |
| BACP1300646950 | BRANDY | FALLGREN | NEW BEDFORD | MA | 11/21/2012 |
| BACP1119606984 | DELORIS | FAZIO | SURPRISE | AZ | 12/1/2012 |
| BACP1306304783 | FRED | FAZIO | SURPRISE | AZ | 12/1/2012 |
| BACP1141988665 | TWILLON | FIELDS | OWINGS | MD | 12/10/2012 |
| BACP1110478681 | JAMES | FOREMAN | STOKESDALE | NC | 10/22/2012 |
| BACP1327815965 | ZENA | FORTSON | MC ALISTERVILLE | PA | 12/11/2012 |
| BACP1307887162 | JENNIFER | FOUNTAIN | PICAYUNE | MS | 10/29/2012 |
| BACP1114270732 | RICHARD | FRAME | SMITHFIELD | PA | 12/12/2012 |
| BACP1317892061 | ALBERT | FRITZ | BURTON | OH | 11/13/2012 |
| BACP1324269862 | J | FRY | PORTERVILLE | CA | 10/30/2012 |
| BACP1134098773 | AMY | FU | AIEA | HI | 11/13/2012 |
| BACP1117736686 | MARILYN | FURMAN | MILLVILLE | DE | 11/1/2012 |
| BACP1330146475 | WILLIAM | GAINES | AUBURN | AL | 11/16/2012 |
| BACP1120274523 | JOYCE | GARNER | HIGHLAND HOME | AL | 11/17/2012 |
| BACP1307836029 | BRITTANY | GARRISON | PLACENTIA | CA | 11/28/2012 |
| BACP1323673554 | EDGE | GERRING | LOLETA | CA | 11/10/2012 |
| BACP1333208935 | ERIN | GIANNELLI | FORDS | NJ | 11/16/2012 |
| BACP1336748736 | JOHN | GIBSON | MARYLAND HEIGHTS | MO | 10/30/2012 |
| BACP1328586714 | MAGGIE | GIBSON | WORCESTER | MA | 11/16/2012 |
| BACP1314273867 | ALICIA | GIBSON | VARNEY | WV | 11/26/2012 |
| BACP1327696923 | BEVERLY | GLENN | BLACK MOUNTAIN | NC | 10/31/2012 |
| BACP1306912937 | EDGAR | GOBEILLE | LEWISTON | ME | 11/19/2012 |
| BACP1326939946 | CHARLOTTE | GOBEILLE | LEWISTON | ME | 11/19/2012 |
| BACP1102338183 | SANTA | GODEN SEGARRA | MAYAGUEZ | PR | 11/27/2012 |
| BACP1127176004 | ROBERT | GREEN | BALTIMORE | MD | 10/10/2012 |
| BACP1314984895 | BARBARA | GREEN | ROCKPORT | TX | 11/23/2012 |
| BACP1336488467 | ROBERT | GREENE | ASHBURN | VA | 12/10/2012 |
| BACP1326689540 | PATRICIA | GREENFIELD | SEBRING | FL | 11/6/2012 |
| BACP1305893793 | KENNETH | GREENLEE | ROCKFORD | IL | 11/1/2012 |
| BACP1325491704 | FRANCIS | GRINDLE | BUCKSPORT | ME | 12/11/2012 |
| BACP1330721160 | BEN | GRUNDMEIER | CEDAR RAPIDS | IA | 10/30/2012 |
| BACP1123867886 | DONNA | HACKNEY | RIPLEY | WV | 10/24/2012 |
| BACP1300746636 | ALICE | HAIDOSTIAN | BLOOMFIELD HILLS | MI | 11/3/2012 |
| BACP1324916922 | KATHERINE | HANSEN | WOODBRIDGE | VA | 12/7/2012 |
| BACP1325221553 | ANNE | HARDER | FOUNTAIN VALLEY | CA | 11/14/2012 |
| BACP1105768286 | LEOLA | HARMAN | FORT WORTH | TX | 10/15/2012 |
| BACP1108106624 | VERA | HARNED | LANCASTER | SC | 10/23/2012 |
| BACP1122315898 | MAYLEEN | HARRIS | N LITTLE ROCK | AR | 10/16/2012 |

Case 3:11-md-02269-TEH   Document 97-1   Filed 01/16/13   Page 5 of 11

*In re Bank of America MDL*, MD11-2269
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 5 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1300708785 | BERNICE | HARRISON | JONES | OK | 10/31/2012 |
| BACP1334788463 | HAROLD | HARVEY | BARTLETT | IL | 12/3/2012 |
| BACP1103578013 | RL | HAWKINS | MEXIA | TX | 10/29/2012 |
| BACP1314223037 | SALLY | HAWTHORNE | KALAMAZOO | MI | 11/2/2012 |
| BACP1307158276 | BILLIE | HAZELTON | FRESNO | CA | 11/1/2012 |
| BACP1313364290 | EDWARD | HEIMANN | COLUMBUS | NE | 12/10/2012 |
| BACP1112366996 | ARLAN | HELM | ANAHEIM | CA | 11/2/2012 |
| BACP1106580868 | GARRY | HEMRIC | THOMASVILLE | NC | 11/26/2012 |
| BACP1122398742 | JONATHAN | HENRY | WHITE PLAINS | NY | 11/15/2012 |
| BACP1300575939 | PATRICE | HERRING-MILLER | TULSA | OK | 12/10/2012 |
| BACP1302408606 | LINDA | HERZOG | ROUND ROCK | TX | 11/21/2012 |
| BACP1318179296 | FRANK | HERZOG | ROUND ROCK | TX | 11/21/2012 |
| BACP1306248689 | ANETTE | HILL | MADISON | OH | 12/4/2012 |
| BACP1318167581 | CHARLOTTE | HINES | GREEN VALLEY | AZ | 11/20/2012 |
| BACP1314910620 | PHYLLIS | HINEY | XENIA | OH | 11/3/2012 |
| BACP1324634374 | ELEONORE | HINOJOSA | AZALEA | OR | 12/4/2012 |
| BACP1303420103 | RICHARD | HOLLAND | WEBSTER | TX | 10/30/2012 |
| BACP1114554358 | SHERVONA | HOPKINS | ROANOKE | VA | 10/27/2012 |
| BACP1310720052 | ADRIENNE | HULSE | CONSHOHOCKEN | PA | 12/10/2012 |
| BACP1137458606 | JULIE | HUMPHREYS | SANTA MONICA | CA | 10/19/2012 |
| BACP1117459968 | DOROTHY | HUNTER | CONDON | OR | 11/26/2012 |
| BACP1102419515 | ALBERTA | JACKSON | HARWOOD | MO | 10/31/2012 |
| BACP1130820318 | RICHARD | JACOBS | EL SEGUNDO | CA | 11/10/2012 |
| BACP1124554709 | NARENDAR | JALIGAMA | WEBSTER | NY | 11/9/2012 |
| BACP1129666890 | WENDY | JAMA | RIVERSIDE | CA | 10/19/2012 |
| BACP1318270455 | LAUREL | JAMIESON | REED CITY | MI | 10/30/2012 |
| BACP1310549230 | RIYADH | JARJIS | TAMPA | FL | 12/11/2012 |
| BACP1324334087 | DAVID | JAYNE | KIRKSVILLE | MO | 12/11/2012 |
| BACP1107699656 | MYRIAM | JIMENEZ | BRANDON | FL | 12/13/2012 |
| BACP1115801677 | ROSE | JOHNSON | TUCSON | AZ | 10/29/2012 |
| BACP1117523640 | CLINT | JOHNSON | JACKSONVILLE | FL | 10/30/2012 |
| BACP1321575946 | KATHERINE | JOHNSON | BALTIMORE | MD | 10/31/2012 |
| BACP1327283645 | RONALD | JOHNSON | MINNEAPOLIS | MN | 11/30/2012 |
| BACP1115662928 | GARY | JONES | YOUNGSTOWN | OH | 10/22/2012 |
| BACP1121426645 | MAURICE | JONES | BALTIMORE | MD | 11/2/2012 |
| BACP1330737570 | LINDA | JONES | PORTSMOUTH | VA | 11/6/2012 |
| BACP1304169552 | GLORIA | JONES | SUMMERVILLE | SC | 11/19/2012 |
| BACP1320381714 | SUNIL | JOSHI | BELMONT | CA | 12/7/2012 |
| BACP1318673843 | J | JUDGE | WORCESTER | MA | 12/7/2012 |
| BACP1326095179 | CLAUDIA | JUSTINIANO | PROVIDENCE | RI | 12/7/2012 |
| BACP1337190585 | NEMATA | KABBA | PITTSBURGH | PA | 11/6/2012 |

Case 3:11-md-02269-TEH   Document 97-1   Filed 01/16/13   Page 6 of 11

*In re Bank of America MDL*, MD11-2269
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 6 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1302372008 | ANTHONY | KAGAI | COLUMBUS | OH | 11/6/2012 |
| BACP1321133056 | JOSEPH | KALA | ERIE | PA | 11/28/2012 |
| BACP1329488422 | MARGOT | KARNES | BLOOMSBURG | PA | 10/26/2012 |
| BACP1320258971 | SHARON | KAUFMAN | BREMEN | IN | 11/24/2012 |
| BACP1119489406 | GAIL | KEEL | WHITTIER | NC | 12/10/2012 |
| BACP1306210223 | KENNETH | KELBEL | RICHLAND CENTER | WI | 12/3/2012 |
| BACP1324466684 | RUSSELL | KENJOCKETY | BUFFALO | NY | 10/31/2012 |
| BACP1323814840 | EDWARD | KENNEDY | BUTLER | PA | 12/10/2012 |
| BACP1321365925 | JOANIE | KENYON | ORCUTT | CA | 11/9/2012 |
| BACP1327234210 | SUSAN | KETTLE | GRAND RAPIDS | MI | 10/29/2012 |
| BACP1304762377 | ZARINA | KHAN | LYNDHURST | NJ | 11/13/2012 |
| BACP1332389189 | GWEN | KIEFER | PALM DESERT | CA | 11/1/2012 |
| BACP1100037321 | JANE | KIM | SAN FRANCISCO | CA | 11/20/2012 |
| BACP1300069898 | PHYLLIS | KISER | WARRENTON | VA | 10/26/2012 |
| BACP1135349885 | JOHN | KISOR | LINDALE | GA | 12/10/2012 |
| BACP1317680030 | JENEE | KNEE | JACKSONVILLE | FL | 10/20/2012 |
| BACP1104472332 | NELDA | KNOBLOCH | NEWPORT NEWS | VA | 11/20/2012 |
| BACP1330835459 | LYNDA | KOSS | ROCHESTER | MI | 12/6/2012 |
| BACP1300459653 | SHERRY | KRAEPLIN | MISSION | TX | 12/7/2012 |
| BACP1331346443 | BENJAMIN | KRAUSS | WASHINGTON | DC | 12/10/2012 |
| BACP1317716174 | WHITNEY | KREMER | CLEARWATER | FL | 11/19/2012 |
| BACP1331225069 | CAROLYN | LARABRAUD | WACO | TX | 10/25/2012 |
| BACP1312963025 | ROBERTA | LARGENT | CAHONE | CO | 12/5/2012 |
| BACP1307476286 | RUTH | LAVERTY | HACKETTSTOWN | NJ | 12/12/2012 |
| BACP1321309162 | KRISTEN | LAWLER | SNOVER | MI | 12/3/2012 |
| BACP1326902422 | JOSEPHINE | LAWSON | GARDNER | KS | 12/6/2012 |
| BACP1139582029 | MICHELLE | LEHRMAN | PORTLAND | OR | 11/16/2012 |
| BACP1335698930 | LAWRENCE | LEVINE | BALLSTON SPA | NY | 11/29/2012 |
| BACP1128403730 | KATIE | LEWIS | BERNIE | MO | 11/5/2012 |
| BACP1326108220 | BILLIE | LEWIS | BERNIE | MO | 11/5/2012 |
| BACP1116682825 | JEFFREY | LIGHTBOURN | HOUSTON | TX | 11/13/2012 |
| BACP1304656070 | CHRISTA | LIVICK | PYLESVILLE | MD | 11/23/2012 |
| BACP1108897087 | BEATRIZ | LLANOS | ENCINO | CA | 12/12/2012 |
| BACP1136211348 | THOMAS | LLOYD | VIENNA | VA | 11/30/2012 |
| BACP1130535621 | KATRINA | LO | GRAHAM | NC | 10/20/2012 |
| BACP1301443653 | BARRY | LOCKE | ROY | WA | 11/21/2012 |
| BACP1314559078 | EDDIE | LOMAS | GLENPOOL | OK | 12/13/2012 |
| BACP1317655051 | GEORGE | LONG | HOOKSETT | NH | 10/30/2012 |
| BACP1130671720 | HANNAH | LONGO | EUGENE | OR | 11/1/2012 |
| BACP1107673983 | MIRSA | LOPEZ | BEAVERTON | OR | 10/11/2012 |
| BACP1101663269 | IVAN | LOPEZ | GREENACRES | FL | 12/11/2012 |

*In re Bank of America MDL*, MD11-2269
Case 3:11-md-02269-TEH   Document 97-1   Filed 01/16/13   Page 7 of 11
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 7 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1313832986 | SCOTT | LOWE | SHELL KNOB | MO | 10/29/2012 |
| BACP1331704692 | LASHANN | LUNNON | BROOKLYN | NY | 11/8/2012 |
| BACP1334915864 | ANNA | LUTH | COLUMBIA | IL | 11/2/2012 |
| BACP1301040397 | LOUIS | MAGANA | MCMINNVILLE | OR | 11/7/2012 |
| BACP1301913978 | JOHN | MAGNUSON | MARYSVILLE | WA | 11/14/2012 |
| BACP1315601493 | MARIA | MAGRAS | ST THOMAS | VI | 10/31/2012 |
| BACP1318215616 | MARY | MAHAN | CLINTON | MO | 10/27/2012 |
| BACP1302097813 | JAMES | MALSON | MONROE | LA | 10/30/2012 |
| BACP1300743629 | WELKIS | MALVEAU | MIAMI | FL | 12/13/2012 |
| BACP1300107331 | SHIRLEY | MARMANN | FARMERSBURG | IA | 12/11/2012 |
| BACP1311047114 | BECKY | MARRUFO | CHAPARRAL | NM | 10/25/2012 |
| BACP1102290644 | J | MARTIN | PEORIA | IL | 10/27/2012 |
| BACP1308526597 | ELBA | MARTINEZ | WESLEY CHAPEL | FL | 10/29/2012 |
| BACP1318489171 | JUAN | MARTINEZ | TAMPA | FL | 12/13/2012 |
| BACP1105281387 | LUIS | MARTINEZ RIVERA | CAROLINA | PR | 12/13/2012 |
| BACP1308050894 | IRENE | MARTINSON | TERRY | MT | 12/12/2012 |
| BACP1122096150 | TERESA | MASTERSON | MIAMI | OK | 12/13/2012 |
| BACP1308300637 | DIANE | MASTROLIA | JACKSON | NJ | 11/10/2012 |
| BACP1135971420 | TAKAKO | MASUDA | TORRANCE | CA | 10/18/2012 |
| BACP1332868729 | MARGARET | MAVRICH | NORTH CANTON | OH | 11/9/2012 |
| BACP1330615106 | SARA | MAXWELL | SALT LAKE CITY | UT | 11/2/2012 |
| BACP1305503413 | ENRICA | MCCANN | NEW PORT RICHEY | FL | 11/7/2012 |
| BACP1309597056 | JULIETTE | MCDOUGALL | SAN MARCOS | TX | 11/3/2012 |
| BACP1316618578 | CAROL | MCGUIRE | NORTH ANDOVER | MA | 11/2/2012 |
| BACP1315406224 | EVELYN | MCGURK | TAMPA | FL | 12/10/2012 |
| BACP1108448908 | WOODROW | MCMURRAY | BLOOMINGTON | TX | 11/22/2012 |
| BACP1303612703 | LAURA | MCNAMARA | CARVER | MA | 10/31/2012 |
| BACP1321929063 | PHIL | MCQUEEN | HOUSTON | TX | 11/14/2012 |
| BACP1139549587 | OCTAVIO | MENDEZ-OSORIO | BEAVERTON | OR | 10/11/2012 |
| BACP1312366450 | BRETT | MERRITT | FREMONT | CA | 12/13/2012 |
| BACP1103636994 | JOHNNIE | MIDDLETON | CHESAPEAKE | VA | 12/10/2012 |
| BACP1125654340 | PAULINE | MILAM | MILLERS CREEK | NC | 11/21/2012 |
| BACP1336418590 | MURRAY | MILLER | CANTONMENT | FL | 11/6/2012 |
| BACP1333197992 | LEVI | MILLER | SOUTH BEND | IN | 12/13/2012 |
| BACP1126100519 | TIM | MISSLITZ | VOLGA | SD | 10/24/2012 |
| BACP1303272040 | DIANE | MOHLER | COVINGTON | OH | 11/1/2012 |
| BACP1333221885 | VALERIE | MOLLO | CLIFTON | NJ | 11/10/2012 |
| BACP1313102465 | ALBERT | MOSLEY | NORTHAMPTON | MA | 12/7/2012 |
| BACP1321197623 | DAVID | MOYER | BOYERTOWN | PA | 11/29/2012 |
| BACP1111174082 | LISETTE | MUNTSLAG | POUGHKEEPSIE | NY | 10/11/2012 |
| BACP1308568982 | MILDRED | MUOTH | LAKE OSWEGO | OR | 11/2/2012 |

Case 3:11-md-02269-TEH   Document 97-1   Filed 01/16/13   Page 8 of 11

In re Bank of America MDL, MD11-2269
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 8 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1315702222 | RAYMOND | MYERS | YORK | PA | 11/19/2012 |
| BACP1326025189 | LONZENA | MYERS | LANDOVER HLS | MD | 11/20/2012 |
| BACP1317693980 | SATHISHKUMAR | NATARAJAN | EDISON | NJ | 11/8/2012 |
| BACP1108359301 | MARY | NEAL | LEBANON | TN | 10/13/2012 |
| BACP1136193056 | PERRI | NEAL | COLORADO SPGS | CO | 11/20/2012 |
| BACP1308201787 | RICHARD | NELSON | MADERA | CA | 11/8/2012 |
| BACP1311212018 | DONNA | NUGENT | GLOUCESTER | MA | 12/6/2012 |
| BACP1112868606 | GODWIN | OKEKE | IRVINGTON | NJ | 12/13/2012 |
| BACP1314202900 | ELIZABETH | OLGUIN | ISLETA | NM | 11/29/2012 |
| BACP1321432738 | STEPHANIE | OLGUIN | EUREKA | CA | 11/29/2012 |
| BACP1324694865 | JUANA | OLGUIN | EUREKA | CA | 12/8/2012 |
| BACP1321818733 | ARDIS | OLSEN | STARBUCK | MN | 12/3/2012 |
| BACP1301359830 | JOHN | OLVER | DALLAS | TX | 10/26/2012 |
| BACP1106573322 | CARLOS | ORTIZ | TUCSON | AZ | 12/12/2012 |
| BACP1313350175 | VERONICA | PAPSON | PHILADELPHIA | PA | 11/23/2012 |
| BACP1321087836 | PATRICIA | PARTIPILO | HOPE MILLS | NC | 12/6/2012 |
| BACP1126680795 | ROSHNI | PATEL | EDISON | NJ | 10/10/2012 |
| BACP1318235510 | BARBARA | PATT | LEOMA | TN | 11/5/2012 |
| BACP1309586070 | PORTIA | PECCI | PARSIPPANY | NJ | 11/28/2012 |
| BACP1101735421 | MARY | PEGG | TOPEKA | KS | 11/3/2012 |
| BACP1301078033 | MATTIA | PELIZZOLA | MILAN | | 10/26/2012 |
| BACP1301446334 | PHILIP | PELLA | SAN LORENZO | CA | 11/10/2012 |
| BACP1300237308 | JANITZA | PEREZ | COAMO | PR | 11/13/2012 |
| BACP1336694687 | WALESKA | PEREZ | SAN JUAN | PR | 12/8/2012 |
| BACP1120251965 | MARILYN | PEREZ | LOS ANGELES | CA | 12/10/2012 |
| BACP1329448455 | MARGARET | PERSANS | STATEN ISLAND | NY | 11/12/2012 |
| BACP1321892615 | JACQUELINE | PETERMEIER | EDEN PRAIRIE | MN | 12/6/2012 |
| BACP1336725167 | STACEY | PETERSON | VIRGINIA BEACH | VA | 12/13/2012 |
| BACP1323642063 | MARY | PIFER | SAN PEDRO | CA | 12/13/2012 |
| BACP1309762456 | PATRICIA | PINO | FAUNSDALE | AL | 11/5/2012 |
| BACP1335640265 | PAUL | POLIDORI | CINCINNATI | OH | 11/9/2012 |
| BACP1327973943 | JOYCE | PRATER | MAYNARD | AR | 10/30/2012 |
| BACP1120030128 | EDWARD | PULSE | CARO | MI | 10/19/2012 |
| BACP1311278949 | JUDITH | PUTNAM | PEMBROKE | NH | 11/9/2012 |
| BACP1319496066 | JACK | PYATT | CLANCY | MT | 11/6/2012 |
| BACP1315631180 | HIRA | QAZI | BURTONSVILLE | MD | 11/21/2012 |
| BACP1334569702 | BEVERLY | QUIMBY | STOCKTON SPRINGS | ME | 12/5/2012 |
| BACP1324779631 | JOHN | RADOSEVIC | RIO RANCHO | NM | 10/29/2012 |
| BACP1318883155 | JUANA | RAMIREZ | MIAMI | FL | 10/29/2012 |
| BACP1318843161 | SIRIA | RAMIREZ | SHERMAN OAKS | CA | 10/30/2012 |
| BACP1329708120 | CLARA | RAMIREZ | AUSTIN | TX | 11/24/2012 |

Case 3:11-md-02269-TEH   Document 97-1   Filed 01/16/13   Page 9 of 11

*In re Bank of America MDL*, MD11-2269
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 9 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1305596713 | KATHRYN | RAYNOR | STEVENS | PA | 12/3/2012 |
| BACP1133564142 | DAMETRUS | REDD | DETROIT | MI | 11/12/2012 |
| BACP1329797336 | FAYE | REECE | ROSEDALE | NY | 12/10/2012 |
| BACP1321781260 | LISA | REESE | PITTSBURGH | PA | 10/29/2012 |
| BACP1319734455 | BELVA | REESE | BEDFORD | TX | 12/13/2012 |
| BACP1317268791 | EDWIN | REEVES | KANSAS CITY | MO | 12/13/2012 |
| BACP1335684823 | JUNE | REMINGTON | PARISHVILLE | NY | 10/30/2012 |
| BACP1133917924 | KENNETH | RENALDO | CENTRAL ISLIP | NY | 10/24/2012 |
| BACP1306926326 | MAURINE | RICHARDS | EVANSVILLE | IN | 12/13/2012 |
| BACP1114898987 | DAVID | RITCHIE | FREDERICKSBRG | PA | 10/30/2012 |
| BACP1315162392 | HECTOR | RIVERA-LOPEZ | CAGUAS | PR | 11/16/2012 |
| BACP1310863350 | SUSAN | RIZK | PONTE VEDRA BEACH | FL | 10/29/2012 |
| BACP1302808825 | FREDDIE | ROBINSON | HOUSTON | TX | 12/3/2012 |
| BACP1800000013 | PATRICIA | ROCKWELL | PINE | AZ | 10/22/2012 |
| BACP1321196643 | BRENDA | RODEFER | WEST BEND | WI | 12/12/2012 |
| BACP1302736867 | ROBERT | RODONICH | HOLLYWOOD | FL | 12/12/2012 |
| BACP1331796198 | SUSANA | RODRIGUEZ | MIAMI | FL | 11/23/2012 |
| BACP1300259514 | RODOLFO | RODRIQUEZ | REDONDO BEACH | CA | 11/6/2012 |
| BACP1327835958 | DEREK | ROGALSKY | WASHINGTON | DC | 10/29/2012 |
| BACP1300682298 | S | ROLL | SMITHVILLE | TN | 11/19/2012 |
| BACP1106841947 | RICHARD | ROMPPEL | ROCK ISLAND | WA | 11/6/2012 |
| BACP1307897028 | ELLEN | ROSA | WILTON | CA | 11/13/2012 |
| BACP1308320727 | TERESA | ROSADO | YONKERS | NY | 12/11/2012 |
| BACP1313242976 | LEE | ROSSELL | WESTMONT | NJ | 11/6/2012 |
| BACP1306924366 | JESSE | RUFENER | RITTMAN | OH | 10/30/2012 |
| BACP1310238870 | STEVE | RUIS | MOULTRIE | GA | 12/13/2012 |
| BACP1304563587 | DONNA | RUTIGLIANO | SLEEPY HOLLOW | NY | 11/26/2012 |
| BACP1137713045 | BETTY | SAHARSKI | ORLANDO | FL | 11/8/2012 |
| BACP1313985790 | JENNIFER | SAMPSON | AURORA | IL | 10/27/2012 |
| BACP1301524475 | MOHINDER | SANGHERA | BURLINGTON | NJ | 11/28/2012 |
| BACP1141496657 | KALINDEE | SANT | NEW YORK | NY | 11/29/2012 |
| BACP1333250850 | CHRISTEEN | SAROKI | WEST BLOOMFIELD | MI | 11/3/2012 |
| BACP1332307590 | MARTHA | SAUNDERS | BONDURANT | WY | 10/24/2012 |
| BACP1308754549 | TROY | SAUNDERS | ADELPHI | MD | 12/5/2012 |
| BACP1117358231 | CLYDE | SAYLER | SILVERDALE | WA | 10/20/2012 |
| BACP1309873681 | DWAYNE | SCHAUBHUT | DES ALLEMANDS | LA | 11/5/2012 |
| BACP1330304518 | RAYMOND | SCHMITT | HICKORY | NC | 11/14/2012 |
| BACP1103034331 | LADARYL | SCOTT | WOODBRIDGE | VA | 10/18/2012 |
| BACP1323658709 | BETTY | SCOTT | CONCORD | CA | 11/6/2012 |
| BACP1113175450 | MARY | SCOTTI | PHILADELPHIA | PA | 10/22/2012 |

Case 3:11-md-02269-TEH   Document 97-1   Filed 01/16/13   Page 10 of 11
In re Bank of America MDL, MDL 11-2269
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 10 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1100719783 | MARLA | SELLAS MUNIZ | TOA ALTA | PR | 11/13/2012 |
| BACP1315922753 | NORMAN | SHAFFOR | INDIANA | PA | 11/2/2012 |
| BACP1325503540 | DAVID | SHAND | PATERSON | NJ | 12/12/2012 |
| BACP1326097449 | ANU | SHARMA | FAIRFIELD | CA | 11/1/2012 |
| BACP1127132937 | LASCELLE | SHERRILL | ATLANTA | GA | 10/17/2012 |
| BACP1329307428 | GEORGE | SHIRLEY | TERRELL | TX | 11/7/2012 |
| BACP1327852941 | ANDREW | SHOENFELD | BALTIMORE | MD | 10/30/2012 |
| BACP1305659030 | FAYE | SHRODE | KALISPELL | MT | 11/14/2012 |
| BACP1302596879 | SANDRA | SHROUT | DERWOOD | MD | 11/1/2012 |
| BACP1316493376 | RETHA | SHUFFLEBARGER | TOPEKA | KS | 12/10/2012 |
| BACP1302272712 | CHRISTINE | SIMPSON | SANTA FE | NM | 12/1/2012 |
| BACP1337197911 | ROBERT | SINGER | BELLEVILLE | NJ | 10/26/2012 |
| BACP1318872129 | JOSEPHINE | SKINNER | BRIDGETON | NJ | 11/3/2012 |
| BACP1324081685 | RUTH | SLAIR | PITTSBURGH | PA | 11/14/2012 |
| BACP1332154807 | CONSTANCE | SLAUGHTER | RALEIGH | NC | 10/30/2012 |
| BACP1125393580 | MATTIE | SMITH | WESSON | MS | 10/20/2012 |
| BACP1140869352 | KRYSTAL | SMITH | ROCHESTER | IN | 11/2/2012 |
| BACP1325075654 | ELIZABETH | SMITH | BENTON | AR | 11/2/2012 |
| BACP1328144282 | LARRY | SMITH | POST FALLS | ID | 11/5/2012 |
| BACP1303122382 | ALBALIS | SMITH | ALPHARETTA | GA | 12/12/2012 |
| BACP1327066784 | DEBORAH | SMITH | HONEA PATH | SC | 12/12/2012 |
| BACP1105868035 | MAEBELLE | SMITH | PERTH AMBOY | NJ | 12/13/2012 |
| BACP1105640166 | DUSTY | SPENCER | NORTH POLE | AK | 11/19/2012 |
| BACP1335105939 | LAURA | STAHL | SEATTLE | WA | 12/12/2012 |
| BACP1113211430 | EVA | STALBRAND | PHOENIX | AZ | 11/15/2012 |
| BACP1314218211 | LUELLA | STOLLER | WOOSTER | OH | 12/5/2012 |
| BACP1136637698 | JAMES | STOLLINGS | CHAPMANVILLE | WV | 11/21/2012 |
| BACP1102753822 | JUNE | STUDY | REDKEY | IN | 10/20/2012 |
| BACP1329506757 | RYAN | STURMA | ALLSTON | MA | 10/31/2012 |
| BACP1335508456 | ROBERT | SUTTER | CLIFTON | NJ | 10/26/2012 |
| BACP1103098038 | NUZHAT | SYED | LAKE BALBOA | CA | 11/26/2012 |
| BACP1334716543 | ROSALYNN | SYLVAN | W HOLLYWOOD | CA | 11/8/2012 |
| BACP1324635532 | ALTHEA | TANKSLEY | DARBY | PA | 12/13/2012 |
| BACP1113011385 | WYOMA | TAYLOR | CASPER | WY | 10/24/2012 |
| BACP1316153206 | GLADYS | TELLO | ORLANDO | FL | 12/11/2012 |
| BACP1333649370 | SHEILA | THORNTON | NATRONA HEIGHTS | PA | 11/27/2012 |
| BACP1304278963 | STEVEN | TILMA | GRAND RAPIDS | MI | 11/7/2012 |
| BACP1324057091 | NANCY | TOWNE | CAMBRIDGE | MD | 11/14/2012 |
| BACP1300308370 | MARY | URBANSKI | WARREN | PA | 11/8/2012 |
| BACP1306830779 | MAE | UTTARD | COOPERSBURG | PA | 11/20/2012 |
| BACP1317584103 | FRED | VAN ANTWERP | VERO BEACH | FL | 11/13/2012 |

Case 3:11-md-02269-TEH   Document 97-1   Filed 01/16/13   Page 11 of 11

*In re Bank of America MDL*, MDL 11-2269
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 11 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1113573600 | HOWARD | VAUGHN | SACRAMENTO | CA | 12/10/2012 |
| BACP1329369482 | SRIDEVI | VENKATASUBRAMANIAN | EDISON | NJ | 11/8/2012 |
| BACP1110648935 | RENATE | VERASTEGUI | SPRING HILL | FL | 10/26/2012 |
| BACP1140530061 | JOSE | VILLEGAS | KISSIMMEE | FL | 11/29/2012 |
| BACP1120777452 | DAISY | VIRGO-TAYLOR | NEW YORK | NY | 10/24/2012 |
| BACP1302405330 | MALLIKARJUNA | VISHWANATH | TAMPA | FL | 11/8/2012 |
| BACP1128358475 | ALICE | WALKER | CATAWISSA | PA | 11/1/2012 |
| BACP1100153011 | NANCY | WALL | RAINIER | OR | 10/31/2012 |
| BACP1308389760 | XIAOJING | WANG | WORCESTER | MA | 11/14/2012 |
| BACP1332618943 | DARCY | WARREN | DAYTON | OH | 11/5/2012 |
| BACP1303065389 | BRANDON | WEAVER | DENVER | CO | 10/29/2012 |
| BACP1117973300 | EVELYN | WEBB | LORTON | VA | 12/8/2012 |
| BACP1133729150 | ROBERT | WEBSTER | MASON | IL | 10/30/2012 |
| BACP1337072558 | JULIA | WEIGAND | BARNESVILLE | PA | 10/25/2012 |
| BACP1125369506 | MARY | WELSH | GLEN BURNIE | MD | 10/12/2012 |
| BACP1122890426 | RAYMOND | WHALEN | MADISON | AL | 12/5/2012 |
| BACP1107503514 | GARY | WHITE | LAWRENCE | KS | 10/19/2012 |
| BACP1140646612 | FLORENCE | WIDOWSKY | UNION | NJ | 10/22/2012 |
| BACP1328604500 | MARY | WILDHABER | FREEBURG | MO | 11/29/2012 |
| BACP1110069986 | FAY | WILLIAMS | MOUNT CARMEL | IL | 10/15/2012 |
| BACP1311274803 | AARON | WILLIAMS | BEEVILLE | TX | 10/31/2012 |
| BACP1319550397 | ROBERT | WILLIAMS | SANTA ROSA VALLEY | CA | 11/4/2012 |
| BACP1324293755 | JAMES | WILSON | CENTRE HALL | PA | 12/1/2012 |
| BACP1330434730 | MARGARET | WINKLER | RITTMAN | OH | 11/19/2012 |
| BACP1326851879 | JAMES | WOFFORD | COMMERCE | GA | 11/16/2012 |
| BACP1310946018 | ANNETTE | WOJCIK | CHICAGO | IL | 11/7/2012 |
| BACP1140842446 | AMANDA | WOLFE | WEST PEORIA | IL | 11/5/2012 |
| BACP1323539238 | BETTY | WORK | CITRUS HEIGHTS | CA | 11/8/2012 |
| BACP1325708177 | DAVID | WRIGHT | SALT LAKE CITY | UT | 11/27/2012 |
| BACP1323284116 | IRENE | WYCHOFF | WASHINGTON | DC | 12/11/2012 |
| BACP1116519819 | JOAN | ZEHRINGER | BLOOMSBURG | PA | 10/23/2012 |
| BACP1110271718 | MARTA | ZIOBRO | SEATTLE | WA | 10/24/2012 |