Name _Timothy R. Hanigan_

Address _21550 Oxnard Street, Ste. 760_

City, State, Zip _Woodland Hills, California 91367_

Phone _(818) 883-5644_

Fax _(818) 704-9372_

E-Mail _trhanigan@gmail.com_

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒Retained

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re: Bank of America Credit Protection Marketing and Sales Practices Litigation

PLAINTIFF(S),

v.

DEFENDANT(S).

CASE NUMBER:

3:11-md-02269-TEH

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Beau Lochridge, Objector_____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Grant. Final Appr. of Class Action Settleme

☐ Judgment (specify):

☒ Other (specify):
   and Order Granting Motion for Att. Fees,
   Reimbursement of Expenses and Service
   Awards

Imposed or Filed on _____1/16/2013_____ . Entered on the docket in this action on _1/16/2013_ .

A copy of said judgment or order is attached hereto.

_____January 24, 2013_____
Date

_____Signature_____
☐ Appellant/Pro Se   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

## PARTIES AND ATTORNEYS

**Juan Arevalo, Plaintiff**
*Individually and on behalf of all*
*others similarly situated,*
represented by

**Elizabeth Joan Cabraser**
Lieff Cabraser Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
Fax: (415) 956-1008
Email: ecabraser@lchb.com
*LEAD ATTORNEY*

**Daniel M. Hutchinson**
Lieff Cabraser Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000 x2312
Fax: (415) 956-1008
Email: dhutchinson@lchb.com

**Michael W. Sobol**
Lieff Cabraser Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
Fax: (415) 956-1008
Email: msobol@lchb.com

**Rachel Geman**
Lieff Cabraser Heimann &
Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
(212) 355-9500
Fax: (212) 355-9592
Email: rgeman@lchb.com

**Wendy R. Fleishman**
Lief Cabraser Heimann & Bernstein,
LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
(212) 355-9500
Fax: (212) 355-9592
Email: wfleishman@lchb.com

**Plaintiff**
**Mitchell Sandow**
*Individually and on behalf of all*
*others similarly situated,*
represented by
**Elizabeth Joan Cabraser**

**Plaintiff**
**Angela Zeleny**
*Individually and on behalf of all*
*others similarly situated,*
represented by
**Elizabeth Joan Cabraser**

**Plaintiff**
**Blanche Melendez**
*Individually & on Behalf of All*
*Others Similarly Situated*
represented by
**Gregory Bradley Linkh**
Murray Frank LLP
275 Madison Avenue, Suite 801
New York, NY 10016
(212) 682-1818
Fax: (212) 682-1892
Email: glinkh@murrayfrank.com

**Brett H Cebulash**
Taus Cebulash & Landau, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
212-931-0704
Email: bcebulash@tcllaw.com

**Brian P. Murray**
Glancy Binkow & Goldberg LLP
77 Water Street, Suite 721

New York, NY 10005
(646) 722-4180
Email: bmurray@glancylaw.com

**Kevin Sylvan Landau**
Taus Cebulash & Landau, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
212-931-0704
Email: klandau@tcllaw.com

**Marc Lawrence Godino**
Glancy Binkow & Goldberg LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
310-201-9150
Fax: (310) 201-9160
Email: mgodino@glancylaw.com

**Steven A. Owings ,**
Owings Law Firm
1400 Brookwood Drive
Little Rock, AR 72202
501-661-9999
Fax: 501-661-8393
Email:
sowings@owingslawfirm.com
*PRO HAC VICE*

**T. Brent Walker**
Carter Walker, PLLC
2171 West Main, Suite 200
PO Box 628
Cabot, AR 72023
501-605-1346
Fax: 501-605-1348
Email: bwalker@carterwalkerlaw.com
*PRO HAC VICE*

**Plaintiff**
**Cheryl Ross**
*Individually and on Behalf of All*
*Others Similarly Situated*
represented by
**Deborah M Nelson**

Nelson Boyd, PLLC
1700 Seventh Avenue, Suite 2220
Seattle, WA 98101
(206) 971-7601
Email: nelson@nelsonboydlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D. Boyd**
Nelson Boyd, PLLC
1700 Seventh Avenue, Suite 2220
Seattle, WA 98101
(206) 971-7601
Email: boyd@nelsonboydlaw.com

**Kenneth J Grunfeld**
Golomb & Honik, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
(215) 985-9177

**Randall K Pulliam**
Carney Williams Bates Bozeman &
Pulliam, PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
(501) 312-8500
Fax: (501) 312-8505
Email:
rpulliam@carneywilliams.com
*PRO HAC VICE*

**Plaintiff**
**Wilfred Somers**
*Individually and on Behalf of All
Others Similarly Situated*
represented by
**Deborah M Nelson**

**Plaintiff**
**Vivian Somers**
*Individually and on Behalf of All
Others Similarly Situated*
represented by
**Deborah M Nelson**
**Plaintiff**

**Marion Walton**
*Individually and on Behalf of All*
*Others Similarly Situated*
represented by
**Corey M Mather**
3620 E. Layton Ave.
Cudahy, WI 53110
414-482-8000
Email: cmather@ademilaw.com

**Allen Carney**
Carney Williams Bates Bozeman &
Pulliam,PLLC
11311 Arcade Drive, Suite 200
Little Rock, AK 72212
(501) 312-8500
Fax: (501) 312-8505

**David J Syrios**
Ademi & O'Reilly LLP
3620 E Layton Ave
Cudahy, WI 53110
(866) 264-3995
Fax: (414) 482-8001
Email: dsyrios@ademilaw.com

**Guri Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110
(866) 264-3995
Fax: (414) 482-8001

**Richard M Golomb**
**Ruben Honik**
Golomb & Honik, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
(215) 985-9177

**Shpetim Ademi ,**
3620 E. Layton Ave.
Cudahy, WI 53110
414-482-8000
Email: sademi@ademilaw.com

**Plaintiff**
**Rose Rowley**
*Individually and on Behalf of All*
*Others Similarly Situated*
represented by
**Corey M Mather**

**Plaintiff**
**Maude Stuart**
*Individually and On Behalf of All*
*Others Similarly Situated*
represented by
**A. Woodson Isom , Jr.**
A. Woodson Isom, Jr., P.A.
Post Office Box 320461
Tampa, FL 33679-2461
(813) 629-6388
Email: woodyisom.law@gmail.com

**Brett Cebulash**
Taus Cebulash & Landau LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
(212) 931-0704

**Plaintiff**
**Frederick Richmond**
*Individually and On Behalf of All*
*Others Similarly Situated*
represented by
**A. Woodson Isom , Jr.**

**Plaintiff**
**Maryellen Richmond**
*Individually and On Behalf of All*
*Others Similarly Situated*
represented by
**A. Woodson Isom , Jr.**

**Plaintiff**
**Arlene Patrick** represented by
**Donald Chidi Amamgbo , Esq.**
*individually and on behalf of all*
*others similarly situated*
Amamgbo & Associates

6167 Bristol Parkway, #325
Culver City, CA 90230
(310) 337-1137
Fax: (510) 337-1157
Email: donald@amamgbolaw.com

**Reginald Von Terrell**
The Terrell Law Group
Post Office Box 13315, PMB #148
Oakland, CA 94661
(510) 237-9700
Fax: (510) 237-4616
Email: reggiet2@aol.com

**Plaintiff**
**Gretha Wilkerson**
*individually and on behalf of all*
*others similarly situated*
represented by
**Donald Chidi Amamgbo , Esq.**

**Plaintiff**
**Dominick Mattiello, Jr.**
*as Executor of the State of Dominick*
*Mattiello, Sr., individually and on*
*behalf of all others similarly situated*
represented by
**David S. Paris**
Paris Ackerman & Schmierer LLP
101 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-6667
Fax: (973) 629-1246
Email: david@paslawfirm.com

**Bruce H. Nagel**
Nagel Rice LLP
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 618-0400
Fax: (973) 618-9194
Email: bnagel@nagelrice.com

**Bryan H. Mintz**
Paris Ackerman & Schmierer LLP
101 Eisenhower Parkway

Roseland, NJ 07068
(973) 228-6667
Fax: (973) 629-1246

**Diane Elizabeth Sammons**
Nagel Rice LLP
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 618-0400
Fax: (973) 618-9194
Email: dsammons@nagelrice.com

**Francis Joseph Flynn , Jr.**
Carey Danis & Lowe
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 725-7700
Fax: (314) 721-0905
Email: casey@jefflowepc.com

**Jay J. Rice**
Nagel Rice LLP
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 618-0400
Fax: (973) 618-9194
Email: jrice@nagelrice.com

**John Joseph Carey**
**Michael J. Flannery**
Carey Danis & Lowe
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 725-7700
Fax: (314) 721-0905
Email: jcarey@careydanis.com

**Ross H. Schmierer**
Paris Ackerman & Schmierer LLP
101 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-6667
Fax: (973) 629-1246
Email: ross@paslawfirm.com

**Plaintiff**
**Helena Wong**
*individually and on behalf of all*
*others similarly situatedl*
represented by
**Tiffany Marko Yiatras**
Carey Danis & Lowe
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 725-7700
Fax: (314) 725-0905
Email: tyiatras@careydanis.com

**Francis (Casey) J. Flynn**
Carey Danis & Lwe
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 725-7700
Fax: (314) 721-0905
Email: casey@jefflowepc.com

**John Joseph Carey**
Carey Danis & Lowe
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 725-7700
Fax: (314) 721-0905
Email: jcarey@careydanis.com

**Michael J. Flannery**
Carey Danis & Lowe
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 725-7700
Fax: (314) 721-0905
Email: mflannery@careydanis.com
*PRO HAC VICE*

**Plaintiff**
**Jason Chan**
*individually and on behalf of all*
*others similarly situated*
represented by
**Tiffany Marko Yiatras**
(See above for address)
*LEAD ATTORNEY*

**Defendant**
**Bank of America Corporation**
represented by **David L. Hartsell**
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Il 60601-1815
(312) 849-8100
Fax: (312) 849-3690
Email:
dhartsell@mcguirewoods.com

**David L. Permut**
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001-4432
(202) 346-4000
Fax: (202) 346-4444
Email:dpermut@goodwinprocter.com

**Eric I. Goldberg**
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 346-4000
Fax: (202) 346-4444
Email:Egoldberg@goodwinprocter.com

**Hong-An Vu**
Goodwin Procter LLP
Three Embarcadero Center, 24th
Floor
San Francisco, CA 94111
(415) 733-6114
Fax: (415) 677-9041
Email: hvu@goodwinprocter.com

**Kathryn F. Lazarev**
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000
Email:klazarev@goodwinprocter.com

**Michael Joseph Moloney , III**
Goodwin Procter LLP

Three Embarcadero Center, 24th
Floor
San Francisco, CA 94111
(415) 733-6000
Fax: (415) 677-9041
Email:mmoloney@goodwinprocter.com

**Patrick Shaun Thompson**
Goodwin Procter LLP
Three Embarcadero Center, 24th
Floor,
San Francisco, CA 94111
(415) 733-6000
Fax: (415) 677-9041
Email:pthompson@goodwinprocter.com
*PRO HAC VICE*

**Defendant**
**FIA Card Services, N.A.** represented by **David L. Hartsell**

**Objector**
**Beau Lochridge**
Represented by
Tim Hanigan
Lang, Haingan & Carvalho
21550 Oxnard St., Ste. 760
Woodland Hills, CA 91367
T: (818) 883-5644
Email: trhanigan@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE BANK OF AMERICA
CREDIT PROTECTION
MARKETING & SALES
PRACTICES LITIGATION

This Order Relates To:

ALL CASES

NO. 11-md-2269 TEH

<u>ORDER GRANTING FINAL
APPROVAL OF CLASS ACTION
SETTLEMENT</u>

Having held a Final Approval Hearing on January 14, 2013, notice of which was given in accordance with this Court's Order dated July 23, 2012, (1) conditionally certifying a Settlement Class, (2) preliminarily approving the Settlement, (3) approving the various forms of notice, and (4) setting a date for the final approval hearing (the "Preliminary Approval Order"), and having considered all matters submitted to it at the Final Approval Hearing, including all objections, and finding no just reason for delay in entry of this Final Order and Judgment (the "Final Order and Judgment") and with good cause appearing, THIS COURT FINDS and ORDERS as follows:

1.     The definitions set forth in the Settlement Agreement are hereby incorporated by reference into this Order.

2.     Solely for the purpose of settlement, in accordance with the Settlement Agreement, and pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure, this Court hereby certifies the following class: all people in the United States who were enrolled in a Credit Protection program issued by FIA Card Services, N.A., a subsidiary of Bank of America Corporation, between January 1, 2006 and July 17, 2012. These programs include, but are not limited to: Credit Protection Plus, Cardholder Security Plan, Credit Protection Plan, Credit Protection Deluxe, and Credit Protection Fleet (collectively, "CPP").

United States District Court
For the Northern District of California

1    For clarification purposes only, the Settlement Class includes customers who originally

2    enrolled in a Credit Protection program prior to January 1, 2006, but remained enrolled at

3    any time on or after January 1, 2006.

4         3.       Pursuant to the Settlement Agreement, and for settlement purposes only, the

5    Court finds that:

6                  a.       The Settlement Class is so numerous that joinder of all members is

7                 impracticable;

8                  b.       There are questions of law or fact common to the Settlement Class;

9                  c.       The claims of Settlement Class Representatives are typical of the claims

10                of the Settlement Class that Settlement Class Representatives seek to certify;

11                d.       Settlement Class Representatives and Class Counsel will fairly and

12               adequately protect the interests of the Settlement Class;

13               e.       The questions of law or fact common to the members of the Settlement

14               Class, and which are relevant for settlement purposes, predominate over the

15               questions affecting only individual members; and

16              f.       Certification of the Settlement Class is superior to other available

17               methods for fair and efficient adjudication of the controversy.

18       4.       For the purpose of the Settlement, Juan Arevalo, Mitchell Sandow, Jason Chan,

19    Blanche Melendez, Rose Rowley, Vivian Somers, Wilfred Somers, Cheryl Ross, Maryellen

20    Richmond, Frederick Richmond, Maude Stewart, Marion Walton, Angela Zeleny, and

21    Dominick Mattiello, Jr., as Executor of the Estate of Dominick M. Mattiello, shall be

22    appointed Settlement Class Representatives.

23       5.       The Court appoints Lieff Cabraser Heimann & Bernstein, LLP (Chair of

24    Plaintiffs' Executive Committee and Plaintiffs' Liaison Counsel); Glancy Binkow &

25    Goldberg LLP; and Carey, Danis & Lowe as Class Counsel pursuant to Rule 23(g) of the

26    Federal Rules of Civil Procedure.

27

28

United States District Court

For the Northern District of California

6.     The Court hereby finds and concludes that various forms of notice were disseminated to members of the Settlement Class in accordance with the terms set forth in Section III.C of the Settlement Agreement and with this Court's Preliminary Approval Order.

7.     The Court further finds and concludes that Class Notice and claims submission procedures set forth in Section III.C of the Settlement Agreement fully satisfy Rule 23 of the Federal Rules of Civil Procedure and the requirements of due process and were the best notice practicable under the circumstances, provided individual notice to all members of the Settlement Class who could be identified through reasonable efforts, and support the Court's exercise of jurisdiction over the Settlement Class as contemplated in the Settlement and this Final Order and Judgment.

8.     The Court hereby finds and concludes that the notice provided by Defendants to the appropriate state and federal officials pursuant to 28 U.S.C. § 1715 fully satisfied the requirements of that statute.

9.     The Court hereby finally approves the Settlement Agreement and the Settlement contemplated thereby, and finds that the terms constitute, in all respects, a fair, reasonable, and adequate settlement as to all Settlement Class Members in accordance with Rule 23 of the Federal Rules of Civil Procedure, and directs its consummation pursuant to its terms and conditions.

10.     The Court hereby approves the Plan of Allocation of the Settlement Amount and interest accrued thereon. If any amounts remain in the Settlement Fund following the deduction of claim notice and settlement administration costs and taxes, any attorneys' fees and costs, and/or service awards awarded by the Court, and the pro rata distribution of settlement funds to all eligible Class Members who have submitted timely and valid claims, the remaining amounts shall be distributed to the Center for Responsible Lending, which the Court finds to be a suitable *cy pres* recipient.

11.     The Court hereby dismisses the Action with prejudice and without costs to any party except as provided in the Agreement, subject to the Court's continuing jurisdiction over

1 | the Parties and the Settlement Fund for the purpose of enforcement of the terms of the

2 | Settlement, as detailed in Paragraph 15 of this Order.

3 |      12.    Upon the Effective Date (including, without limitation, the exhaustion of any

4 | judicial review, or requests for judicial review, from the Final Order and Judgment), the

5 | Plaintiffs and each and every one of the Settlement Class Members unconditionally, fully,

6 | and finally releases and forever discharges the Released Parties from the Released Claims. In

7 | addition, any rights of the Settlement Class Representatives and each and every one of the

8 | Settlement Class Members to the protections afforded under Section 1542 of the California

9 | Civil Code and/or any other similar, comparable, or equivalent laws, are terminated.

10 |      13.    Each and every Settlement Class Member, and any person actually or

11 | purportedly acting on behalf of any Settlement Class Member(s), is hereby permanently

12 | barred and enjoined from commencing, instituting, continuing, pursuing, maintaining,

13 | prosecuting, or enforcing any Released Claims (including, without limitation, in any

14 | individual, class or putative class, representative or other action or proceeding), directly or

15 | indirectly, in any judicial, administrative, arbitral, or other forum, against the Released

16 | Parties. This permanent bar and injunction is necessary to protect and effectuate the

17 | Settlement Agreement, this Final Order and Judgment, and this Court's authority to

18 | effectuate the Settlement Agreement, and is ordered in aid of this Court's jurisdiction and to

19 | protect its judgments. This bar does not apply to any person who has timely and validly

20 | requested exclusion from the Settlement Class. A list of persons who have timely and validly

21 | requested exclusion is attached hereto.

22 |      14.    The Settlement Agreement (including, without limitation, its exhibits), and any

23 | and all negotiations, documents, and discussions associated with it, shall not be deemed or

24 | construed to be an admission or evidence of any violation of any statute, law, rule,

25 | regulation, or principle of common law or equity, or any liability or wrongdoing, by

26 | Defendants, or of the truth of any of the claims asserted by Plaintiffs in the Actions, and

27 | evidence relating to the Settlement Agreement shall not be discoverable or used, directly or

28 | indirectly, in any way, whether in the Actions or in any other action or proceeding, except for

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1  purposes of enforcing the terms and conditions of the Settlement Agreement, the Preliminary

2  Approval Order, and/or this Final Order and Judgment.

3      15.    Without affecting the finality of this Final Order and Judgment, the Court

4  retains exclusive jurisdiction over this Settlement, including, without limitation, issues

5  concerning its administration and consummation. The Court also retains exclusive

6  jurisdiction over Defendants, Plaintiffs, and the Settlement Class Members regarding the

7  Settlement Agreement and this Final Order and Judgment. Defendants, Plaintiffs, and

8  Settlement Class Members are hereby deemed to have submitted irrevocably to the exclusive

9  jurisdiction of this Court over any suit, action, proceeding, or dispute arising out of or

10  relating to the Released Claims, this Final Order and Judgment, and the Settlement

11  Agreement. Without limiting the generality of the foregoing, any dispute concerning the

12  Settlement Agreement, including, but not limited to, any suit, action, arbitration, or other

13  proceeding by a Settlement Class Member in which the provisions of the Settlement

14  Agreement are asserted as a defense in whole or in part to any claim or cause of action or

15  otherwise raised as an objection, shall constitute a suit, action, or proceeding arising out of or

16  relating to this Final Order and Judgment. Solely for the purposes of each suit, action, or

17  proceeding, to the fullest extent possible under applicable law, the parties hereto and all

18  Settlement Class Members are hereby deemed to have irrevocably waived and agreed not to

19  assert, by way of motion, as a defense or otherwise, any claim or objection that they are not

20  subject to the jurisdiction of this Court, or that this Court is in any way an improper venue or

21  an inconvenient forum. These provisions are necessary to protect the Settlement Agreement,

22  this Final Order and Judgment, and this Court's authority to effectuate the Settlement, and

23  are ordered in aid of this Court's jurisdiction and to protect its judgment.

24      16.    The Court incorporates herein the terms of the Settlement Agreement, which is

25  attached as Exhibit 1 to the Preliminary Approval Motion (Docket No. 72-1), and determines

26  that this Final Order and Judgment complies in all respects with Federal Rule of Civil

27  Procedure 65(d)(1). Based on the Court's finding that there is no just reason for delay of

28  enforcement or appeal of this Final Order and Judgment notwithstanding the Court's

1 | retention of jurisdiction per Paragraph 15 to oversee implementation and enforcement of the
2 | Settlement Agreement, the Court directs the clerk to enter final judgment pursuant to Rule
3 | 54(b) and to close the multi-district case and all member and related cases.

**IT IS SO ORDERED.**

Dated: 01/16/2013

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

*In re Bank of America MDL, MDL 2269*

Exhibit A to Order Granting Final Approval of Class Action Settlement

Page 1 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1310081785 | WILLIAM | ABRAHAM | ORLAND PARK | IL | 11/8/2012 |
| BACP1308460693 | ATUL | ADHAV | CROFTON | MD | 12/7/2012 |
| BACP1126541841 | KAMAL | AHMED | LOS ANGELES | CA | 10/25/2012 |
| BACP1323655114 | ALPHONSE | ALEXANDER | RIO PIEDRAS | PR | 12/3/2012 |
| BACP1335439527 | BARBARA | ALMOND | SPOKANE VALLEY | WA | 11/2/2012 |
| BACP1129296481 | SERGEY | ALYSHEV | ROUND LAKE | IL | 12/10/2012 |
| BACP1308986067 | MARY | AMANTIA | SIMI VALLEY | CA | 11/5/2012 |
| BACP1142055948 | MINA | AMEMIYA | TOYO | | 10/21/2012 |
| BACP1117442798 | JEANNETTE | ANDERSON | FELTON | DE | 10/15/2012 |
| BACP1101178301 | MARY | ANGLE | MESA | AZ | 10/23/2012 |
| BACP1124793916 | MARQUITA | ARMSTRONG | CINCINNATI | OH | 11/15/2012 |
| BACP1316386804 | JOANNE | ARNO | SHERMAN OAKS | CA | 11/13/2012 |
| BACP1303118768 | VERA | ASHTON | CINCINNATI | OH | 11/9/2012 |
| BACP1112113648 | CORINE | ASSANE | AUSTIN | TX | 12/5/2012 |
| BACP1308624017 | JUDITH | AUDET | WOONSOCKET | RI | 11/3/2012 |
| BACP1137794371 | GEORGE | BAILEY | WASHINGTON | DC | 12/5/2012 |
| BACP1102856559 | SUSAN | BAINES | YUCCA VALLEY | CA | 11/15/2012 |
| BACP1312699638 | JOELY | BAKER | FARMINGTON | NM | 10/29/2012 |
| BACP1117439932 | ALMA | BALL | HODGES | SC | 10/22/2012 |
| BACP1306198738 | BRADY | BALLARD | TROY | VA | 11/24/2012 |
| BACP1133584534 | ALBERT | BARNS | SOUTHERN PNES | NC | 12/7/2012 |
| BACP1300666764 | LONZENA | BATES-MYERS | LANDOVER HLS | MD | 11/20/2012 |
| BACP1326050914 | ROBERT | BAUGHAN | CARLISLE | PA | 11/5/2012 |
| BACP1326645632 | BEHROOZ | BEHBOD | ATLANTA | GA | 10/29/2012 |
| BACP1102004587 | BEVERLY | BELL | HARBORCREEK | PA | 12/17/2012 |
| BACP1316661937 | OLIVIA | BELLAR | LOUISVILLE | KY | 11/2/2012 |
| BACP1308290771 | EVELYN | BERG | RAPID CITY | SD | 11/5/2012 |
| BACP1334243637 | LYNNE | BERGERON | WEST REDDING | CT | 12/11/2012 |
| BACP1307457702 | DEETTA | BERNING | LAMAR | MO | 12/10/2012 |
| BACP1101375263 | KATHLEEN | BEYER | WEBSTER | WI | 10/30/2012 |
| BACP1333728750 | KARANAM | BHASKAR | ATLANTA | GA | 11/20/2012 |
| BACP1124581650 | CHERI | BICKLEY | PALM BAY | FL | 10/29/2012 |
| BACP1139975101 | DOLORES | BLACKWELL | SPARTANBURG | SC | 10/12/2012 |
| BACP1112493815 | PAMELA | BLANTON | MARION | NC | 10/19/2012 |
| BACP1325518840 | ARLENE | BLOSE | HENDERSON | NV | 10/29/2012 |
| BACP1316762180 | ROBERT | BOLTON | CORBETT | OR | 11/13/2012 |
| BACP1302840001 | ALEXANDER | BONEY | BRIGHTWATERS | NY | 11/8/2012 |
| BACP1104794097 | RENA | BOOKER | BRONX | NY | 10/10/2012 |
| BACP1329629476 | CHAD | BOOTH | MADISON | AL | 11/7/2012 |
| BACP1325639310 | MARIA | BORJA ANGULO | MIAMI | FL | 12/10/2012 |

*In re Bank of America MDL, MDL 11-2269*
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 2 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1133244490 | KATHLEEN | BOUDOIN | GRAMERCY | LA | 12/12/2012 |
| BACP1312155972 | JUDY | BOULA | BELCHERTOWN | MA | 11/3/2012 |
| BACP1332879259 | TODD | BOYCE | TACOMA | WA | 11/13/2012 |
| BACP1132341735 | AMELIA | BOYKIN | MYRTLE BEACH | SC | 10/18/2012 |
| BACP1129642916 | JANICE | BOYNTON | BREMEN | GA | 10/29/2012 |
| BACP1303382325 | DELORES | BRIDGES | HOPKINSVILLE | KY | 11/3/2012 |
| BACP1328265543 | SHIRLEY | BRISTER | TURLOCK | CA | 11/13/2012 |
| BACP1800000021 | KIMBERLY | BROWN | ARLINTON | VA | 11/13/2012 |
| BACP1322763940 | MALVICE | BROWN | YUMA | AZ | 12/3/2012 |
| BACP1132329573 | DORIS | BRUBAKER | SUN VALLEY | NV | 12/12/2012 |
| BACP1324767919 | SANDRA | BRYAN | MILTON | WV | 12/13/2012 |
| BACP1308461932 | JESSICA | BRYANT | WATERTOWN | WI | 10/29/2012 |
| BACP1116691395 | JUSTIN | BRYANT | VANCOUVER | WA | 12/13/2012 |
| BACP1300937520 | LOUISE | BUCHIGNANI | HEALDSBURG | CA | 10/29/2012 |
| BACP1118049429 | ELSIE | BURRELL | APPOMATTOX | VA | 10/18/2012 |
| BACP1309617812 | DONALD | BUSCH | WESTCHESTER | IL | 11/5/2012 |
| BACP1139929134 | WENDY | BUSCHATZ | ANDERSON | SC | 10/20/2012 |
| BACP1102435952 | BERNADETTE | BUTGEREIT | GRAND RAPIDS | MI | 11/8/2012 |
| BACP1102070059 | JOHN | BYLER | LANCASTER | PA | 12/6/2012 |
| BACP1309800765 | SHIRLEY | CALUMPONG | KANSAS CITY | MO | 12/12/2012 |
| BACP1302582479 | LORNA | CARDERON | SAN JUAN | PR | 12/3/2012 |
| BACP1330950347 | STEPHEN | CARMICHAEL | WEST SALEM | OH | 11/5/2012 |
| BACP1329826310 | ELSIE | CARPENTER | JEFFERSONVILLE | KY | 10/29/2012 |
| BACP1327089865 | PAULETTE | CARSTENS | SARASOTA | FL | 11/7/2012 |
| BACP1116532491 | RONALD | CARTER | KNOXVILLE | MD | 10/12/2012 |
| BACP1132863901 | PETER | CASTILLO | JUNEAU | AK | 11/6/2012 |
| BACP1109297628 | MARIA | CASTRO | MIAMI | FL | 11/8/2012 |
| BACP1111516242 | JULIE | CATON | LEESBURG | VA | 10/24/2012 |
| BACP1127153985 | GARY | CHANG RN | BRONX | NY | 12/13/2012 |
| BACP1323070230 | PHYLLIS | CHAPMAN | UNION | MO | 11/1/2012 |
| BACP1327309580 | DIANE | CHAPPELL | ELLICOTT CITY | MD | 11/5/2012 |
| BACP1324535031 | DEBORAH | CHARNIN | HOLLYWOOD | FL | 11/7/2012 |
| BACP1317055925 | ARHM | CHOI | YONKERS | NY | 11/9/2012 |
| BACP1322316197 | FERNANDO | CHOW | FONTANA | CA | 11/5/2012 |
| BACP1309356059 | ASHLEY | CHRISTOPHERSEN | PORTLAND | OR | 11/6/2012 |
| BACP1323454178 | RITA | CHUBAROVA | WASHINGTON | DC | 11/7/2012 |
| BACP1128723807 | KINNARD | CLARK | KIOWA | KS | 10/22/2012 |
| BACP1100060110 | EDNA | CLARK | KASILOF | AK | 11/7/2012 |
| BACP1320178587 | DOREEN | CLIFFORD | MOUNTAIN CITY | NV | 11/4/2012 |
| BACP1900013591 | RICHARD | CLOVIS | CLARKSBURG | WV | 11/19/2012 |
| BACP1129617199 | MARY | COBB | GARFIELD | NJ | 10/16/2012 |

*In re Bank of America MDL, MDL 11-2269*
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 3 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---------|-----------|----------|------|-------|--------|
| BACP1313597316 | BECKY | COBB | CHATTANOOGA | TN | 11/7/2012 |
| BACP1301623058 | KAREN | COLBERT | NEW MADRID | MO | 11/3/2012 |
| BACP1322129320 | ROBERT | COLBERT | MALIBU | CA | 12/3/2012 |
| BACP1103248420 | DULCE | COLLAZO | GALVESTON | TX | 10/22/2012 |
| BACP1308557174 | LISA | COLLINGS | LIBERTY | TX | 11/16/2012 |
| BACP1305345613 | ROBIN | COLLINS | BONNEY LAKE | WA | 12/13/2012 |
| BACP1136279546 | RICHARD | COMPTON | FSTRVL TRVOSE | PA | 11/6/2012 |
| BACP1328492485 | PATRICIA | COOK | WALNUT | CA | 11/3/2012 |
| BACP1117809942 | LEONARD | COOK | ENTIAT | WA | 11/20/2012 |
| BACP1301373477 | THOMAS | COOK | MOUNTAIN HOME | ID | 12/4/2012 |
| BACP1327421070 | DIANA | COONS FOWLER | BREMERTON | WA | 12/3/2012 |
| BACP1311321267 | MARIVELISSE | CORR | LONG BEACH | NY | 12/13/2012 |
| BACP1303024020 | MARIE | COTTOM | ORANGE PARK | FL | 11/13/2012 |
| BACP1308359917 | LAWRENCE | COTY | HAMILTON | MT | 11/7/2012 |
| BACP1322510864 | JONATHAN | COUNTS | MORRISVILLE | PA | 12/13/2012 |
| BACP1306551098 | RICHARD | CRAVEN | FARMINGTON | MN | 11/1/2012 |
| BACP1320976823 | MARIO | CROVO | SACRAMENTO | CA | 10/30/2012 |
| BACP1317703706 | LAKITA | CUMMINGS | TAMPA | FL | 11/26/2012 |
| BACP1128168790 | CONNIE | CURTIS | LA FAYETTE | GA | 10/31/2012 |
| BACP1312053100 | JUDY | DAHLBERG | REDMOND | WA | 11/3/2012 |
| BACP1328931756 | THADA | DANIELS | GALAX | VA | 11/3/2012 |
| BACP1328564125 | ANITA | DARBY | SHARPTOWN | MD | 11/21/2012 |
| BACP1317514067 | JOANNE | DAVIS | WILBURTON | OK | 11/1/2012 |
| BACP1301378959 | ERIC | DAVIS | SUNNYVALE | CA | 12/13/2012 |
| BACP1318615894 | PAMELA | DE CRESCENZO | BAKERSFIELD | CA | 11/17/2012 |
| BACP1141140119 | LOLA | DEALY | JACKSONVILLE | FL | 10/27/2012 |
| BACP1137899831 | BARBARA | DELASAUX | MODESTO | CA | 10/16/2012 |
| BACP1110675053 | MARLENE | DELEON | SALINAS | CA | 10/23/2012 |
| BACP1112366805 | KATY | DI MICHELE | MELBOURNE | FL | 11/27/2012 |
| BACP1331486415 | LINDA | DIMARZO | SANFORD | NC | 12/6/2012 |
| BACP1334274150 | BETTY | DIMOFF | NEW MIDDLETOWN | OH | 11/19/2012 |
| BACP1122349911 | ROBERTA | DIXSON | NORWICH | NY | 12/6/2012 |
| BACP1303686650 | REBECCA | DOBBS | REDWOOD CITY | CA | 11/5/2012 |
| BACP1310221501 | JAMES | DOHERTY | BALTIMORE | MD | 10/29/2012 |
| BACP1303769602 | MARIE | DREYER | SAINT ANN | MO | 10/29/2012 |
| BACP1336471734 | DANIEL | DURITSA | MORGANTOWN | WV | 11/6/2012 |
| BACP1329729071 | EILEEN | DURNING | YONKERS | NY | 11/6/2012 |
| BACP1308127390 | DEBBIE | EASLEY | COATS | NC | 11/1/2012 |
| BACP1336513267 | MONICA | EATMON | GREENSBURG | KY | 11/9/2012 |
| BACP1130135720 | PHILIP | EHRLICH | NEW YORK | NY | 10/17/2012 |
| BACP1320574229 | SANDRA | ELLIOTT | DURANGO | CO | 11/5/2012 |

*In re Bank of America MDL, No. 11-2269*
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 4 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---------|-----------|----------|------|-------|--------|
| BACP1329721895 | JOYCE | EMPSON | SCIO | NY | 12/10/2012 |
| BACP1330794876 | RAY | EPLING | HUDDLESTON | VA | 12/6/2012 |
| BACP1110162706 | LOUISE | ESON | WESTMINSTER | CO | 10/16/2012 |
| BACP1300646950 | BRANDY | FALLGREN | NEW BEDFORD | MA | 11/21/2012 |
| BACP1119606984 | DELORIS | FAZIO | SURPRISE | AZ | 12/1/2012 |
| BACP1306304783 | FRED | FAZIO | SURPRISE | AZ | 12/1/2012 |
| BACP1141988665 | TWILLON | FIELDS | OWINGS | MD | 12/10/2012 |
| BACP1110478681 | JAMES | FOREMAN | STOKESDALE | NC | 10/22/2012 |
| BACP1327815965 | ZENA | FORTSON | MC ALISTERVILLE | PA | 12/11/2012 |
| BACP1307887162 | JENNIFER | FOUNTAIN | PICAYUNE | MS | 10/29/2012 |
| BACP1114270732 | RICHARD | FRAME | SMITHFIELD | PA | 12/12/2012 |
| BACP1317892061 | ALBERT | FRITZ | BURTON | OH | 11/13/2012 |
| BACP1324269862 | J | FRY | PORTERVILLE | CA | 10/30/2012 |
| BACP1134098773 | AMY | FU | AIEA | HI | 11/13/2012 |
| BACP1117736686 | MARILYN | FURMAN | MILLVILLE | DE | 11/1/2012 |
| BACP1330146475 | WILLIAM | GAINES | AUBURN | AL | 11/16/2012 |
| BACP1120274523 | JOYCE | GARNER | HIGHLAND HOME | AL | 11/17/2012 |
| BACP1307836029 | BRITTANY | GARRISON | PLACENTIA | CA | 11/28/2012 |
| BACP1323673554 | EDGE | GERRING | LOLETA | CA | 11/10/2012 |
| BACP1333208935 | ERIN | GIANNELLI | FORDS | NJ | 11/16/2012 |
| BACP1336748736 | JOHN | GIBSON | MARYLAND HEIGHTS | MO | 10/30/2012 |
| BACP1328586714 | MAGGIE | GIBSON | WORCESTER | MA | 11/16/2012 |
| BACP1314273867 | ALICIA | GIBSON | VARNEY | WV | 11/26/2012 |
| BACP1327696923 | BEVERLY | GLENN | BLACK MOUNTAIN | NC | 10/31/2012 |
| BACP1306912937 | EDGAR | GOBEILLE | LEWISTON | ME | 11/19/2012 |
| BACP1326939946 | CHARLOTTE | GOBEILLE | LEWISTON | ME | 11/19/2012 |
| BACP1102338183 | SANTA | GODEN SEGARRA | MAYAGUEZ | PR | 11/27/2012 |
| BACP1127176004 | ROBERT | GREEN | BALTIMORE | MD | 10/10/2012 |
| BACP1314984895 | BARBARA | GREEN | ROCKPORT | TX | 11/23/2012 |
| BACP1336488467 | ROBERT | GREENE | ASHBURN | VA | 12/10/2012 |
| BACP1326689540 | PATRICIA | GREENFIELD | SEBRING | FL | 11/6/2012 |
| BACP1305893793 | KENNETH | GREENLEE | ROCKFORD | IL | 11/1/2012 |
| BACP1325491704 | FRANCIS | GRINDLE | BUCKSPORT | ME | 12/11/2012 |
| BACP1330721160 | BEN | GRUNDMEIER | CEDAR RAPIDS | IA | 10/30/2012 |
| BACP1123867886 | DONNA | HACKNEY | RIPLEY | WV | 10/24/2012 |
| BACP1300746636 | ALICE | HAIDOSTIAN | BLOOMFIELD HILLS | MI | 11/3/2012 |
| BACP1324916922 | KATHERINE | HANSEN | WOODBRIDGE | VA | 12/7/2012 |
| BACP1325221553 | ANNE | HARDER | FOUNTAIN VALLEY | CA | 11/14/2012 |
| BACP1105768286 | LEOLA | HARMAN | FORT WORTH | TX | 10/15/2012 |
| BACP1108106624 | VERA | HARNED | LANCASTER | SC | 10/23/2012 |
| BACP1122315898 | MAYLEEN | HARRIS | N LITTLE ROCK | AR | 10/16/2012 |

*In re Bank of America MDL, MDTT 2265*
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 5 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---|---|---|---|---|---|
| BACP1300708785 | BERNICE | HARRISON | JONES | OK | 10/31/2012 |
| BACP1334788463 | HAROLD | HARVEY | BARTLETT | IL | 12/3/2012 |
| BACP1103578013 | RL | HAWKINS | MEXIA | TX | 10/29/2012 |
| BACP1314223037 | SALLY | HAWTHORNE | KALAMAZOO | MI | 11/2/2012 |
| BACP1307158276 | BILLIE | HAZELTON | FRESNO | CA | 11/1/2012 |
| BACP1313364290 | EDWARD | HEIMANN | COLUMBUS | NE | 12/10/2012 |
| BACP1112366996 | ARLAN | HELM | ANAHEIM | CA | 11/2/2012 |
| BACP1106580868 | GARRY | HEMRIC | THOMASVILLE | NC | 11/26/2012 |
| BACP1122398742 | JONATHAN | HENRY | WHITE PLAINS | NY | 11/15/2012 |
| BACP1300575939 | PATRICE | HERRING-MILLER | TULSA | OK | 12/10/2012 |
| BACP1302408606 | LINDA | HERZOG | ROUND ROCK | TX | 11/21/2012 |
| BACP1318179296 | FRANK | HERZOG | ROUND ROCK | TX | 11/21/2012 |
| BACP1306248689 | ANETTE | HILL | MADISON | OH | 12/4/2012 |
| BACP1318167581 | CHARLOTTE | HINES | GREEN VALLEY | AZ | 11/20/2012 |
| BACP1314910620 | PHYLLIS | HINEY | XENIA | OH | 11/3/2012 |
| BACP1324634374 | ELEONORE | HINOJOSA | AZALEA | OR | 12/4/2012 |
| BACP1303420103 | RICHARD | HOLLAND | WEBSTER | TX | 10/30/2012 |
| BACP1114554358 | SHERVONA | HOPKINS | ROANOKE | VA | 10/27/2012 |
| BACP1310720052 | ADRIENNE | HULSE | CONSHOHOCKEN | PA | 12/10/2012 |
| BACP1137458606 | JULIE | HUMPHREYS | SANTA MONICA | CA | 10/19/2012 |
| BACP1117459968 | DOROTHY | HUNTER | CONDON | OR | 11/26/2012 |
| BACP1102419515 | ALBERTA | JACKSON | HARWOOD | MO | 10/31/2012 |
| BACP1130820318 | RICHARD | JACOBS | EL SEGUNDO | CA | 11/10/2012 |
| BACP1124554709 | NARENDAR | JALIGAMA | WEBSTER | NY | 11/9/2012 |
| BACP1129666890 | WENDY | JAMA | RIVERSIDE | CA | 10/19/2012 |
| BACP1318270455 | LAUREL | JAMIESON | REED CITY | MI | 10/30/2012 |
| BACP1310549230 | RIYADH | JARJIS | TAMPA | FL | 12/11/2012 |
| BACP1324334087 | DAVID | JAYNE | KIRKSVILLE | MO | 12/11/2012 |
| BACP1107699656 | MYRIAM | JIMENEZ | BRANDON | FL | 12/13/2012 |
| BACP1115801677 | ROSE | JOHNSON | TUCSON | AZ | 10/29/2012 |
| BACP1117523640 | CLINT | JOHNSON | JACKSONVILLE | FL | 10/30/2012 |
| BACP1321575946 | KATHERINE | JOHNSON | BALTIMORE | MD | 10/31/2012 |
| BACP1327283645 | RONALD | JOHNSON | MINNEAPOLIS | MN | 11/30/2012 |
| BACP1115662928 | GARY | JONES | YOUNGSTOWN | OH | 10/22/2012 |
| BACP1121426645 | MAURICE | JONES | BALTIMORE | MD | 11/2/2012 |
| BACP1330737570 | LINDA | JONES | PORTSMOUTH | VA | 11/6/2012 |
| BACP1304169552 | GLORIA | JONES | SUMMERVILLE | SC | 11/19/2012 |
| BACP1320381714 | SUNIL | JOSHI | BELMONT | CA | 12/7/2012 |
| BACP1318673843 | J | JUDGE | WORCESTER | MA | 12/7/2012 |
| BACP1326095179 | CLAUDIA | JUSTINIANO | PROVIDENCE | RI | 12/7/2012 |
| BACP1337190585 | NEMATA | KABBA | PITTSBURGH | PA | 11/6/2012 |

*In re Bank of America MDL, MDL-2269*
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 6 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---------|-----------|----------|------|-------|--------|
| BACP1302372008 | ANTHONY | KAGAI | COLUMBUS | OH | 11/6/2012 |
| BACP1321133056 | JOSEPH | KALA | ERIE | PA | 11/28/2012 |
| BACP1329488422 | MARGOT | KARNES | BLOOMSBURG | PA | 10/26/2012 |
| BACP1320258971 | SHARON | KAUFMAN | BREMEN | IN | 11/24/2012 |
| BACP1119489406 | GAIL | KEEL | WHITTIER | NC | 12/10/2012 |
| BACP1306210223 | KENNETH | KELBEL | RICHLAND CENTER | WI | 12/3/2012 |
| BACP1324466684 | RUSSELL | KENJOCKETY | BUFFALO | NY | 10/31/2012 |
| BACP1323814840 | EDWARD | KENNEDY | BUTLER | PA | 12/10/2012 |
| BACP1321365925 | JOANIE | KENYON | ORCUTT | CA | 11/9/2012 |
| BACP1327234210 | SUSAN | KETTLE | GRAND RAPIDS | MI | 10/29/2012 |
| BACP1304762377 | ZARINA | KHAN | LYNDHURST | NJ | 11/13/2012 |
| BACP1332389189 | GWEN | KIEFER | PALM DESERT | CA | 11/1/2012 |
| BACP1100037321 | JANE | KIM | SAN FRANCISCO | CA | 11/20/2012 |
| BACP1300069898 | PHYLLIS | KISER | WARRENTON | VA | 10/26/2012 |
| BACP1135349885 | JOHN | KISOR | LINDALE | GA | 12/10/2012 |
| BACP1317680030 | JENEE | KNEE | JACKSONVILLE | FL | 10/20/2012 |
| BACP1104472332 | NELDA | KNOBLOCH | NEWPORT NEWS | VA | 11/20/2012 |
| BACP1330835459 | LYNDA | KOSS | ROCHESTER | MI | 12/6/2012 |
| BACP1300459653 | SHERRY | KRAEPLIN | MISSION | TX | 12/7/2012 |
| BACP1331346443 | BENJAMIN | KRAUSS | WASHINGTON | DC | 12/10/2012 |
| BACP1317716174 | WHITNEY | KREMER | CLEARWATER | FL | 11/19/2012 |
| BACP1331225069 | CAROLYN | LARABRAUD | WACO | TX | 10/25/2012 |
| BACP1312963025 | ROBERTA | LARGENT | CAHONE | CO | 12/5/2012 |
| BACP1307476286 | RUTH | LAVERTY | HACKETTSTOWN | NJ | 12/12/2012 |
| BACP1321309162 | KRISTEN | LAWLER | SNOVER | MI | 12/3/2012 |
| BACP1326902422 | JOSEPHINE | LAWSON | GARDNER | KS | 12/6/2012 |
| BACP1139582029 | MICHELLE | LEHRMAN | PORTLAND | OR | 11/16/2012 |
| BACP1335698930 | LAWRENCE | LEVINE | BALLSTON SPA | NY | 11/29/2012 |
| BACP1128403730 | KATIE | LEWIS | BERNIE | MO | 11/5/2012 |
| BACP1326108220 | BILLIE | LEWIS | BERNIE | MO | 11/5/2012 |
| BACP1116682825 | JEFFREY | LIGHTBOURN | HOUSTON | TX | 11/13/2012 |
| BACP1304656070 | CHRISTA | LIVICK | PYLESVILLE | MD | 11/23/2012 |
| BACP1108897087 | BEATRIZ | LLANOS | ENCINO | CA | 12/12/2012 |
| BACP1136211348 | THOMAS | LLOYD | VIENNA | VA | 11/30/2012 |
| BACP1130535621 | KATRINA | LO | GRAHAM | NC | 10/20/2012 |
| BACP1301443653 | BARRY | LOCKE | ROY | WA | 11/21/2012 |
| BACP1314559078 | EDDIE | LOMAS | GLENPOOL | OK | 12/13/2012 |
| BACP1317655051 | GEORGE | LONG | HOOKSETT | NH | 10/30/2012 |
| BACP1130671720 | HANNAH | LONGO | EUGENE | OR | 11/1/2012 |
| BACP1107673983 | MIRSA | LOPEZ | BEAVERTON | OR | 10/11/2012 |
| BACP1101663269 | IVAN | LOPEZ | GREENACRES | FL | 12/11/2012 |

Case3:11-md-02269-TEH Document98 Filed01/24/13 Page25 of 33
In re Bank of America MDL, MDL-2269 EH Document97-1 Filed01/16/13 Page7 of 11
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 7 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---------|-----------|----------|------|-------|--------|
| BACP1313832986 | SCOTT | LOWE | SHELL KNOB | MO | 10/29/2012 |
| BACP1331704692 | LASHANN | LUNNON | BROOKLYN | NY | 11/8/2012 |
| BACP1334915864 | ANNA | LUTH | COLUMBIA | IL | 11/2/2012 |
| BACP1301040397 | LOUIS | MAGANA | MCMINNVILLE | OR | 11/7/2012 |
| BACP1301913978 | JOHN | MAGNUSON | MARYSVILLE | WA | 11/14/2012 |
| BACP1315601493 | MARIA | MAGRAS | ST THOMAS | VI | 10/31/2012 |
| BACP1318215616 | MARY | MAHAN | CLINTON | MO | 10/27/2012 |
| BACP1302097813 | JAMES | MALSON | MONROE | LA | 10/30/2012 |
| BACP1300743629 | WELKIS | MALVEAU | MIAMI | FL | 12/13/2012 |
| BACP1300107331 | SHIRLEY | MARMANN | FARMERSBURG | IA | 12/11/2012 |
| BACP1311047114 | BECKY | MARRUFO | CHAPARRAL | NM | 10/25/2012 |
| BACP1102290644 | J | MARTIN | PEORIA | IL | 10/27/2012 |
| BACP1308526597 | ELBA | MARTINEZ | WESLEY CHAPEL | FL | 10/29/2012 |
| BACP1318489171 | JUAN | MARTINEZ | TAMPA | FL | 12/13/2012 |
| BACP1105281387 | LUIS | MARTINEZ RIVERA | CAROLINA | PR | 12/13/2012 |
| BACP1308050894 | IRENE | MARTINSON | TERRY | MT | 12/12/2012 |
| BACP1122096150 | TERESA | MASTERSON | MIAMI | OK | 12/13/2012 |
| BACP1308300637 | DIANE | MASTROLIA | JACKSON | NJ | 11/10/2012 |
| BACP1135971420 | TAKAKO | MASUDA | TORRANCE | CA | 10/18/2012 |
| BACP1332868729 | MARGARET | MAVRICH | NORTH CANTON | OH | 11/9/2012 |
| BACP1330615106 | SARA | MAXWELL | SALT LAKE CITY | UT | 11/2/2012 |
| BACP1305503413 | ENRICA | MCCANN | NEW PORT RICHEY | FL | 11/7/2012 |
| BACP1309597056 | JULIETTE | MCDOUGALL | SAN MARCOS | TX | 11/3/2012 |
| BACP1316618578 | CAROL | MCGUIRE | NORTH ANDOVER | MA | 11/2/2012 |
| BACP1315406224 | EVELYN | MCGURK | TAMPA | FL | 12/10/2012 |
| BACP1108448908 | WOODROW | MCMURRAY | BLOOMINGTON | TX | 11/22/2012 |
| BACP1303612703 | LAURA | MCNAMARA | CARVER | MA | 10/31/2012 |
| BACP1321929063 | PHIL | MCQUEEN | HOUSTON | TX | 11/14/2012 |
| BACP1139549587 | OCTAVIO | MENDEZ-OSORIO | BEAVERTON | OR | 10/11/2012 |
| BACP1312366450 | BRETT | MERRITT | FREMONT | CA | 12/13/2012 |
| BACP1103636994 | JOHNNIE | MIDDLETON | CHESAPEAKE | VA | 12/10/2012 |
| BACP1125654340 | PAULINE | MILAM | MILLERS CREEK | NC | 11/21/2012 |
| BACP1336418590 | MURRAY | MILLER | CANTONMENT | FL | 11/6/2012 |
| BACP1333197992 | LEVI | MILLER | SOUTH BEND | IN | 12/13/2012 |
| BACP1126100519 | TIM | MISSLITZ | VOLGA | SD | 10/24/2012 |
| BACP1303272040 | DIANE | MOHLER | COVINGTON | OH | 11/1/2012 |
| BACP1333221885 | VALERIE | MOLLO | CLIFTON | NJ | 11/10/2012 |
| BACP1313102465 | ALBERT | MOSLEY | NORTHAMPTON | MA | 12/7/2012 |
| BACP1321197623 | DAVID | MOYER | BOYERTOWN | PA | 11/29/2012 |
| BACP1111174082 | LISETTE | MUNTSLAG | POUGHKEEPSIE | NY | 10/11/2012 |
| BACP1308568982 | MILDRED | MUOTH | LAKE OSWEGO | OR | 11/2/2012 |

*In re Bank of America MDL, MDL-2269*
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 8 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---------|-----------|----------|------|-------|--------|
| BACP1315702222 | RAYMOND | MYERS | YORK | PA | 11/19/2012 |
| BACP1326025189 | LONZENA | MYERS | LANDOVER HLS | MD | 11/20/2012 |
| BACP1317693980 | SATHISHKUMAR | NATARAJAN | EDISON | NJ | 11/8/2012 |
| BACP1108359301 | MARY | NEAL | LEBANON | TN | 10/13/2012 |
| BACP1136193056 | PERRI | NEAL | COLORADO SPGS | CO | 11/20/2012 |
| BACP1308201787 | RICHARD | NELSON | MADERA | CA | 11/8/2012 |
| BACP1311212018 | DONNA | NUGENT | GLOUCESTER | MA | 12/6/2012 |
| BACP1112868606 | GODWIN | OKEKE | IRVINGTON | NJ | 12/13/2012 |
| BACP1314202900 | ELIZABETH | OLGUIN | ISLETA | NM | 11/29/2012 |
| BACP1321432738 | STEPHANIE | OLGUIN | EUREKA | CA | 11/29/2012 |
| BACP1324694865 | JUANA | OLGUIN | EUREKA | CA | 12/8/2012 |
| BACP1321818733 | ARDIS | OLSEN | STARBUCK | MN | 12/3/2012 |
| BACP1301359830 | JOHN | OLVER | DALLAS | TX | 10/26/2012 |
| BACP1106573322 | CARLOS | ORTIZ | TUCSON | AZ | 12/12/2012 |
| BACP1313350175 | VERONICA | PAPSON | PHILADELPHIA | PA | 11/23/2012 |
| BACP1321087836 | PATRICIA | PARTIPILO | HOPE MILLS | NC | 12/6/2012 |
| BACP1126680795 | ROSHNI | PATEL | EDISON | NJ | 10/10/2012 |
| BACP1318235510 | BARBARA | PATT | LEOMA | TN | 11/5/2012 |
| BACP1309586070 | PORTIA | PECCI | PARSIPPANY | NJ | 11/28/2012 |
| BACP1101735421 | MARY | PEGG | TOPEKA | KS | 11/3/2012 |
| BACP1301078033 | MATTIA | PELIZZOLA | MILAN | | 10/26/2012 |
| BACP1301446334 | PHILIP | PELLA | SAN LORENZO | CA | 11/10/2012 |
| BACP1300237308 | JANITZA | PEREZ | COAMO | PR | 11/13/2012 |
| BACP1336694687 | WALESKA | PEREZ | SAN JUAN | PR | 12/8/2012 |
| BACP1120251965 | MARILYN | PEREZ | LOS ANGELES | CA | 12/10/2012 |
| BACP1329448455 | MARGARET | PERSANS | STATEN ISLAND | NY | 11/12/2012 |
| BACP1321892615 | JACQUELINE | PETERMEIER | EDEN PRAIRIE | MN | 12/6/2012 |
| BACP1336725167 | STACEY | PETERSON | VIRGINIA BEACH | VA | 12/13/2012 |
| BACP1323642063 | MARY | PIFER | SAN PEDRO | CA | 12/13/2012 |
| BACP1309762456 | PATRICIA | PINO | FAUNSDALE | AL | 11/5/2012 |
| BACP1335640265 | PAUL | POLIDORI | CINCINNATI | OH | 11/9/2012 |
| BACP1327973943 | JOYCE | PRATER | MAYNARD | AR | 10/30/2012 |
| BACP1120030128 | EDWARD | PULSE | CARO | MI | 10/19/2012 |
| BACP1311278949 | JUDITH | PUTNAM | PEMBROKE | NH | 11/9/2012 |
| BACP1319496066 | JACK | PYATT | CLANCY | MT | 11/6/2012 |
| BACP1315631180 | HIRA | QAZI | BURTONSVILLE | MD | 11/21/2012 |
| BACP1334569702 | BEVERLY | QUIMBY | STOCKTON SPRINGS | ME | 12/5/2012 |
| BACP1324779631 | JOHN | RADOSEVIC | RIO RANCHO | NM | 10/29/2012 |
| BACP1318883155 | JUANA | RAMIREZ | MIAMI | FL | 10/29/2012 |
| BACP1318843161 | SIRIA | RAMIREZ | SHERMAN OAKS | CA | 10/30/2012 |
| BACP1329708120 | CLARA | RAMIREZ | AUSTIN | TX | 11/24/2012 |

*In re Bank of America MDL, MDL-2269*
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 9 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---------|-----------|----------|------|-------|--------|
| BACP1305596713 | KATHRYN | RAYNOR | STEVENS | PA | 12/3/2012 |
| BACP1133564142 | DAMETRUS | REDD | DETROIT | MI | 11/12/2012 |
| BACP1329797336 | FAYE | REECE | ROSEDALE | NY | 12/10/2012 |
| BACP1321781260 | LISA | REESE | PITTSBURGH | PA | 10/29/2012 |
| BACP1319734455 | BELVA | REESE | BEDFORD | TX | 12/13/2012 |
| BACP1317268791 | EDWIN | REEVES | KANSAS CITY | MO | 12/13/2012 |
| BACP1335684823 | JUNE | REMINGTON | PARISHVILLE | NY | 10/30/2012 |
| BACP1133917924 | KENNETH | RENALDO | CENTRAL ISLIP | NY | 10/24/2012 |
| BACP1306926326 | MAURINE | RICHARDS | EVANSVILLE | IN | 12/13/2012 |
| BACP1114898987 | DAVID | RITCHIE | FREDERICKSBRG | PA | 10/30/2012 |
| BACP1315162392 | HECTOR | RIVERA-LOPEZ | CAGUAS | PR | 11/16/2012 |
| BACP1310863350 | SUSAN | RIZK | PONTE VEDRA BEACH | FL | 10/29/2012 |
| BACP1302808825 | FREDDIE | ROBINSON | HOUSTON | TX | 12/3/2012 |
| BACP1800000013 | PATRICIA | ROCKWELL | PINE | AZ | 10/22/2012 |
| BACP1321196643 | BRENDA | RODEFER | WEST BEND | WI | 12/12/2012 |
| BACP1302736867 | ROBERT | RODONICH | HOLLYWOOD | FL | 12/12/2012 |
| BACP1331796198 | SUSANA | RODRIGUEZ | MIAMI | FL | 11/23/2012 |
| BACP1300259514 | RODOLFO | RODRIQUEZ | REDONDO BEACH | CA | 11/6/2012 |
| BACP1327835958 | DEREK | ROGALSKY | WASHINGTON | DC | 10/29/2012 |
| BACP1300682298 | S | ROLL | SMITHVILLE | TN | 11/19/2012 |
| BACP1106841947 | RICHARD | ROMPPEL | ROCK ISLAND | WA | 11/6/2012 |
| BACP1307897028 | ELLEN | ROSA | WILTON | CA | 11/13/2012 |
| BACP1308320727 | TERESA | ROSADO | YONKERS | NY | 12/11/2012 |
| BACP1313242976 | LEE | ROSSELL | WESTMONT | NJ | 11/6/2012 |
| BACP1306924366 | JESSE | RUFENER | RITTMAN | OH | 10/30/2012 |
| BACP1310238870 | STEVE | RUIS | MOULTRIE | GA | 12/13/2012 |
| BACP1304563587 | DONNA | RUTIGLIANO | SLEEPY HOLLOW | NY | 11/26/2012 |
| BACP1137713045 | BETTY | SAHARSKI | ORLANDO | FL | 11/8/2012 |
| BACP1313985790 | JENNIFER | SAMPSON | AURORA | IL | 10/27/2012 |
| BACP1301524475 | MOHINDER | SANGHERA | BURLINGTON | NJ | 11/28/2012 |
| BACP1141496657 | KALINDEE | SANT | NEW YORK | NY | 11/29/2012 |
| BACP1333250850 | CHRISTEEN | SAROKI | WEST BLOOMFIELD | MI | 11/3/2012 |
| BACP1332307590 | MARTHA | SAUNDERS | BONDURANT | WY | 10/24/2012 |
| BACP1308754549 | TROY | SAUNDERS | ADELPHI | MD | 12/5/2012 |
| BACP1117358231 | CLYDE | SAYLER | SILVERDALE | WA | 10/20/2012 |
| BACP1309873681 | DWAYNE | SCHAUBHUT | DES ALLEMANDS | LA | 11/5/2012 |
| BACP1330304518 | RAYMOND | SCHMITT | HICKORY | NC | 11/14/2012 |
| BACP1103034331 | LADARYL | SCOTT | WOODBRIDGE | VA | 10/18/2012 |
| BACP1323658709 | BETTY | SCOTT | CONCORD | CA | 11/6/2012 |
| BACP1113175450 | MARY | SCOTTI | PHILADELPHIA | PA | 10/22/2012 |

*In re Bank of America MDL, MD11-2269*
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 10 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---------|-----------|----------|------|-------|--------|
| BACP1100719783 | MARLA | SELLAS MUNIZ | TOA ALTA | PR | 11/13/2012 |
| BACP1315922753 | NORMAN | SHAFFOR | INDIANA | PA | 11/2/2012 |
| BACP1325503540 | DAVID | SHAND | PATERSON | NJ | 12/12/2012 |
| BACP1326097449 | ANU | SHARMA | FAIRFIELD | CA | 11/1/2012 |
| BACP1127132937 | LASCELLE | SHERRILL | ATLANTA | GA | 10/17/2012 |
| BACP1329307428 | GEORGE | SHIRLEY | TERRELL | TX | 11/7/2012 |
| BACP1327852941 | ANDREW | SHOENFELD | BALTIMORE | MD | 10/30/2012 |
| BACP1305659030 | FAYE | SHRODE | KALISPELL | MT | 11/14/2012 |
| BACP1302596879 | SANDRA | SHROUT | DERWOOD | MD | 11/1/2012 |
| BACP1316493376 | RETHA | SHUFFLEBARGER | TOPEKA | KS | 12/10/2012 |
| BACP1302272712 | CHRISTINE | SIMPSON | SANTA FE | NM | 12/1/2012 |
| BACP1337197911 | ROBERT | SINGER | BELLEVILLE | NJ | 10/26/2012 |
| BACP1318872129 | JOSEPHINE | SKINNER | BRIDGETON | NJ | 11/3/2012 |
| BACP1324081685 | RUTH | SLAIR | PITTSBURGH | PA | 11/14/2012 |
| BACP1332154807 | CONSTANCE | SLAUGHTER | RALEIGH | NC | 10/30/2012 |
| BACP1125393580 | MATTIE | SMITH | WESSON | MS | 10/20/2012 |
| BACP1140869352 | KRYSTAL | SMITH | ROCHESTER | IN | 11/2/2012 |
| BACP1325075654 | ELIZABETH | SMITH | BENTON | AR | 11/2/2012 |
| BACP1328144282 | LARRY | SMITH | POST FALLS | ID | 11/5/2012 |
| BACP1303122382 | ALBALIS | SMITH | ALPHARETTA | GA | 12/12/2012 |
| BACP1327066784 | DEBORAH | SMITH | HONEA PATH | SC | 12/12/2012 |
| BACP1105868035 | MAEBELLE | SMITH | PERTH AMBOY | NJ | 12/13/2012 |
| BACP1105640166 | DUSTY | SPENCER | NORTH POLE | AK | 11/19/2012 |
| BACP1335105939 | LAURA | STAHL | SEATTLE | WA | 12/12/2012 |
| BACP1113211430 | EVA | STALBRAND | PHOENIX | AZ | 11/15/2012 |
| BACP1314218211 | LUELLA | STOLLER | WOOSTER | OH | 12/5/2012 |
| BACP1136637698 | JAMES | STOLLINGS | CHAPMANVILLE | WV | 11/21/2012 |
| BACP1102753822 | JUNE | STUDY | REDKEY | IN | 10/20/2012 |
| BACP1329506757 | RYAN | STURMA | ALLSTON | MA | 10/31/2012 |
| BACP1335508456 | ROBERT | SUTTER | CLIFTON | NJ | 10/26/2012 |
| BACP1103098038 | NUZHAT | SYED | LAKE BALBOA | CA | 11/26/2012 |
| BACP1334716543 | ROSALYNN | SYLVAN | W HOLLYWOOD | CA | 11/8/2012 |
| BACP1324635532 | ALTHEA | TANKSLEY | DARBY | PA | 12/13/2012 |
| BACP1113011385 | WYOMA | TAYLOR | CASPER | WY | 10/24/2012 |
| BACP1316153206 | GLADYS | TELLO | ORLANDO | FL | 12/11/2012 |
| BACP1333649370 | SHEILA | THORNTON | NATRONA HEIGHTS | PA | 11/27/2012 |
| BACP1304278963 | STEVEN | TILMA | GRAND RAPIDS | MI | 11/7/2012 |
| BACP1324057091 | NANCY | TOWNE | CAMBRIDGE | MD | 11/14/2012 |
| BACP1300308370 | MARY | URBANSKI | WARREN | PA | 11/8/2012 |
| BACP1306830779 | MAE | UTTARD | COOPERSBURG | PA | 11/20/2012 |
| BACP1317584103 | FRED | VAN ANTWERP | VERO BEACH | FL | 11/13/2012 |

*In re Bank of America MDL, MD11-2269*
Exhibit A to Order Granting Final Approval of Class Action Settlement
Page 11 of 11

| ClaimID | FirstName | LastName | City | State | OptOut |
|---------|-----------|----------|------|-------|--------|
| BACP1113573600 | HOWARD | VAUGHN | SACRAMENTO | CA | 12/10/2012 |
| BACP1329369482 | SRIDEVI | VENKATASUBRAMANIAN | EDISON | NJ | 11/8/2012 |
| BACP1110648935 | RENATE | VERASTEGUI | SPRING HILL | FL | 10/26/2012 |
| BACP1140530061 | JOSE | VILLEGAS | KISSIMMEE | FL | 11/29/2012 |
| BACP1120777452 | DAISY | VIRGO-TAYLOR | NEW YORK | NY | 10/24/2012 |
| BACP1302405330 | MALLIKARJUNA | VISHWANATH | TAMPA | FL | 11/8/2012 |
| BACP1128358475 | ALICE | WALKER | CATAWISSA | PA | 11/1/2012 |
| BACP1100153011 | NANCY | WALL | RAINIER | OR | 10/31/2012 |
| BACP1308389760 | XIAOJING | WANG | WORCESTER | MA | 11/14/2012 |
| BACP1332618943 | DARCY | WARREN | DAYTON | OH | 11/5/2012 |
| BACP1303065389 | BRANDON | WEAVER | DENVER | CO | 10/29/2012 |
| BACP1117973300 | EVELYN | WEBB | LORTON | VA | 12/8/2012 |
| BACP1133729150 | ROBERT | WEBSTER | MASON | IL | 10/30/2012 |
| BACP1337072558 | JULIA | WEIGAND | BARNESVILLE | PA | 10/25/2012 |
| BACP1125369506 | MARY | WELSH | GLEN BURNIE | MD | 10/12/2012 |
| BACP1122890426 | RAYMOND | WHALEN | MADISON | AL | 12/5/2012 |
| BACP1107503514 | GARY | WHITE | LAWRENCE | KS | 10/19/2012 |
| BACP1140646612 | FLORENCE | WIDOWSKY | UNION | NJ | 10/22/2012 |
| BACP1328604500 | MARY | WILDHABER | FREEBURG | MO | 11/29/2012 |
| BACP1110069986 | FAY | WILLIAMS | MOUNT CARMEL | IL | 10/15/2012 |
| BACP1311274803 | AARON | WILLIAMS | BEEVILLE | TX | 10/31/2012 |
| BACP1319550397 | ROBERT | WILLIAMS | SANTA ROSA VALLEY | CA | 11/4/2012 |
| BACP1324293755 | JAMES | WILSON | CENTRE HALL | PA | 12/1/2012 |
| BACP1330434730 | MARGARET | WINKLER | RITTMAN | OH | 11/19/2012 |
| BACP1326851879 | JAMES | WOFFORD | COMMERCE | GA | 11/16/2012 |
| BACP1310946018 | ANNETTE | WOJCIK | CHICAGO | IL | 11/7/2012 |
| BACP1140842446 | AMANDA | WOLFE | WEST PEORIA | IL | 11/5/2012 |
| BACP1323539238 | BETTY | WORK | CITRUS HEIGHTS | CA | 11/8/2012 |
| BACP1325708177 | DAVID | WRIGHT | SALT LAKE CITY | UT | 11/27/2012 |
| BACP1323284116 | IRENE | WYCHOFF | WASHINGTON | DC | 12/11/2012 |
| BACP1116519819 | JOAN | ZEHRINGER | BLOOMSBURG | PA | 10/23/2012 |
| BACP1110271718 | MARTA | ZIOBRO | SEATTLE | WA | 10/24/2012 |

United States District Court
For the Northern District of California

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BANK OF AMERICA CREDIT PROTECTION MARKETING & SALES PRACTICES LITIGATION<br><br>This Order Relates To:<br><br>ALL CASES | NO. 11-md-2269 TEH<br><br>ORDER GRANTING MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS |

Presently before the Court is Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards in this consolidated class action (the "Action"). Defendants Bank of America Corporation and FIA Card Services, N.A. ("Defendants") and Plaintiffs Juan Arevalo, Mitchell Sandow, Jason Chan, Blanche Melendez, Rose Rowley, Vivian Somers, Wilfred Somers, Cheryl Ross, Maryellen Richmond, Frederick Richmond, Maude Stewart, Marion Walton, Angela Zeleny, and Dominick Mattiello, Jr., as Executor of the Estate of Dominick M. Mattiello ("Settlement Class Representatives") have decided to settle the Action on the terms set forth in the Settlement Agreement dated July 12, 2012 (the "Settlement Agreement").[1]  The Court is familiar with and has reviewed the record in the Action, the Settlement Agreement, and the settlement provided for in the Settlement Agreement (the "Settlement").  On July 17, 2012, the Court preliminarily approved the Settlement and directed that notice of the Settlement, and of the requested attorneys' fees, reimbursement of expenses and service awards, be sent to the Class (Docket No. 74). Pursuant to the Settlement Agreement, notice was disseminated to the Class, and the Court conducted a hearing on January 14, 2013, following notice of the Settlement.

---

[1] This Order incorporates by reference the definitions in the Settlement Agreement, and all capitalized terms used but not defined herein shall have the same meanings as in the Settlement Agreement.

**United States District Court**
For the Northern District of California

1    Now, having reviewed Plaintiffs' Motion for Attorneys' Fees, Reimbursement of

2    Expenses, and Service Awards and all relevant objections, THE COURT HEREBY FINDS

3    AND CONCLUDES:

4    1.    This Court has jurisdiction over the subject matter of the Action and over all

5    parties to the Action, including all members of the Class.

6    2.    Notice of the Motion for Attorneys' Fees, Reimbursement of Expenses and

7    Service Awards was directed to Class Members in a reasonable manner and complies with

8    Rule 23(h)(1) of the Federal Rules of Civil Procedure.

9    3.    In compliance with Rule 23(h)(2) of the Federal Rules of Civil Procedure,

10   Class Members and any party from whom payment is sought have been given the opportunity

11   to object to the Motion, and the Court has reviewed all relevant objections and found them to

12   be without merit.

13   4.    The requested award of $5,000,000 in attorneys' fees conforms to the

14   benchmark in this circuit for attorneys' fee awards that are calculated as a percentage of the

15   common fund. *See In re Bluetooth Headset Products Liability Litig.*, 654 F.3d 935, 942 (9th

16   Cir. 2011). The Court finds that the $5,000,000 award is warranted in light of the

17   circumstances of this case, the results achieved, the risks of contingent litigation, the quality

18   of the representation, and the fees awarded in similar actions.

19   5.    A $5,000,000 award also is supported by a lodestar multiplier cross-check. *See*

20   *id.* The Court has reviewed Plaintiffs' Counsel's hours devoted to this case and concludes

21   that the hours are reasonable. The Court also has reviewed Plaintiffs' Counsel's hourly rates

22   and concludes that these rates are appropriate for attorneys in this locality with Plaintiffs'

23   Counsel's skill levels and experience. The multiplier of approximately 1.6 is justified by the

24   risk Counsel undertook and the results they achieved for the Class in an efficient manner

25   through their representation of Plaintiffs and the Class in this complex litigation.

26   6.    The $93,352 in litigation expenses incurred by Plaintiffs' Counsel has been

27   adequately documented and was reasonably incurred for the benefit of the Class, and the

28   Court finds that reimbursement of those expenses is justified.

1       7.     The Settlement Class Representatives' contributions to the litigation and the

2   settlement process, including their assistance with counsel's pre-filing investigation,

3   provision of documents for review, and review of the settlement terms, warrants a Service

4   Award of $3,000 for each individual plaintiff and/or married couple.

5       In accordance with the above findings and conclusions, and with good cause

6   appearing, IT IS HEREBY ORDERED that:

7       1.     Plaintiffs' Counsel are awarded attorneys' fees in the amount of $5,000,000

8   and reimbursement of expenses in the amount of $93,352, to be paid from the Settlement

9   Fund. The awarded fees and expenses shall be disbursed to Lead Class Counsel for

10   distribution among Plaintiffs' Counsel.

11       2.     Each of the Settlement Class Representatives shall receive a Service Award of

12   $3,000, also to be paid from the Settlement Fund.

13

14   **IT IS SO ORDERED.**

15

16   Dated: 01/16/2013

17

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on all

of those parties receiving electronic notification via the Court's CM/ECF electronic system.

DATED: January 2Y 2013

Timothy R. Hanigan