UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 3:11-md-02269 TEH<br><br>MDL Docket No. 2269<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISTRIBUTION DEADLINE**<br><br>Judge:   Hon. Thelton E. Henderson |

WHEREAS, pursuant to the Parties' Settlement Agreement (Dkt. No. 72-1), the distribution of benefits in the above-referenced matter was to occur by May 27, 2013 or after Final Approval, whichever was later, unless the Court ordered otherwise, and

WHEREAS, the appeals have now been resolved, making May 27, 2013 the operative date; and

WHEREAS, Defendants FIA Card Services, N.A. and Bank of America Corporation provided the required amounts under the Settlement Agreement to the settlement fund within the required amount of time and thus the settlement fund has been funded in full; and

WHEREAS, in the course of reviewing the claims, the Claims Administrator noted that certain Class Members filed deficient claims and further follow-up is necessary to ascertain the intent of those Class Members, and  the Parties have agreed on a procedure to resolve those

1 deficient claims; and

2 WHEREAS, the completion of this procedure would require a brief delay in
3 distribution of approximately eight (8) weeks, until July 22, 2013; and

4 WHEREAS, in addition, and as set forth in the attached Declaration of Markham
5 Sherwood ("Declaration"), as part of the process of reviewing the claims form, the Claims
6 Administrator discovered mis-filed but timely and valid opt-out forms; and

7 WHEREAS, the Claims Administrator has also received opt-outs and claim forms
8 that were otherwise valid but were not timely; and

9 WHEREAS, the Court has the authority to allow late opt-outs. *See* Manual for
10 Complex Litigation, Fourth, § 21.321 (2004) ("The judge may treat as effective a tardy election to
11 opt out.") (citing *Silber v. Mabon*, 18 F.3d 1449, 1455 (9th Cir. 1994)); and

12 WHEREAS, due to the proposed need for follow-up mailings to certain class
13 members, the relatively short delay of late-filed opt-outs and claim forms, and the lack of
14 prejudice to any party, the Parties have agreed, subject to Court approval, to allow those late
15 claims and late exclusions. *See id.* (stating that "[a] general extension of time for making the
16 election may be appropriate if logistical or other problems require further mailings or
17 publications" and noting that late opt out are permissible "if the delinquency is not substantial");
18 and

19 WHEREAS, this is the Parties' first request for an enlargement of this date and the
20 request is made for good cause;

21 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between
22 Class Counsel and Defendants that, based on the above-cited information and in consideration of
23 the Declaration:

24 1. Distribution of benefits in the above-captioned matter must occur by no later than
25 July 22, 2013;

26 2. The exclusion list, Dkt. No. 97-1, is amended and superseded such that the list
27 attached as Exhibit 1 to the Declaration of Marcum Sherwood, is now deemed the operative
28 exclusion list; and

1109083.1 - 2 - STIPULATION AND PROPOSED ORDER
MDL NO. 3:11-md-02269 TEH; MDL DOCKET NO. 2269

1          3.     On or before July 22, 2013, the claims administrator shall distribute the valid
2  claims received by that date.

3                      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4
5  Dated: May 23, 2013                **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

6                                     By: */s/* Daniel M. Hutchinson

7                                     Elizabeth Cabraser (State Bar No. 083151)
                                      Michael W. Sobol (State Bar No. 194857)
8                                     Daniel M. Hutchinson (State Bar No. 239458)
                                      275 Battery Street, 29th Floor
9                                     San Francisco, CA  94111-3339
                                      Telephone:     (415) 956-1000
10                                    Facsimile:     (415) 956-1008
                                      ecabraser@lchb.com
11                                    msobol@lchb.com
                                      dhutchinson@lchb.com
12

13                                    Wendy R. Fleishman
                                      Rachel Geman (*pro hac vice*)
14                                    250 Hudson Street, 8th Floor
                                      New York, NY  10013-1413
15                                    Telephone:     (212) 355-9500
                                      Facsimile:     (212) 355-9592
16                                    wfleishman@lchb.com
                                      rgeman@lchb.com
17

18

19                                    **GLANCY BINKOW & GOLDBERG LLP**

20                                    Marc Godino
                                      1801 Avenue of the Stars, Suite 311
21                                    Los Angeles, CA 90067
                                      Telephone:  (310) 201-9150
22                                    Facsimile:  (310) 201-9160
                                      mgodino@glancylaw.com
23

24
25
26
27
28

|   |   |
|---|---|
| 1 | **CAREY DANIS & LOWE** |
| 2 | |
|   | Francis J. "Casey" Flynn, Jr. |
| 3 | Tiffany M. Yiatras |
|   | 8235 Forsyth Blvd., Ste. 1100 |
| 4 | St. Louis, MO 63105 |
|   | Telephone: (800) 721-2519 |
| 5 | Facsimile: (314) 721-0905 |
|   | jcarey@careydanis.com |
| 6 | mflannery@careydanis.com |
|   | casey@jefflowepc.com |
| 7 | tyiatras@caseydanis.com |
| 8 | |
| 9 | *CLASS COUNSEL* |
| 10 | |
| 11 | Dated: May 23, 2013    **GOODWIN PROCTER LLP** |
| 12 | By: */s/* Patrick S. Thompson |
| 13 | David L. Permut |
|   | *dpermut@goodwinprocter.com* |
| 14 | **GOODWIN PROCTER LLP** |
|   | 901 New York Avenue NW |
| 15 | Washington, DC 20001 |
|   | Tel.: 202.346.4000 |
| 16 | Fax: 202.346.4444 |
| 17 | Patrick S. Thompson |
|   | *pthompson@goodwinprocter.com* |
| 18 | **GOODWIN PROCTER LLP** |
|   | Three Embarcadero Center, 24th Floor |
| 19 | San Francisco, CA 94111 |
|   | Tel.: 415.733.6000 |
| 20 | Fax: 415.677.9041 |
| 21 | *ATTORNEYS FOR DEFENDANTS:* |
|   | *BANK OF AMERICA CORPORATION* **AND** *FIA CARD* |
| 22 | *SERVICES, N.A.* |
| 23 | |
|   | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 24 | |
| 25 | DATED: _____    _____ |
| 26 | Thelton E. Henderson, Judge |
|   | United States District Court |
| 27 | |
| 28 | |

1109083.1                                                  - 4 -                           STIPULATION AND PROPOSED ORDER
                                                                                   MDL NO. 3:11-md-02269 TEH; MDL DOCKET NO. 2269

1  I, Daniel M. Hutchinson, am the ECF User whose ID and password are being used
2 to file this Stipulation.  In compliance with Civil Local Rule 5-1, I hereby attest that concurrence
3 in the filing of the document has been obtained from each of the other signatories.

By:   */s/ Daniel M. Hutchinson*