UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION | MD No. 3:11-md-02269 TEH<br><br>MDL Docket No. 2269<br><br>**SUPPLEMENTAL DECLARATION OF MARKHAM SHERWOOD AND UPDATED REPORT ON CORRESPONDENCE RECEIVED**<br><br>Judge: Hon. Thelton E. Henderson<br>Location: Courtroom 12 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

I, Markham Sherwood, declare as follows:

1. I am over twenty-one years of age and am authorized to make this declaration. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, I could and would competently testify to these matters under penalty of perjury.

2. I am employed as a Case Manager by Gilardi & Co., LLC ("Gilardi"). Gilardi was appointed by the Court on July 23, 2012 to provide settlement notification and claims processing services in connection with the settlement reached in the above-captioned matter.

3. Gilardi has executed the administrative items as defined in the Settlement Agreement in this action. Specifically, the services provided by Gilardi included: a) preparing, printing, and mailing of a postcard Notice (the "Notice") to members of the settlement class (the "Class"); b) receiving and sorting the Notices submitted by class members; c) recording the requests for exclusions and objections; d) processing the Notices received; e) logging correspondence and sending out responses as needed, and f) such other tasks as the parties mutually agreed that Gilardi should perform.

4. This declaration supplements my earlier declaration of November 28, 2012 in support of Plaintiffs' Motion for Final Approval of Settlement.

5. Gilardi opened and maintained an address (Bank of America Class Action Administrator c/o Gilardi & Co. LLC, P.O. Box 8060, San Rafael, CA 94912-8060) to receive claim forms and written correspondence from class members. Gilardi maintained a separate mailing address at P.O. Box 8090, San Rafael, CA 94912-8090 dedicated to receiving requests to be excluded and objections to the Settlement. However, in many instances, although the postcard notice (and, where applicable, Gilardi's directed communications with class members) instructed class members to file a request for exclusion to the PO Box established and maintained specifically for receiving requests for exclusion, certain class members submitted their requests for exclusion to the PO Box designed to receive Claim Forms and correspondence.

6. The postmark deadline for class members to request exclusion was December 13, 2012. To date, Gilardi has received 532 timely (although frequently mis-filed, as was determined by ongoing claims processing) and 12 otherwise valid but late requests for exclusion. All but one of the late requests for exclusion were received within three months of the exclusion deadline. The list of class members requesting exclusion from the class is attached at **Exhibit 1**.

7. The postmark and electronic deadline for class members to file a Claim Form was February 26, 2013. To date, Gilardi has received 491,611 timely and 2,482 late Claim Forms. All 2,482 late Claim Forms were received within three months of the claims deadline.

8. Of these Claim Forms, 30,613 failed to indicate the basis on which they were submitting a claim (e.g., alleged denial of benefits, or other). Gilardi is prepared to send a

postcard notice of deficient claim asking this limited subset of class members to use their Claim ID and PIN to access the settlement website at www.creditprotectionsettlement.com and complete the claim information. After the deficiency process is completed, Gilardi is prepared to move forward immediately with the distribution of settlement payments, if the Court allows the requested enlargement of time.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 23rd day of May, 2013 in San Rafael, California.

_____
MARKHAM SHERWOOD

# EXHIBIT 1



*Bank of America Credit Protection Marketing and Sales Practices Litigation*
Requests For Exclusion Received as of May 23, 2013

| ClaimID | FirstName | LastName | City | State | OptOut | Notes |
|---|---|---|---|---|---|---|
| BACP1310081785 | WILLIAM | ABRAHAM | ORLAND PARK | IL | 11/8/2012 | |
| BACP1308460693 | ATUL | ADHAV | CROFTON | MD | 12/7/2012 | |
| BACP1126541841 | KAMAL | AHMED | LOS ANGELES | CA | 10/25/2012 | |
| BACP1323655114 | ALPHONSE | ALEXANDER | RIO PIEDRAS | PR | 12/3/2012 | |
| BACP1317579843 | ANGELA | ALLEN | HANOVER | MD | 11/5/2012 | |
| BACP1335439527 | BARBARA | ALMOND | SPOKANE VALLEY | WA | 11/2/2012 | |
| BACP1129296481 | SERGEY | ALYSHEV | ROUND LAKE | IL | 12/10/2012 | |
| BACP1308986067 | MARY | AMANTIA | SIMI VALLEY | CA | 11/5/2012 | |
| BACP1142055948 | MINA | AMEMIYA | TOYO | | 10/21/2012 | |
| BACP1117442798 | JEANNETTE | ANDERSON | FELTON | DE | 10/15/2012 | |
| BACP1101178301 | MARY | ANGLE | MESA | AZ | 10/23/2012 | |
| BACP1124793916 | MARQUITA | ARMSTRONG | CINCINNATI | OH | 11/15/2012 | |
| BACP1301507210 | LIESELOTTE | ARMSTRONG | PYLESVILLE | MD | 12/7/2012 | |
| BACP1316386804 | JOANNE | ARNO | SHERMAN OAKS | CA | 11/13/2012 | |
| BACP1303118768 | VERA | ASHTON | CINCINNATI | OH | 11/9/2012 | |
| BACP1112113648 | CORINE | ASSANE | AUSTIN | TX | 12/5/2012 | |
| BACP1308624017 | JUDITH | AUDET | WOONSOCKET | RI | 11/3/2012 | |
| BACP1900010258 | CAROL | BAHMER | MILLTOWN | NJ | 11/14/2012 | |
| BACP1137794371 | GEORGE | BAILEY | WASHINGTON | DC | 12/5/2012 | |
| BACP1102856559 | SUSAN | BAINES | YUCCA VALLEY | CA | 11/15/2012 | |
| BACP1312699638 | JOELY | BAKER | FARMINGTON | NM | 10/29/2012 | |
| BACP1117439932 | ALMA | BALL | HODGES | SC | 10/22/2012 | |
| BACP1306198738 | BRADY | BALLARD | TROY | VA | 11/24/2012 | |
| BACP1133584534 | ALBERT | BARNS | SOUTHERN PNES | NC | 12/7/2012 | |
| BACP1324504721 | LAURA | BARRIOS | CONCORD | CA | 12/15/2012 | |
| BACP1331996499 | DOROTHY | BASSANI | LYNN HAVEN | FL | 11/2/2012 | |
| BACP1300666764 | LONZENA | BATES-MYERS | LANDOVER HLS | MD | 11/20/2012 | |
| BACP1326050914 | ROBERT | BAUGHAN | CARLISLE | PA | 11/5/2012 | |
| BACP1326645632 | BEHROOZ | BEHBOD | ATLANTA | GA | 10/29/2012 | |
| BACP1316661937 | OLIVIA | BELLAR | LOUISVILLE | KY | 11/2/2012 | |
| BACP1308290771 | EVELYN | BERG | RAPID CITY | SD | 11/5/2012 | |
| BACP1334243637 | LYNNE | BERGERON | WEST REDDING | CT | 12/11/2012 | |
| BACP1307457702 | DEETTA | BERNING | LAMAR | MO | 12/10/2012 | |
| BACP1101375263 | KATHLEEN | BEYER | WEBSTER | WI | 10/30/2012 | |
| BACP1333728750 | KARANAM | BHASKAR | ATLANTA | GA | 11/20/2012 | |
| BACP1124581650 | CHERI | BICKLEY | PALM BAY | FL | 10/29/2012 | |
| BACP1313229716 | RONALD | BIGGAR | ALBANY | GA | 11/8/2012 | |
| BACP1331450755 | TAMMY | BIGGAR | ALBANY | GA | 11/8/2012 | |
| BACP1330809296 | JULIE | BJORKMAN | OLD SAYBROOK | CT | 12/13/2012 | |
| BACP1139975101 | DOLORES | BLACKWELL | SPARTANBURG | SC | 10/12/2012 | |
| BACP1112493815 | PAMELA | BLANTON | MARION | NC | 10/19/2012 | |
| BACP1325518840 | ARLENE | BLOSE | HENDERSON | NV | 10/29/2012 | |
| BACP1316762180 | ROBERT | BOLTON | CORBETT | OR | 11/13/2012 | |
| BACP1302840001 | ALEXANDER | BONEY | BRIGHTWATERS | NY | 11/8/2012 | |
| BACP1104794097 | RENA | BOOKER | BRONX | NY | 10/10/2012 | |
| BACP1329629476 | CHAD | BOOTH | MADISON | AL | 11/7/2012 | |
| BACP1325639310 | MARIA | BORJA ANGULO | MIAMI | FL | 12/10/2012 | |
| BACP1133244490 | KATHLEEN | BOUDOIN | GRAMERCY | LA | 12/12/2012 | |
| BACP1312155972 | JUDY | BOULA | BELCHERTOWN | MA | 11/3/2012 | |
| BACP1332879259 | TODD | BOYCE | TACOMA | WA | 11/13/2012 | |
| BACP1132341735 | AMELIA | BOYKIN | MYRTLE BEACH | SC | 10/18/2012 | |
| BACP1129642916 | JANICE | BOYNTON | BREMEN | GA | 10/29/2012 | |
| BACP1127691138 | VICKI | BRADLEY | GREEN CV SPGS | FL | 11/14/2012 | |
| BACP1312921160 | GEORGE | BRETHERICK | BALLWIN | MO | 11/8/2012 | |
| BACP1303382325 | DELORES | BRIDGES | HOPKINSVILLE | KY | 11/3/2012 | |
| BACP1328265543 | SHIRLEY | BRISTER | TURLOCK | CA | 11/13/2012 | |
| BACP1800000021 | KIMBERLY | BROWN | ARLINTON | VA | 11/13/2012 | |

| ClaimID | FirstName | LastName | City | State | OptOut | Notes |
|---|---|---|---|---|---|---|
| BACP1322763940 | MALVICE | BROWN | YUMA | AZ | 12/3/2012 | |
| BACP1132329573 | DORIS | BRUBAKER | SUN VALLEY | NV | 12/12/2012 | |
| BACP1308270304 | VIRGINIA | BRUNDAGE | LOS ANGELES | CA | 12/11/2012 | |
| BACP1324767919 | SANDRA | BRYAN | MILTON | WV | 12/13/2012 | |
| BACP1308461932 | JESSICA | BRYANT | WATERTOWN | WI | 10/29/2012 | |
| BACP1116691395 | JUSTIN | BRYANT | VANCOUVER | WA | 12/13/2012 | |
| BACP1300937520 | LOUISE | BUCHIGNANI | HEALDSBURG | CA | 10/29/2012 | |
| BACP1118049429 | ELSIE | BURRELL | APPOMATTOX | VA | 10/18/2012 | |
| BACP1309617812 | DONALD | BUSCH | WESTCHESTER | IL | 11/5/2012 | |
| BACP1139929134 | WENDY | BUSCHATZ | ANDERSON | SC | 10/20/2012 | |
| BACP1102435952 | BERNADETTE | BUTGEREIT | GRAND RAPIDS | MI | 11/8/2012 | |
| BACP1102070059 | JOHN | BYLER | LANCASTER | PA | 12/6/2012 | |
| BACP1309800765 | SHIRLEY | CALUMPONG | KANSAS CITY | MO | 12/12/2012 | |
| BACP1302582479 | LORNA | CARDERON | SAN JUAN | PR | 12/3/2012 | |
| BACP1330950347 | STEPHEN | CARMICHAEL | WEST SALEM | OH | 11/5/2012 | |
| BACP1329826310 | ELSIE | CARPENTER | JEFFERSONVILLE | KY | 10/29/2012 | |
| BACP1327089865 | PAULETTE | CARSTENS | SARASOTA | FL | 11/7/2012 | |
| BACP1116532491 | RONALD | CARTER | KNOXVILLE | MD | 10/12/2012 | |
| BACP1132863901 | PETER | CASTILLO | JUNEAU | AK | 11/6/2012 | |
| BACP1109297628 | MARIA | CASTRO | MIAMI | FL | 11/8/2012 | |
| BACP1111516242 | JULIE | CATON | LEESBURG | VA | 10/24/2012 | |
| BACP1336345925 | MICHAEL | CHAMBERLAIN | NORTH LEWISBURG | OH | 12/12/2012 | |
| BACP1127153985 | GARY | CHANG RN | BRONX | NY | 12/13/2012 | |
| BACP1323070230 | PHYLLIS | CHAPMAN | UNION | MO | 11/1/2012 | |
| BACP1327309580 | DIANE | CHAPPELL | ELLICOTT CITY | MD | 11/5/2012 | |
| BACP1130367451 | NANCY | CHARLES | SAN ANTONIO | TX | 11/3/2012 | |
| BACP1324535031 | DEBORAH | CHARNIN | HOLLYWOOD | FL | 11/7/2012 | |
| BACP1307888851 | LISA | CHENG | CLEVELAND HTS | OH | 11/10/2012 | |
| BACP1317055925 | ARHM | CHOI | YONKERS | NY | 11/9/2012 | |
| BACP1322316197 | FERNANDO | CHOW | FONTANA | CA | 11/5/2012 | |
| BACP1309356059 | ASHLEY | CHRISTOPHERSEN | PORTLAND | OR | 11/6/2012 | |
| BACP1323454178 | RITA | CHUBAROVA | WASHINGTON | DC | 11/7/2012 | |
| BACP1310785820 | JOHN | CHUNN | HASKELL | AR | 12/7/2012 | |
| BACP1128723807 | KINNARD | CLARK | KIOWA | KS | 10/22/2012 | |
| BACP1100060110 | EDNA | CLARK | KASILOF | AK | 11/7/2012 | |
| BACP1323152180 | ARNA | CLARK | COLUMBIA | MD | 11/26/2012 | |
| BACP1320178587 | DOREEN | CLIFFORD | MOUNTAIN CITY | NV | 11/4/2012 | |
| BACP1900013591 | RICHARD | CLOVIS | CLARKSBURG | WV | 11/19/2012 | |
| BACP1129617199 | MARY | COBB | GARFIELD | NJ | 10/16/2012 | |
| BACP1313597316 | BECKY | COBB | CHATTANOOGA | TN | 11/7/2012 | |
| BACP1301623058 | KAREN | COLBERT | NEW MADRID | MO | 11/3/2012 | |
| BACP1322129320 | ROBERT | COLBERT | MALIBU | CA | 12/13/2012 | |
| BACP1103248420 | DULCE | COLLAZO | GALVESTON | TX | 10/22/2012 | |
| BACP1300592485 | GUILLERMO | COLLAZO-RIVERA | BAYAMON | PR | 11/26/2012 | |
| BACP1308557174 | LISA | COLLINGS | LIBERTY | TX | 11/16/2012 | |
| BACP1305345613 | ROBIN | COLLINS | BONNEY LAKE | WA | 12/13/2012 | |
| BACP1137462352 | ARON | COMBS | KANSAS | IL | 11/29/2012 | |
| BACP1136279546 | RICHARD | COMPTON | FSTRVL TRVOSE | PA | 11/6/2012 | |
| BACP1328492485 | PATRICIA | COOK | WALNUT | CA | 11/3/2012 | |
| BACP1117809942 | LEONARD | COOK | ENTIAT | WA | 11/20/2012 | |
| BACP1301373477 | THOMAS | COOK | MOUNTAIN HOME | ID | 12/4/2012 | |
| BACP1327421070 | DIANA | COONS FOWLER | BREMERTON | WA | 12/3/2012 | |
| BACP1308607287 | ROBERT | CORBIN | ROCKY MOUNT | VA | 12/13/2012 | |
| BACP1311321267 | MARIVELISSE | CORR | LONG BEACH | NY | 12/13/2012 | |
| BACP1303024020 | MARIE | COTTOM | ORANGE PARK | FL | 11/13/2012 | |
| BACP1308359917 | LAWRENCE | COTY | HAMILTON | MT | 11/7/2012 | |
| BACP1322510864 | JONATHAN | COUNTS | MORRISVILLE | PA | 12/13/2012 | |
| BACP1310477140 | KEITH | CRANFILL | COLORADO CITY | TX | 12/3/2012 | |
| BACP1306551098 | RICHARD | CRAVEN | FARMINGTON | MN | 11/1/2012 | |
| BACP1320976823 | MARIO | CROVO | SACRAMENTO | CA | 10/30/2012 | |
| BACP1317703706 | LAKITA | CUMMINGS | TAMPA | FL | 11/26/2012 | |
| BACP1128168790 | CONNIE | CURTIS | LA FAYETTE | GA | 10/31/2012 | |
| BACP1321105052 | AUDREY | DABNEY | ARLINGTON | VA | 12/13/2012 | |
| BACP1312053100 | JUDY | DAHLBERG | REDMOND | WA | 11/3/2012 | |

| ClaimID | FirstName | LastName | City | State | OptOut | Notes |
|---|---|---|---|---|---|---|
| BACP1328931756 | THADA | DANIELS | GALAX | VA | 11/3/2012 | |
| BACP1328564125 | ANITA | DARBY | SHARPTOWN | MD | 11/21/2012 | |
| BACP1317514067 | JOANNE | DAVIS | WILBURTON | OK | 11/1/2012 | |
| BACP1301378959 | ERIC | DAVIS | SUNNYVALE | CA | 12/13/2012 | |
| BACP1318615894 | PAMELA | DE CRESCENZO | BAKERSFIELD | CA | 11/17/2012 | |
| BACP1302982035 | TEOFILO | DE VERTEUIL | WISCONSIN RAPIDS | WI | 12/12/2012 | |
| BACP1141140119 | LOLA | DEALY | JACKSONVILLE | FL | 10/27/2012 | |
| BACP1102600422 | JULIE | DELAPLAIN | JUNEAU | AK | 11/27/2012 | |
| BACP1137899831 | BARBARA | DELASAUX | MODESTO | CA | 10/16/2012 | |
| BACP1110675053 | MARLENE | DELEON | SALINAS | CA | 10/23/2012 | |
| BACP1311187447 | KELLEEN | DENBY | RESEDA | CA | 11/6/2012 | |
| BACP1112366805 | KATY | DI MICHELE | MELBOURNE | FL | 11/27/2012 | |
| BACP1331486415 | LINDA | DIMARZO | SANFORD | NC | 12/6/2012 | |
| BACP1334274150 | BETTY | DIMOFF | NEW MIDDLETOWN | OH | 11/19/2012 | |
| BACP1122349911 | ROBERTA | DIXSON | NORWICH | NY | 12/6/2012 | |
| BACP1303686650 | REBECCA | DOBBS | REDWOOD CITY | CA | 11/5/2012 | |
| BACP1310221501 | JAMES | DOHERTY | BALTIMORE | MD | 10/29/2012 | |
| BACP1328461571 | VERA | DOUGLAS-GREEN | MIAMI | FL | 11/9/2012 | |
| BACP1310141389 | HELEN | DRABECK | PALMER | AK | 11/16/2012 | |
| BACP1303769602 | MARIE | DREYER | SAINT ANN | MO | 10/29/2012 | |
| BACP1336471734 | DANIEL | DURITSA | MORGANTOWN | WV | 11/6/2012 | |
| BACP1329729071 | EILEEN | DURNING | YONKERS | NY | 11/6/2012 | |
| BACP1308127390 | DEBBIE | EASLEY | COATS | NC | 11/1/2012 | |
| BACP1336513267 | MONICA | EATMON | GREENSBURG | KY | 11/9/2012 | |
| BACP1130135720 | PHILIP | EHRLICH | NEW YORK | NY | 10/17/2012 | |
| BACP1320574229 | SANDRA | ELLIOTT | DURANGO | CO | 11/5/2012 | |
| BACP1329721895 | JOYCE | EMPSON | SCIO | NY | 12/10/2012 | |
| BACP1330794876 | RAY | EPLING | HUDDLESTON | VA | 12/6/2012 | |
| BACP1110162706 | LOUISE | ESON | WESTMINSTER | CO | 10/16/2012 | |
| BACP1300646950 | BRANDY | FALLGREN | NEW BEDFORD | MA | 11/21/2012 | |
| BACP1119606984 | DELORIS | FAZIO | SURPRISE | AZ | 12/1/2012 | |
| BACP1306304783 | FRED | FAZIO | SURPRISE | AZ | 12/1/2012 | |
| BACP1141988665 | TWILLON | FIELDS | OWINGS | MD | 12/10/2012 | |
| BACP1316569178 | MARJORIE | FOLEY | LEICESTER | MA | 12/1/2012 | |
| BACP1110478681 | JAMES | FOREMAN | STOKESDALE | NC | 10/22/2012 | |
| BACP1327815965 | ZENA | FORTSON | MC ALISTERVILLE | PA | 12/11/2012 | |
| BACP1307887162 | JENNIFER | FOUNTAIN | PICAYUNE | MS | 10/29/2012 | |
| BACP1114270732 | RICHARD | FRAME | SMITHFIELD | PA | 12/12/2012 | |
| BACP1324351291 | NORM | FRAZIER | OSAGE BEACH | MO | 11/9/2012 | |
| BACP1317892061 | ALBERT | FRITZ | BURTON | OH | 11/13/2012 | |
| BACP1324269862 | J | FRY | PORTERVILLE | CA | 10/30/2012 | |
| BACP1134098773 | AMY | FU | AIEA | HI | 11/13/2012 | |
| BACP1117736686 | MARILYN | FURMAN | MILLVILLE | DE | 11/1/2012 | |
| BACP1330146475 | WILLIAM | GAINES | AUBURN | AL | 11/16/2012 | |
| BACP1120274523 | JOYCE | GARNER | HIGHLAND HOME | AL | 11/17/2012 | |
| BACP1307836029 | BRITTANY | GARRISON | PLACENTIA | CA | 11/28/2012 | |
| BACP1323673554 | EDGE | GERRING | LOLETA | CA | 11/10/2012 | |
| BACP1333208935 | ERIN | GIANNELLI | FORDS | NJ | 11/16/2012 | |
| BACP1305837257 | KATHLEEN | GIBBS | ALAMO | GA | 12/12/2012 | |
| BACP1336748736 | JOHN | GIBSON | MARYLAND HEIGHTS | MO | 10/30/2012 | |
| BACP1328586714 | MAGGIE | GIBSON | WORCESTER | MA | 11/16/2012 | |
| BACP1314273867 | ALICIA | GIBSON | VARNEY | WV | 11/26/2012 | |
| BACP1321971752 | GEORGE | GLEMBIN | WINAMAC | IN | 11/16/2012 | |
| BACP1327696923 | BEVERLY | GLENN | BLACK MOUNTAIN | NC | 10/31/2012 | |
| BACP1306912937 | EDGAR | GOBEILLE | LEWISTON | ME | 11/19/2012 | |
| BACP1326939946 | CHARLOTTE | GOBEILLE | LEWISTON | ME | 11/19/2012 | |
| BACP1102338183 | SANTA | GODEN SEGARRA | MAYAGUEZ | PR | 11/27/2012 | |
| BACP1303298146 | EILEEN | GRABILL | LARGO | FL | 11/9/2012 | |
| BACP1127176004 | ROBERT | GREEN | BALTIMORE | MD | 10/10/2012 | |
| BACP1314984895 | BARBARA | GREEN | ROCKPORT | TX | 11/23/2012 | |
| BACP1336488467 | ROBERT | GREENE | ASHBURN | VA | 12/10/2012 | |
| BACP1326689540 | PATRICIA | GREENFIELD | SEBRING | FL | 11/6/2012 | |
| BACP1305893793 | KENNETH | GREENLEE | ROCKFORD | IL | 11/1/2012 | |
| BACP1325491704 | FRANCIS | GRINDLE | BUCKSPORT | ME | 12/11/2012 | |

| ClaimID | FirstName | LastName | City | State | OptOut | Notes |
|---|---|---|---|---|---|---|
| BACP1330721160 | BEN | GRUNDMEIER | CEDAR RAPIDS | IA | 10/30/2012 | |
| BACP1324219644 | CAROLINA | HAASE-CHODURA | HOLIDAY | FL | 11/8/2012 | |
| BACP1123867886 | DONNA | HACKNEY | RIPLEY | WV | 10/24/2012 | |
| BACP1315570270 | LOIS | HADDAWAY | THE VILLAGES | FL | 11/24/2012 | |
| BACP1300746636 | ALICE | HAIDOSTIAN | BLOOMFIELD HILLS | MI | 11/3/2012 | |
| BACP1324916922 | KATHERINE | HANSEN | WOODBRIDGE | VA | 12/7/2012 | |
| BACP1139881875 | DOROTHY | HANSON | HALTOM CITY | TX | 12/10/2012 | |
| BACP1325221553 | ANNE | HARDER | FOUNTAIN VALLEY | CA | 11/14/2012 | |
| BACP1133923673 | RICHARD | HARDMAN | GETTYSBURG | PA | 11/28/2012 | |
| BACP1105768286 | LEOLA | HARMAN | FORT WORTH | TX | 10/15/2012 | |
| BACP1108106624 | VERA | HARNED | LANCASTER | SC | 10/23/2012 | |
| BACP1122315898 | MAYLEEN | HARRIS | N LITTLE ROCK | AR | 10/16/2012 | |
| BACP1300708785 | BERNICE | HARRISON | JONES | OK | 10/31/2012 | |
| BACP1334788463 | HAROLD | HARVEY | BARTLETT | IL | 12/3/2012 | |
| BACP1103578013 | RL | HAWKINS | MEXIA | TX | 10/29/2012 | |
| BACP1314223037 | SALLY | HAWTHORNE | KALAMAZOO | MI | 11/2/2012 | |
| BACP1307158276 | BILLIE | HAZELTON | FRESNO | CA | 11/1/2012 | |
| BACP1313364290 | EDWARD | HEIMANN | COLUMBUS | NE | 12/10/2012 | |
| BACP1130498645 | DIANE | HEIN | SARASOTA | FL | 11/8/2012 | |
| BACP1112366996 | ARLAN | HELM | ANAHEIM | CA | 11/2/2012 | |
| BACP1106580868 | GARRY | HEMRIC | THOMASVILLE | NC | 11/26/2012 | |
| BACP1122398742 | JONATHAN | HENRY | WHITE PLAINS | NY | 11/15/2012 | |
| BACP1300575939 | PATRICE | HERRING-MILLER | TULSA | OK | 12/10/2012 | |
| BACP1302408606 | LINDA | HERZOG | ROUND ROCK | TX | 11/21/2012 | |
| BACP1318179296 | FRANK | HERZOG | ROUND ROCK | TX | 11/21/2012 | |
| BACP1306248689 | ANETTE | HILL | MADISON | OH | 12/4/2012 | |
| BACP1311328130 | JOYCE | HILTON | PRESCOTT VALLEY | AZ | 11/7/2012 | |
| BACP1318167581 | CHARLOTTE | HINES | GREEN VALLEY | AZ | 11/20/2012 | |
| BACP1314910620 | PHYLLIS | HINEY | XENIA | OH | 11/3/2012 | |
| BACP1324634374 | ELEONORE | HINOJOSA | AZALEA | OR | 12/4/2012 | |
| BACP1328596175 | ROSEMARIE | HOELER | FARMINGDALE | NY | 11/29/2012 | |
| BACP1303420103 | RICHARD | HOLLAND | WEBSTER | TX | 10/30/2012 | |
| BACP1114554358 | SHERVONA | HOPKINS | ROANOKE | VA | 10/27/2012 | |
| BACP1305941720 | BARBARA | HOWARD | CAMARILLO | CA | 12/4/2012 | |
| BACP1132880563 | BETTY | HUBER | YANKTON | SD | 11/8/2012 | |
| BACP1310720052 | ADRIENNE | HULSE | CONSHOHOCKEN | PA | 12/10/2012 | |
| BACP1322351227 | ODESSA | HUMPHREY | WASHINGTON | DC | 11/9/2012 | |
| BACP1137458606 | JULIE | HUMPHREYS | SANTA MONICA | CA | 10/19/2012 | |
| BACP1102181047 | ARTHUR | HUNSUCKER | REYNOLDS | GA | 12/10/2012 | |
| BACP1117459968 | DOROTHY | HUNTER | CONDON | OR | 11/26/2012 | |
| BACP1102419515 | ALBERTA | JACKSON | HARWOOD | MO | 10/31/2012 | |
| BACP1130820318 | RICHARD | JACOBS | EL SEGUNDO | CA | 11/10/2012 | |
| BACP1124554709 | NARENDAR | JALIGAMA | WEBSTER | NY | 11/9/2012 | |
| BACP1129666890 | WENDY | JAMA | RIVERSIDE | CA | 10/19/2012 | |
| BACP1318270455 | LAUREL | JAMIESON | REED CITY | MI | 10/30/2012 | |
| BACP1312409877 | DAVID | JANK | MIAMI LAKES | FL | 11/5/2012 | |
| BACP1310549230 | RIYADH | JARJIS | TAMPA | FL | 12/11/2012 | |
| BACP1324334087 | DAVID | JAYNE | KIRKSVILLE | MO | 12/11/2012 | |
| BACP1107699656 | MYRIAM | JIMENEZ | BRANDON | FL | 12/13/2012 | |
| BACP1324895240 | ZHE | JIN | NEW YORK | NY | 12/1/2012 | |
| BACP1115801677 | ROSE | JOHNSON | TUCSON | AZ | 10/29/2012 | |
| BACP1117523640 | CLINT | JOHNSON | JACKSONVILLE | FL | 10/30/2012 | |
| BACP1321575946 | KATHERINE | JOHNSON | BALTIMORE | MD | 10/31/2012 | |
| BACP1325772754 | ALVIN | JOHNSON | TOMS RIVER | NJ | 11/29/2012 | |
| BACP1327283645 | RONALD | JOHNSON | MINNEAPOLIS | MN | 11/30/2012 | |
| BACP1800000030 | PATRICIA | JOHNSON | NOVATO | CA | 12/5/2012 | |
| BACP1115662928 | GARY | JONES | YOUNGSTOWN | OH | 10/22/2012 | |
| BACP1121426645 | MAURICE | JONES | BALTIMORE | MD | 11/2/2012 | |
| BACP1330737570 | LINDA | JONES | PORTSMOUTH | VA | 11/6/2012 | |
| BACP1304169552 | GLORIA | JONES | SUMMERVILLE | SC | 11/19/2012 | |
| BACP1327905921 | JAMES | JONES | NASHVILLE | GA | 12/5/2012 | |
| BACP1320381714 | SUNIL | JOSHI | BELMONT | CA | 12/7/2012 | |
| BACP1318673843 | J | JUDGE | WORCESTER | MA | 12/7/2012 | |
| BACP1326095179 | CLAUDIA | JUSTINIANO | PROVIDENCE | RI | 12/7/2012 | |

| ClaimID | FirstName | LastName | City | State | OptOut | Notes |
|---|---|---|---|---|---|---|
| BACP1337190585 | NEMATA | KABBA | PITTSBURGH | PA | 11/6/2012 | |
| BACP1302372008 | ANTHONY | KAGAI | COLUMBUS | OH | 11/6/2012 | |
| BACP1321133056 | JOSEPH | KALA | ERIE | PA | 11/28/2012 | |
| BACP1329488422 | MARGOT | KARNES | BLOOMSBURG | PA | 10/26/2012 | |
| BACP1320258971 | SHARON | KAUFMAN | BREMEN | IN | 11/24/2012 | |
| BACP1119489406 | GAIL | KEEL | WHITTIER | NC | 12/10/2012 | |
| BACP1306210223 | KENNETH | KELBEL | RICHLAND CENTER | WI | 12/3/2012 | |
| BACP1308501500 | RACHEL | KELLY | NORTHBRIDGE | MA | 12/5/2012 | |
| BACP1324466684 | RUSSELL | KENJOCKETY | BUFFALO | NY | 10/31/2012 | |
| BACP1323814840 | EDWARD | KENNEDY | BUTLER | PA | 12/10/2012 | |
| BACP1321365925 | JOANIE | KENYON | ORCUTT | CA | 11/9/2012 | |
| BACP1331198274 | DORIS | KESTENBERG | HOLLYWOOD | FL | 11/6/2012 | |
| BACP1327234210 | SUSAN | KETTLE | GRAND RAPIDS | MI | 10/29/2012 | |
| BACP1304762377 | ZARINA | KHAN | LYNDHURST | NJ | 11/13/2012 | |
| BACP1332389189 | GWEN | KIEFER | PALM DESERT | CA | 11/1/2012 | |
| BACP1100037321 | JANE | KIM | SAN FRANCISCO | CA | 11/20/2012 | |
| BACP1300069898 | PHYLLIS | KISER | WARRENTON | VA | 10/26/2012 | |
| BACP1135349885 | JOHN | KISOR | LINDALE | GA | 12/10/2012 | |
| BACP1317680030 | JENEE | KNEE | JACKSONVILLE | FL | 10/20/2012 | |
| BACP1104472332 | NELDA | KNOBLOCH | NEWPORT NEWS | VA | 11/20/2012 | |
| BACP1306524007 | CHRISTOPHER | KOHLER | AUBURNDALE | MA | 11/9/2012 | |
| BACP1330835459 | LYNDA | KOSS | ROCHESTER | MI | 12/6/2012 | |
| BACP1300459653 | SHERRY | KRAEPLIN | MISSION | TX | 12/7/2012 | |
| BACP1331346443 | BENJAMIN | KRAUSS | WASHINGTON | DC | 12/10/2012 | |
| BACP1317716174 | WHITNEY | KREMER | CLEARWATER | FL | 11/19/2012 | |
| BACP1302347631 | JAMES | KRUTCIK | MISSION VIEJO | CA | 12/13/2012 | |
| BACP1131389912 | GEORGE | KUNIHIRO | WAIPAHU | HI | 12/13/2012 | |
| BACP1331225069 | CAROLYN | LARABRAUD | WACO | TX | 10/25/2012 | |
| BACP1312963025 | ROBERTA | LARGENT | CAHONE | CO | 12/5/2012 | |
| BACP1324693028 | ASHLEY | LASTER | PHILADELPHIA | PA | 11/16/2012 | |
| BACP1307476286 | RUTH | LAVERTY | HACKETTSTOWN | NJ | 12/12/2012 | |
| BACP1321309162 | KRISTEN | LAWLER | SNOVER | MI | 12/3/2012 | |
| BACP1326902422 | JOSEPHINE | LAWSON | GARDNER | KS | 12/6/2012 | |
| BACP1129223263 | CLEMENTE | LAZO | JUNEAU | AK | 11/5/2012 | |
| BACP1312053134 | THANH-DAT | LE | TULSA | OK | 11/20/2012 | |
| BACP1139582029 | MICHELLE | LEHRMAN | PORTLAND | OR | 11/16/2012 | |
| BACP1335698930 | LAWRENCE | LEVINE | BALLSTON SPA | NY | 11/29/2012 | |
| BACP1128403730 | KATIE | LEWIS | BERNIE | MO | 11/5/2012 | |
| BACP1326108220 | BILLIE | LEWIS | BERNIE | MO | 11/5/2012 | |
| BACP1116682825 | JEFFREY | LIGHTBOURN | HOUSTON | TX | 11/13/2012 | |
| BACP1304656070 | CHRISTA | LIVICK | PYLESVILLE | MD | 11/23/2012 | |
| BACP1108897087 | BEATRIZ | LLANOS | ENCINO | CA | 12/12/2012 | |
| BACP1136211348 | THOMAS | LLOYD | VIENNA | VA | 11/30/2012 | |
| BACP1130535621 | KATRINA | LO | GRAHAM | NC | 10/20/2012 | |
| BACP1301443653 | BARRY | LOCKE | ROY | WA | 11/21/2012 | |
| BACP1314559078 | EDDIE | LOMAS | GLENPOOL | OK | 12/13/2012 | |
| BACP1317655051 | GEORGE | LONG | HOOKSETT | NH | 10/30/2012 | |
| BACP1130671720 | HANNAH | LONGO | EUGENE | OR | 11/1/2012 | |
| BACP1107673983 | MIRSA | LOPEZ | BEAVERTON | OR | 10/11/2012 | |
| BACP1306138212 | ROSE | LOPEZ | SALT LAKE CITY | UT | 11/26/2012 | |
| BACP1330985140 | IVAN | LOPEZ | FRESNO | CA | 12/11/2012 | |
| BACP1313832986 | SCOTT | LOWE | SHELL KNOB | MO | 10/29/2012 | |
| BACP1320589749 | MARIE | LUDWIG | WINFIELD | PA | 11/8/2012 | |
| BACP1331704692 | LASHANN | LUNNON | BROOKLYN | NY | 11/8/2012 | |
| BACP1334915864 | ANNA | LUTH | COLUMBIA | IL | 11/2/2012 | |
| BACP1301040397 | LOUIS | MAGANA | MCMINNVILLE | OR | 11/7/2012 | |
| BACP1301913978 | JOHN | MAGNUSON | MARYSVILLE | WA | 11/14/2012 | |
| BACP1315601493 | MARIA | MAGRAS | ST THOMAS | VI | 10/31/2012 | |
| BACP1318215616 | MARY | MAHAN | CLINTON | MO | 10/27/2012 | |
| BACP1328788384 | JAMES | MAINS | MESA | AZ | 12/10/2012 | |
| BACP1302097813 | JAMES | MALSON | MONROE | LA | 10/30/2012 | |
| BACP1300743629 | WELKIS | MALVEAU | MIAMI | FL | 12/13/2012 | |
| BACP1300107331 | SHIRLEY | MARMANN | FARMERSBURG | IA | 12/11/2012 | |
| BACP1311047114 | BECKY | MARRUFO | CHAPARRAL | NM | 10/25/2012 | |

| ClaimID | FirstName | LastName | City | State | OptOut | Notes |
|---|---|---|---|---|---|---|
| BACP1102290644 | J | MARTIN | PEORIA | IL | 10/27/2012 | |
| BACP1311003524 | JANIS | MARTIN | MOSES LAKE | WA | 11/21/2012 | |
| BACP1308526597 | ELBA | MARTINEZ | WESLEY CHAPEL | FL | 10/29/2012 | |
| BACP1318489171 | JUAN | MARTINEZ | TAMPA | FL | 12/13/2012 | |
| BACP1105281387 | LUIS | MARTINEZ RIVERA | CAROLINA | PR | 12/13/2012 | |
| BACP1304311081 | SERAFIN | MARTINEZ-CHAVEZ | PELION | SC | 11/9/2012 | |
| BACP1308050894 | IRENE | MARTINSON | TERRY | MT | 12/12/2012 | |
| BACP1122096150 | TERESA | MASTERSON | MIAMI | OK | 12/13/2012 | |
| BACP1308300637 | DIANE | MASTROLIA | JACKSON | NJ | 11/10/2012 | |
| BACP1135971420 | TAKAKO | MASUDA | TORRANCE | CA | 10/18/2012 | |
| BACP1309244340 | CARROL | MAURER | NEW BERLIN | PA | 11/5/2012 | |
| BACP1332868729 | MARGARET | MAVRICH | NORTH CANTON | OH | 11/9/2012 | |
| BACP1330615106 | SARA | MAXWELL | SALT LAKE CITY | UT | 11/2/2012 | |
| BACP1305503413 | ENRICA | MCCANN | NEW PORT RICHEY | FL | 11/7/2012 | |
| BACP1309597056 | JULIETTE | MCDOUGALL | SAN MARCOS | TX | 11/3/2012 | |
| BACP1316618578 | CAROL | MCGUIRE | NORTH ANDOVER | MA | 11/2/2012 | |
| BACP1315406224 | EVELYN | MCGURK | TAMPA | FL | 12/10/2012 | |
| BACP1108448908 | WOODROW | MCMURRAY | BLOOMINGTON | TX | 11/22/2012 | |
| BACP1303612703 | LAURA | MCNAMARA | CARVER | MA | 10/31/2012 | |
| BACP1321929063 | PHIL | MCQUEEN | HOUSTON | TX | 11/14/2012 | |
| BACP1326642854 | MERETTA | MELDER | GLENMORA | LA | 12/6/2012 | |
| BACP1139549587 | OCTAVIO | MENDEZ-OSORIO | BEAVERTON | OR | 10/11/2012 | |
| BACP1329405896 | GERARD | MENDOLA | BRONX | NY | 11/9/2012 | |
| BACP1312366450 | BRETT | MERRITT | FREMONT | CA | 12/13/2012 | |
| BACP1103636994 | JOHNNIE | MIDDLETON | CHESAPEAKE | VA | 12/10/2012 | |
| BACP1125654340 | PAULINE | MILAM | MILLERS CREEK | NC | 11/21/2012 | |
| BACP1336418590 | MURRAY | MILLER | CANTONMENT | FL | 11/6/2012 | |
| BACP1333197992 | LEVI | MILLER | SOUTH BEND | IN | 12/13/2012 | |
| BACP1334196205 | MITCHELL | MILOVICH | LORAIN | OH | 12/10/2012 | |
| BACP1126100519 | TIM | MISSLITZ | VOLGA | SD | 10/24/2012 | |
| BACP1303272040 | DIANE | MOHLER | COVINGTON | OH | 11/1/2012 | |
| BACP1333221885 | VALERIE | MOLLO | CLIFTON | NJ | 11/10/2012 | |
| BACP1313102465 | ALBERT | MOSLEY | NORTHAMPTON | MA | 12/7/2012 | |
| BACP1321197623 | DAVID | MOYER | BOYERTOWN | PA | 11/29/2012 | |
| BACP1111174082 | LISETTE | MUNTSLAG | POUGHKEEPSIE | NY | 10/11/2012 | |
| BACP1308568982 | MILDRED | MUOTH | LAKE OSWEGO | OR | 11/2/2012 | |
| BACP1315702222 | RAYMOND | MYERS | YORK | PA | 11/19/2012 | |
| BACP1322734436 | NOREEN | MYRIE | VALLEY COTTAGE | NY | 12/11/2012 | |
| BACP1317693980 | SATHISHKUMAR | NATARAJAN | EDISON | NJ | 11/8/2012 | |
| BACP1108359301 | MARY | NEAL | LEBANON | TN | 10/13/2012 | |
| BACP1136193056 | PERRI | NEAL | COLORADO SPGS | CO | 11/20/2012 | |
| BACP1323348203 | BRENDA | NEELY | AUGUSTA | GA | 11/6/2012 | |
| BACP1308201787 | RICHARD | NELSON | MADERA | CA | 11/8/2012 | |
| BACP1311212018 | DONNA | NUGENT | GLOUCESTER | MA | 12/6/2012 | |
| BACP1112868606 | GODWIN | OKEKE | IRVINGTON | NJ | 12/13/2012 | |
| BACP1314202900 | ELIZABETH | OLGUIN | ISLETA | NM | 11/29/2012 | |
| BACP1321432738 | STEPHANIE | OLGUIN | EUREKA | CA | 11/29/2012 | |
| BACP1324694865 | JUANA | OLGUIN | EUREKA | CA | 12/8/2012 | |
| BACP1321818733 | ARDIS | OLSEN | STARBUCK | MN | 12/3/2012 | |
| BACP1301359830 | JOHN | OLVER | DALLAS | TX | 10/26/2012 | |
| BACP1323633056 | MARIA | ORTIZ | SAN MARCOS | CA | 11/15/2012 | |
| BACP1106573322 | CARLOS | ORTIZ | TUCSON | AZ | 12/12/2012 | |
| BACP1303044918 | CATHERINE | PACE | GRESHAM | SC | 11/8/2012 | |
| BACP1313350175 | VERONICA | PAPSON | PHILADELPHIA | PA | 11/23/2012 | |
| BACP1321087836 | PATRICIA | PARTIPILO | HOPE MILLS | NC | 12/6/2012 | |
| BACP1126680795 | ROSHNI | PATEL | EDISON | NJ | 10/10/2012 | |
| BACP1318235510 | BARBARA | PATT | LEOMA | TN | 11/5/2012 | |
| BACP1309586070 | PORTIA | PECCI | PARSIPPANY | NJ | 11/28/2012 | |
| BACP1101735421 | MARY | PEGG | TOPEKA | KS | 11/3/2012 | |
| BACP1301078033 | MATTIA | PELIZZOLA | MILAN | | 10/26/2012 | |
| BACP1301446334 | PHILIP | PELLA | SAN LORENZO | CA | 11/10/2012 | |
| BACP1300237308 | JANITZA | PEREZ | COAMO | PR | 11/13/2012 | |
| BACP1336694687 | WALESKA | PEREZ | SAN JUAN | PR | 12/8/2012 | |
| BACP1120251965 | MARILYN | PEREZ | LOS ANGELES | CA | 12/10/2012 | |

| ClaimID | FirstName | LastName | City | State | OptOut | Notes |
|---|---|---|---|---|---|---|
| BACP1329448455 | MARGARET | PERSANS | STATEN ISLAND | NY | 11/12/2012 | |
| BACP1321892615 | JACQUELINE | PETERMEIER | EDEN PRAIRIE | MN | 12/6/2012 | |
| BACP1305708155 | MARY | PETERSON | ASKOV | MN | 11/23/2012 | |
| BACP1336725167 | STACEY | PETERSON | VIRGINIA BEACH | VA | 12/13/2012 | |
| BACP1316717673 | MARY | PETRACCORO | BROWNS MILLS | NJ | 12/12/2012 | |
| BACP1323642063 | MARY | PIFER | SAN PEDRO | CA | 12/13/2012 | |
| BACP1309762456 | PATRICIA | PINO | FAUNSDALE | AL | 11/5/2012 | |
| BACP1323788980 | SUELY | PINTAL | LOWELL | MA | 11/10/2012 | |
| BACP1331818469 | SUZANNE | PITMAN | BERGENFIELD | NJ | 12/13/2012 | |
| BACP1308129784 | TOM | PLACENCIO | GALLUP | NM | 11/21/2012 | |
| BACP1335640265 | PAUL | POLIDORI | CINCINNATI | OH | 11/9/2012 | |
| BACP1327973943 | JOYCE | PRATER | MAYNARD | AR | 10/30/2012 | |
| BACP1120030128 | EDWARD | PULSE | CARO | MI | 10/19/2012 | |
| BACP1311278949 | JUDITH | PUTNAM | PEMBROKE | NH | 11/9/2012 | |
| BACP1319496066 | JACK | PYATT | CLANCY | MT | 11/6/2012 | |
| BACP1332257401 | ROSEMARY | PYLANT | KIPLING | NC | 11/19/2012 | |
| BACP1315631180 | HIRA | QAZI | BURTONSVILLE | MD | 11/21/2012 | |
| BACP1334569702 | BEVERLY | QUIMBY | STOCKTON SPRINGS | ME | 12/5/2012 | |
| BACP1324779631 | JOHN | RADOSEVIC | RIO RANCHO | NM | 10/29/2012 | |
| BACP1318883155 | JUANA | RAMIREZ | MIAMI | FL | 10/29/2012 | |
| BACP1318843161 | SIRIA | RAMIREZ | SHERMAN OAKS | CA | 10/30/2012 | |
| BACP1329708120 | CLARA | RAMIREZ | AUSTIN | TX | 11/24/2012 | |
| BACP1305596713 | KATHRYN | RAYNOR | STEVENS | PA | 12/3/2012 | |
| BACP1133564142 | DAMETRUS | REDD | DETROIT | MI | 11/12/2012 | |
| BACP1329797336 | FAYE | REECE | ROSEDALE | NY | 12/10/2012 | |
| BACP1322739411 | ABBY | REED | MECHANICSBURG | PA | 11/19/2012 | |
| BACP1321781260 | LISA | REESE | PITTSBURGH | PA | 10/29/2012 | |
| BACP1319734455 | BELVA | REESE | BEDFORD | TX | 12/13/2012 | |
| BACP1317268791 | EDWIN | REEVES | KANSAS CITY | MO | 12/13/2012 | |
| BACP1335684823 | JUNE | REMINGTON | PARISHVILLE | NY | 10/30/2012 | |
| BACP1133917924 | KENNETH | RENALDO | CENTRAL ISLIP | NY | 10/24/2012 | |
| BACP1307174050 | DIANE | REZENDES | DOVER | NH | 11/5/2012 | |
| BACP1129264008 | KAREN | RICE | GILLETT | PA | 12/5/2012 | |
| BACP1306926326 | MAURINE | RICHARDS | EVANSVILLE | IN | 12/13/2012 | |
| BACP1800000048 | BRENDA | RIOS PONCE | PERRIS | CA | 11/7/2012 | |
| BACP1114898987 | DAVID | RITCHIE | FREDERICKSBRG | PA | 10/30/2012 | |
| BACP1315162392 | HECTOR | RIVERA-LOPEZ | CAGUAS | PR | 11/16/2012 | |
| BACP1310863350 | SUSAN | RIZK | PONTE VEDRA BEACH | FL | 10/29/2012 | |
| BACP1302808825 | FREDDIE | ROBINSON | HOUSTON | TX | 12/3/2012 | |
| BACP1800000013 | PATRICIA | ROCKWELL | PINE | AZ | 10/22/2012 | |
| BACP1321196643 | BRENDA | RODEFER | WEST BEND | WI | 12/12/2012 | |
| BACP1302736867 | ROBERT | RODONICH | HOLLYWOOD | FL | 12/12/2012 | |
| BACP1331796198 | SUSANA | RODRIGUEZ | MIAMI | FL | 11/23/2012 | |
| BACP1300259514 | RODOLFO | RODRIQUEZ | REDONDO BEACH | CA | 11/6/2012 | |
| BACP1327835958 | DEREK | ROGALSKY | WASHINGTON | DC | 10/29/2012 | |
| BACP1300682298 | S | ROLL | SMITHVILLE | TN | 11/19/2012 | |
| BACP1106841947 | RICHARD | ROMPPEL | ROCK ISLAND | WA | 11/6/2012 | |
| BACP1307897028 | ELLEN | ROSA | WILTON | CA | 11/13/2012 | |
| BACP1308320727 | TERESA | ROSADO | YONKERS | NY | 12/11/2012 | |
| BACP1309421896 | DOUGLAS | ROSS | COLUMBIA | MO | 11/27/2012 | |
| BACP1316134627 | MARGIE | ROSS | COLUMBIA | MO | 11/27/2012 | |
| BACP1313242976 | LEE | ROSSELL | WESTMONT | NJ | 11/6/2012 | |
| BACP1306924366 | JESSE | RUFENER | RITTMAN | OH | 10/30/2012 | |
| BACP1310238870 | STEVE | RUIS | MOULTRIE | GA | 12/13/2012 | |
| BACP1304563587 | DONNA | RUTIGLIANO | SLEEPY HOLLOW | NY | 11/26/2012 | |
| BACP1137713045 | BETTY | SAHARSKI | ORLANDO | FL | 11/8/2012 | |
| BACP1314254650 | MARY | SALA | JOHNSTOWN | PA | 11/7/2012 | |
| BACP1313985790 | JENNIFER | SAMPSON | AURORA | IL | 10/27/2012 | |
| BACP1301524475 | MOHINDER | SANGHERA | BURLINGTON | NJ | 11/28/2012 | |
| BACP1141496657 | KALINDEE | SANT | NEW YORK | NY | 11/29/2012 | |
| BACP1333250850 | CHRISTEEN | SAROKI | WEST BLOOMFIELD | MI | 11/3/2012 | |
| BACP1332307590 | MARTHA | SAUNDERS | BONDURANT | WY | 10/24/2012 | |
| BACP1308754549 | TROY | SAUNDERS | ADELPHI | MD | 12/5/2012 | |
| BACP1117358231 | CLYDE | SAYLER | SILVERDALE | WA | 10/20/2012 | |

| ClaimID | FirstName | LastName | City | State | OptOut | Notes |
|---|---|---|---|---|---|---|
| BACP1309873681 | DWAYNE | SCHAUBHUT | DES ALLEMANDS | LA | 11/5/2012 | |
| BACP1330304518 | RAYMOND | SCHMITT | HICKORY | NC | 11/14/2012 | |
| BACP1103034331 | LADARYL | SCOTT | WOODBRIDGE | VA | 10/18/2012 | |
| BACP1323658709 | BETTY | SCOTT | CONCORD | CA | 11/6/2012 | |
| BACP1113175450 | MARY | SCOTTI | PHILADELPHIA | PA | 10/22/2012 | |
| BACP1100719783 | MARLA | SELLAS MUNIZ | TOA ALTA | PR | 11/13/2012 | |
| BACP1315922753 | NORMAN | SHAFFOR | INDIANA | PA | 11/2/2012 | |
| BACP1325503540 | DAVID | SHAND | PATERSON | NJ | 12/12/2012 | |
| BACP1326097449 | ANU | SHARMA | FAIRFIELD | CA | 11/1/2012 | |
| BACP1127132937 | LASCELLE | SHERRILL | ATLANTA | GA | 10/17/2012 | |
| BACP1329307428 | GEORGE | SHIRLEY | TERRELL | TX | 11/7/2012 | |
| BACP1327852941 | ANDREW | SHOENFELD | BALTIMORE | MD | 10/30/2012 | |
| BACP1305659030 | FAYE | SHRODE | KALISPELL | MT | 11/14/2012 | |
| BACP1302596879 | SANDRA | SHROUT | DERWOOD | MD | 11/1/2012 | |
| BACP1316493376 | RETHA | SHUFFLEBARGER | TOPEKA | KS | 12/10/2012 | |
| BACP1302272712 | CHRISTINE | SIMPSON | SANTA FE | NM | 12/1/2012 | |
| BACP1337197911 | ROBERT | SINGER | BELLEVILLE | NJ | 10/26/2012 | |
| BACP1318872129 | JOSEPHINE | SKINNER | BRIDGETON | NJ | 11/3/2012 | |
| BACP1324081685 | RUTH | SLAIR | PITTSBURGH | PA | 11/14/2012 | |
| BACP1332154807 | CONSTANCE | SLAUGHTER | RALEIGH | NC | 10/30/2012 | |
| BACP1125393580 | MATTIE | SMITH | WESSON | MS | 10/20/2012 | |
| BACP1140869352 | KRYSTAL | SMITH | ROCHESTER | IN | 11/2/2012 | |
| BACP1325075654 | ELIZABETH | SMITH | BENTON | AR | 11/2/2012 | |
| BACP1328144282 | LARRY | SMITH | POST FALLS | ID | 11/5/2012 | |
| BACP1320666557 | BEVERLY | SMITH | STREETSBORO | OH | 11/17/2012 | |
| BACP1304363693 | ANN | SMITH | EL RENO | OK | 11/19/2012 | |
| BACP1328240710 | CHERYL | SMITH | LEXINGTON | KY | 11/29/2012 | |
| BACP1303122382 | ALBALIS | SMITH | ALPHARETTA | GA | 12/12/2012 | |
| BACP1327066784 | DEBORAH | SMITH | HONEA PATH | SC | 12/12/2012 | |
| BACP1314299670 | MAEBELLE | SMYTH | KENBRIDGE | VA | 12/13/2012 | |
| BACP1312013914 | PENNYGREEN | SNYDER | NEW MILFORD | NJ | 11/9/2012 | |
| BACP1105640166 | DUSTY | SPENCER | NORTH POLE | AK | 11/19/2012 | |
| BACP1335105939 | LAURA | STAHL | SEATTLE | WA | 12/12/2012 | |
| BACP1113211430 | EVA | STALBRAND | PHOENIX | AZ | 11/15/2012 | |
| BACP1314218211 | LUELLA | STOLLER | WOOSTER | OH | 12/5/2012 | |
| BACP1136637698 | JAMES | STOLLINGS | CHAPMANVILLE | WV | 11/21/2012 | |
| BACP1102753822 | JUNE | STUDY | REDKEY | IN | 10/20/2012 | |
| BACP1329506757 | RYAN | STURMA | ALLSTON | MA | 10/31/2012 | |
| BACP1335508456 | ROBERT | SUTTER | CLIFTON | NJ | 10/26/2012 | |
| BACP1103098038 | NUZHAT | SYED | LAKE BALBOA | CA | 11/26/2012 | |
| BACP1334716543 | ROSALYNN | SYLVAN | W HOLLYWOOD | CA | 11/8/2012 | |
| BACP1324635532 | ALTHEA | TANKSLEY | DARBY | PA | 12/13/2012 | |
| BACP1322720826 | ANN | TATE | MARYVILLE | TN | 11/27/2012 | |
| BACP1113011385 | WYOMA | TAYLOR | CASPER | WY | 10/24/2012 | |
| BACP1316153206 | GLADYS | TELLO | ORLANDO | FL | 12/11/2012 | |
| BACP1333649370 | SHEILA | THORNTON | NATRONA HEIGHTS | PA | 11/27/2012 | |
| BACP1304278963 | STEVEN | TILMA | GRAND RAPIDS | MI | 11/7/2012 | |
| BACP1310941016 | MARISOL | TORRES | VISALIA | CA | 11/13/2012 | |
| BACP1320378616 | AGNES | TORRES | SILVER SPRING | MD | 11/28/2012 | |
| BACP1324057091 | NANCY | TOWNE | CAMBRIDGE | MD | 11/14/2012 | |
| BACP1300308370 | MARY | URBANSKI | WARREN | PA | 11/8/2012 | |
| BACP1306830779 | MAE | UTTARD | COOPERSBURG | PA | 11/20/2012 | |
| BACP1322261481 | GERALDINE | VALENTINE | ELLISVILLE | MO | 11/7/2012 | |
| BACP1317584103 | FRED | VAN ANTWERP | VERO BEACH | FL | 11/13/2012 | |
| BACP1301172447 | NANCY | VAN KIRK | MARYSVILLE | PA | 11/5/2012 | |
| BACP1113573600 | HOWARD | VAUGHN | SACRAMENTO | CA | 12/10/2012 | |
| BACP1329369482 | SRIDEVI | VENKATASUBRAMANIAN | EDISON | NJ | 11/8/2012 | |
| BACP1110648935 | RENATE | VERASTEGUI | SPRING HILL | FL | 10/26/2012 | |
| BACP1140530061 | JOSE | VILLEGAS | KISSIMMEE | FL | 11/29/2012 | |
| BACP1120777452 | DAISY | VIRGO-TAYLOR | NEW YORK | NY | 10/24/2012 | |
| BACP1302405330 | MALLIKARJUNA | VISHWANATH | TAMPA | FL | 11/8/2012 | |
| BACP1128358475 | ALICE | WALKER | CATAWISSA | PA | 11/1/2012 | |
| BACP1100153011 | NANCY | WALL | RAINIER | OR | 10/31/2012 | |
| BACP1311261086 | DOREEN | WALLER | PHILADELPHIA | PA | 11/6/2012 | |

| ClaimID | FirstName | LastName | City | State | OptOut | Notes |
|---|---|---|---|---|---|---|
| BACP1300944578 | CHERY | WALTON | BALTIMORE | MD | 11/13/2012 | |
| BACP1308389760 | XIAOJING | WANG | WORCESTER | MA | 11/14/2012 | |
| BACP1332618943 | DARCY | WARREN | DAYTON | OH | 11/5/2012 | |
| BACP1303065389 | BRANDON | WEAVER | DENVER | CO | 10/29/2012 | |
| BACP1117973300 | EVELYN | WEBB | LORTON | VA | 12/8/2012 | |
| BACP1133729150 | ROBERT | WEBSTER | MASON | IL | 10/30/2012 | |
| BACP1331962357 | WILLIAM | WEHR | MARTINSVILLE | IN | 11/5/2012 | |
| BACP1337072558 | JULIA | WEIGAND | BARNESVILLE | PA | 10/25/2012 | |
| BACP1125369506 | MARY | WELSH | GLEN BURNIE | MD | 10/12/2012 | |
| BACP1122890426 | RAYMOND | WHALEN | MADISON | AL | 12/5/2012 | |
| BACP1119922088 | BARBARA | WHITAKER | ELGIN | IL | 11/9/2012 | |
| BACP1107503514 | GARY | WHITE | LAWRENCE | KS | 10/19/2012 | |
| BACP1140646612 | FLORENCE | WIDOWSKY | UNION | NJ | 10/22/2012 | |
| BACP1328604500 | MARY | WILDHABER | FREEBURG | MO | 11/29/2012 | |
| BACP1110069986 | FAY | WILLIAMS | MOUNT CARMEL | IL | 10/15/2012 | |
| BACP1311274803 | AARON | WILLIAMS | BEEVILLE | TX | 10/31/2012 | |
| BACP1319550397 | ROBERT | WILLIAMS | SANTA ROSA VALLEY | CA | 11/4/2012 | |
| BACP1116967293 | MICHAEL | WILLIAMS | MIDWAY | AL | 11/13/2012 | |
| BACP1324293755 | JAMES | WILSON | CENTRE HALL | PA | 12/1/2012 | |
| BACP1330434730 | MARGARET | WINKLER | RITTMAN | OH | 11/19/2012 | |
| BACP1326851879 | JAMES | WOFFORD | COMMERCE | GA | 11/16/2012 | |
| BACP1310946018 | ANNETTE | WOJCIK | CHICAGO | IL | 11/7/2012 | |
| BACP1140842446 | AMANDA | WOLFE | WEST PEORIA | IL | 11/5/2012 | |
| BACP1323539238 | BETTY | WORK | CITRUS HEIGHTS | CA | 11/8/2012 | |
| BACP1325708177 | DAVID | WRIGHT | SALT LAKE CITY | UT | 11/27/2012 | |
| BACP1323284116 | IRENE | WYCHOFF | WASHINGTON | DC | 12/11/2012 | |
| BACP1116519819 | JOAN | ZEHRINGER | BLOOMSBURG | PA | 10/23/2012 | |
| BACP1110271718 | MARTA | ZIOBRO | SEATTLE | WA | 10/24/2012 | |
| BACP1135958750 | VICTORIA | ANSELMO | CERRITOS | CA | 1/16/2013 | LATE |
| BACP1102004587 | BEVERLY | BELL | HARBORCREEK | PA | 12/17/2012 | LATE |
| BACP1320140334 | LAURA | BURCHARD | FALLS CHURCH | VA | 12/20/2012 | LATE |
| BACP1101871961 | JOHNNIE | DAVIS | GRETNA | FL | 1/13/2013 | LATE |
| BACP1330844083 | GARY | DICKERSON | DRY RIDGE | KY | 2/14/2013 | LATE |
| BACP1332239640 | DEREK | LUTHER | NORTH SCITUATE | RI | 1/15/2013 | LATE |
| BACP1320224422 | JUANITA | MACIAS | HOLLIS | OK | 12/17/2012 | LATE |
| BACP1126268266 | JULIET | MIKEWORTH | BRANDON | SD | 1/10/2013 | LATE |
| BACP1320938735 | CLAIRE | ROBERTSON | TRINIDAD | CO | 2/12/2013 | LATE |
| BACP1134645359 | KRISTEN | SHERLOCK | WILOUGHBY HLS | OH | 1/30/2013 | LATE |
| BACP1336037643 | MICHAEL | TAMIR | SAN JOSE | CA | 3/17/2013 | LATE |