UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 3:11-md-02269 TEH<br><br>MDL Docket No. 2269<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISTRIBUTION DEADLINE**<br><br>Judge:    Hon. Thelton E. Henderson |

WHEREAS, pursuant to the Parties' Settlement Agreement (Dkt. No. 72-1), the distribution of benefits in the above-referenced matter was to occur by May 27, 2013 or after Final Approval, whichever was later, unless the Court ordered otherwise, and

WHEREAS, the appeals have now been resolved, making May 27, 2013 the operative date; and

WHEREAS, Defendants FIA Card Services, N.A. and Bank of America Corporation provided the required amounts under the Settlement Agreement to the settlement fund within the required amount of time and thus the settlement fund has been funded in full; and

WHEREAS, in the course of reviewing the claims, the Claims Administrator noted that certain Class Members filed deficient claims and further follow-up is necessary to ascertain the intent of those Class Members, and  the Parties have agreed on a procedure to resolve those

1  deficient claims; and

2  WHEREAS, the completion of this procedure would require a brief delay in
3  distribution of approximately eight (8) weeks, until July 22, 2013; and

4  WHEREAS, in addition, and as set forth in the attached Declaration of Markham
5  Sherwood ("Declaration"), as part of the process of reviewing the claims form, the Claims
6  Administrator discovered mis-filed but timely and valid opt-out forms; and

7  WHEREAS, the Claims Administrator has also received opt-outs and claim forms
8  that were otherwise valid but were not timely; and

9  WHEREAS, the Court has the authority to allow late opt-outs. *See* Manual for
10  Complex Litigation, Fourth, § 21.321 (2004) ("The judge may treat as effective a tardy election to
11  opt out.") (citing *Silber v. Mabon*, 18 F.3d 1449, 1455 (9th Cir. 1994)); and

12  WHEREAS, due to the proposed need for follow-up mailings to certain class
13  members, the relatively short delay of late-filed opt-outs and claim forms, and the lack of
14  prejudice to any party, the Parties have agreed, subject to Court approval, to allow those late
15  claims and late exclusions. *See id.* (stating that "[a] general extension of time for making the
16  election may be appropriate if logistical or other problems require further mailings or
17  publications" and noting that late opt out are permissible "if the delinquency is not substantial");
18  and

19  WHEREAS, this is the Parties' first request for an enlargement of this date and the
20  request is made for good cause;

21  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between
22  Class Counsel and Defendants that, based on the above-cited information and in consideration of
23  the Declaration:

24  1.  Distribution of benefits in the above-captioned matter must occur by no later than
25  July 22, 2013;

26  2.  The exclusion list, Dkt. No. 97-1, is amended and superseded such that the list
27  attached as Exhibit 1 to the Declaration of Marcum Sherwood, is now deemed the operative
28  exclusion list; and

3. On or before July 22, 2013, the claims administrator shall distribute the valid claims received by that date.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 23, 2013   **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By: */s/* Daniel M. Hutchinson

Elizabeth Cabraser (State Bar No. 083151)
Michael W. Sobol (State Bar No. 194857)
Daniel M. Hutchinson (State Bar No. 239458)
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:    (415) 956-1000
Facsimile:     (415) 956-1008
ecabraser@lchb.com
msobol@lchb.com
dhutchinson@lchb.com

Wendy R. Fleishman
Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:    (212) 355-9500
Facsimile:     (212) 355-9592
wfleishman@lchb.com
rgeman@lchb.com


**GLANCY BINKOW & GOLDBERG LLP**

Marc Godino
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
mgodino@glancylaw.com

|   |   |
|---|---|
| 1 | <div align="center">**CAREY DANIS & LOWE**</div> |
| 2 | Francis J. "Casey" Flynn, Jr. |
| 3 | Tiffany M. Yiatras |
|   | 8235 Forsyth Blvd., Ste. 1100 |
| 4 | St. Louis, MO 63105 |
|   | Telephone: (800) 721-2519 |
| 5 | Facsimile: (314) 721-0905 |
|   | jcarey@careydanis.com |
| 6 | mflannery@careydanis.com |
|   | casey@jefflowepc.com |
| 7 | tyiatras@caseydanis.com |

*CLASS COUNSEL*

Dated: May 23, 2013          **GOODWIN PROCTER LLP**

By: */s/* Patrick S. Thompson

David L. Permut
*dpermut@goodwinprocter.com*
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000
Fax: 202.346.4444

Patrick S. Thompson
*pthompson@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Tel.: 415.733.6000
Fax: 415.677.9041

*ATTORNEYS FOR DEFENDANTS:*
*BANK OF AMERICA CORPORATION* **AND** *FIA CARD SERVICES, N.A.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 05/28/2013

Thelton E. Henderson
United States District Judge

[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]

1109083.1                    - 4 -          STIPULATION AND PROPOSED ORDER
                                            MDL NO. 3:11-md-02269 TEH; MDL DOCKET NO. 2269