IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING & SALES PRACTICES LITIGATION<br><br>This Order Relates To:<br><br>ALL CASES | NO. 11-md-2269 TEH<br><br>ORDER TO FILE RESPONSE TO CLAIMANT'S CONCERNS |

**On or before July 8, 2013,** Class Counsel shall file a response, not to exceed five pages, to the issues raised in the attached letter from Lourdes Commons, claim number 11456506, with respect to the notice of deficiency she received and her experience with the Claims Administrator.

**IT IS SO ORDERED.**

Dated: 6/24/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT